## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| HERBST CAPITAL MANAGEMENT, LLC, on Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>INDIVIOR PLC, MARK CROSSLEY, and RYAN PREBLICK,<br><br>                    Defendants. | Case No.  3:24-cv-554 (HEH)<br><br>**ORDER** |

THIS MATTER comes before the Court on the Parties' Joint Motion for Extension of Time to Respond to Complaint (Doc. 6). Upon due consideration and for good cause shown, the Court GRANTS the Joint Motion.

The Court DIRECTS that within fourteen (14) days after entry of an order appointing lead plaintiff(s) and lead counsel, counsel for lead plaintiff(s) and counsel for Defendants shall meet and confer and submit to the Court a schedule for the filing of an amended complaint, if any, and a time for Defendants to respond to the Complaint or any amended complaint by answer, motion, or otherwise.

IT IS SO ORDERED.

Date: Sept. 16, 2024

_____ /s/
Henry E. Hudson
Senior United States District Judge