**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| HERBST CAPITAL MANAGEMENT, LLC, on Behalf of Itself and All Others, Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>INDIVIOR PLC, MARK CROSSLEY, and, RYAN PREBLICK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:24-cv-554–HEH<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**
**(Appointing Lead Plaintiff and Approving Selection of Counsel)**

THIS MATTER is before the Court on Movant David Hanshew's ("Hanshew") Motion to Appoint Counsel and Lead Plaintiff (the "Motion," ECF No. 18), filed on October 1, 2024.

**IT IS HEREBY ORDERED THAT:**

1. Having reviewed all pending motions and accompanying memoranda of law, the Court hereby APPOINTS Hanshew as Lead Plaintiff in the above-captioned action (the "Action"). The Court finds Hanshew satisfies the requirements for appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

2. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained Pomerantz LLP and Wohl & Fruchter LLP as Co-Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class in the Action. The Court

has reviewed Lead Plaintiff's Memorandum in Support (ECF No. 19) and Declarations (ECF No. 20) and hereby APPROVES Lead Plaintiff's selection of Counsel, pursuant to Section 21D(a)(3)(B)(v).

3. Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

(a) to coordinate the briefing and argument of motions;

(b) to coordinate the conduct of discovery proceedings;

(c) to coordinate the examination of witnesses in depositions;

(d) to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e) to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f) to coordinate all settlement negotiations with counsel for defendants;

(g) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

(h) to assign discrete tasks to additional plaintiff's counsel, as needed, working under Co-Lead Counsel's direction and supervision; and

(i) to supervise any other matters concerning the prosecution, resolution, or settlement of the Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent

duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

5. Every pleading in this Action, and any related action that is consolidated with this Action, shall hereafter bear the following caption:

UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE INDIVIOR PLC SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: | Case No. 3:24-cv-554–HEH<br><br><br>[TITLE OF DOCUMENT] |

6. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

7. Counsel in any related action that is consolidated with this Action shall be bound by the organization of plaintiffs' counsel as set forth herein.

8. Co-Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

3

9. Co-Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

10. Defendants shall effect service of papers on plaintiffs by serving a copy of same on Co-Lead Counsel by overnight mail service, electronic or hand delivery. Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery.

11. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____
/s/
Henry E. Hudson
Senior United States District Judge

Date: Oct. 7, 2024
Richmond, Virginia

4