**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

```
-------------------------------------------------------
                                          )
                                          )
IN RE INDIVIOR PLC SECURITIES             )    Case No. 3:24-cv-554 (HEH)
LITIGATION                                )
                                          )
                                          )
-------------------------------------------------------
```

**DECLARATION OF DAVID M.J. REIN IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, David M.J. Rein, hereby declare under penalty of perjury as follows:

1.  I am a member of the Bar of the State of New York and of Sullivan & Cromwell LLP, counsel for Defendants in the above-captioned action. I have been admitted *pro hac vice* to appear in this action. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint ("Motion").

2.  Attached to this Declaration as Exhibit 1 hereto is a chart prepared by Sullivan & Cromwell employees under my direction, which summarizes the challenged statements alleged in the Amended Complaint and certain of the grounds on which Defendants seek dismissal.

3.  Attached to this Declaration as Exhibit 2 hereto is a chart prepared by Sullivan & Cromwell employees under my direction, which summarizes cautionary disclosures by Indivior PLC ("Indivior") to investors of risks related to SUBLOCADE and PERSERIS issued between February 22, 2024 and July 8, 2024. The chart indicates the paragraph number of the Amended Complaint or judicially noticeable document in which the disclosure is referenced.

4.  Attached to this Declaration as Exhibits 3 through 23 are true and correct copies of the following documents (excerpted where indicated). I also note below where the documents are referenced in the Amended Complaint or if they are referenced in a judicially noticeable document.

Exhibit 3        Annual Report of Indivior filed on Form 20-F with the SEC on March 6, 2024 (excerpts) (*see* AC ¶¶ 131, 136).[*]

Exhibit 4        Transcript of Indivior's Q1 2024 earnings call, dated April 25, 2024, from FactSet CallStreet (*see* AC ¶¶ 46-52, 100-13).

Exhibit 5        Annual Report of Indivior filed on Form 6-K/A with the SEC on March 13, 2024 (excerpts).[*]

Exhibit 6        Q4 and FY 2023 earnings release of Indivior, dated February 22, 2024, filed on Form 6-K with the SEC on February 22, 2024 (*see* AC ¶ 40).[*]

Exhibit 7        Transcript of Indivior's Q4 and FY 2023 earnings call, dated February 22, 2024, from FactSet CallStreet (*see* AC ¶¶ 41-44, 94-97).

Exhibit 8        Q4 2023 slide deck, dated February 22, 2024, from Indivior's website (https://www.indivior.com/resources/dam/id/1326/FY%202023%20Financial%20Results%20-%20Presentation.pdf) (*see* AC ¶¶ 41-44, 94-97).

Exhibit 9        U.S. Department of Health and Human Services guidance titled "Unwinding the Medicaid Continuous Enrollment Provision:  Projected Enrollment Effects and Policy Approaches," dated August 19, 2022 (https://aspe.hhs.gov/sites/default/files/documents/dc73e82abf7fc26b6a8e5cc52ae42d48/aspe-end-mcaid-continuous-coverage.pdf).[*]

Exhibit 10       Business update press release of Indivior, dated July 9, 2024, filed on Form 6-K with the SEC on July 9, 2024 (*see* AC ¶¶ 10, 58-59, 63, 125-26).[*]

Exhibit 11       Transcript of Indivior's business update call, dated July 9, 2024, from S&P Global Market Intelligence (*see* AC ¶¶ 11, 60-63, 125-26).

Exhibit 12       Prescribing information for PERSERIS as of July 2018, from the Food and Drug Administration's website (https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/210655s000lbl.pdf).[*]

Exhibit 13       Prescribing information for UZEDY as of April 2023, from the Food and Drug Administration's website (https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/213586s000lbl.pdf).[*]

Exhibit 14       Q1 2024 earnings call slide deck, dated April 25, 2024, from Indivior's website (https://www.indivior.com/resources/dam/id/1347/Q1%202024%20Results%20Master%20Deckvf_website.pdf) (*see* AC ¶¶ 46-52, 100-13).

---

[*]      Exhibit is judicially noticeable.  *See* Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint at 4 n.1, 7 n.5, 9 n.6.

Exhibit 15     Analyst Teach-In slide deck, dated May 23, 2024, from Indivior's website (https://www.indivior.com/resources/dam/id/1358/Analyst%20Teach%20In%20Presentation%20VersionvF.pdf) (*see* AC ¶¶ 53-56, 114-21).

Exhibit 16     Notification of Indivior Long-Term Incentive Plan vesting, filed on Form 6-K with the SEC on March 4, 2024.*

Exhibit 17     Notification of receipt of shares by Mark Crossley on March 5, 2024, filed on Form 6-K with the SEC on Form 6-K with the SEC on March 6, 2024.*

Exhibit 18     Notification of sale of shares by Mark Crossley on March 14 and 15, 2024, filed on Form 6-K with the SEC on March 18, 2024 (*see* AC ¶¶ 130-32).*

Exhibit 19     Notification of sale of shares by Richard Simkin on March 4 and 5, 2024, filed on Form 6-K with the SEC on March 6, 2024 (*see* AC ¶ 133).*

Exhibit 20     Notification of sale of shares by Richard Simkin on March 6, 2024, filed on Form 6-K with the SEC on March 8, 2024 (*see* AC ¶ 134).*

Exhibit 21     Notification of sale of shares by Richard Simkin on March 14, 2024, filed on Form 6-K with the SEC on March 18, 2024 (*see* AC ¶ 135).*

Exhibit 22     Q1 2024 earnings release of Indivior, dated April 25, 2024, filed on Form 6-K with the SEC on April 25, 2024 (*see* AC ¶¶ 45, 98-99).*

Exhibit 23     Jefferies Global Healthcare Conference slide deck, dated June 5, 2024, from Indivior's website (https://www.indivior.com/resources/dam/id/1364/Jefferies%20Healthcare%20Conference%20PresentationvF_Website.pdf) (*see* AC ¶¶ 57, 122-24).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2025 in New York, New York.

/s/ *David M.J. Rein*
David M.J. Rein