# Exhibit 1

**CHALLENGED STATEMENTS ALLEGED IN THE AMENDED COMPLAINT**

| Statement No. | Amended Complaint Reference | Challenged Statement | Categories[1] |
|---|---|---|---|
| | | **Document 1 (Ex. 7)** *February 22, 2024 – Earnings Call ("Q4 2023 Call")* | |
| 1 | AC ¶¶ 94-95 | "Moving now to PERSERIS, it's fair to say that we did face some significant challenges in the last couple of quarters of 2023 as a result of competitive pressures from a well-funded new market entrant. **We nevertheless continue to believe in the potential of th[is] important medicine for schizophrenia based on its differentiated clinical profile and strong feedback we get from clinicians.**"[2] | • Projection of future performance that is not actionable<br>• Forward-looking statement<br>• General statement of corporate optimism that is not actionable<br>• Vague statement that is not actionable<br>• Opinion statement<br>• No representation that all clinician feedback was positive<br>• Product features of PERSERIS and UZEDY were publicly available<br>• Competition risks known to shareholders |

---

[1]    Reasons that each challenged statement is not false, material, or otherwise actionable, as described in Section I of the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint ("Mot."). The Amended Complaint also does not adequately allege scienter for any statement. *See* Mot. § II.

[2]    All bolding is as used in the Amended Complaint.

| 2 | AC ¶¶ 96-97 | "For PERSERIS, our full-year 2024 net revenue expectations are $55 million to $65 million, which represents 43% growth at the midpoint.  As Mark mentioned, we remain confident that **PERSERIS' differentiated profile** supports our peak net revenue expectations of $200 million to $300 million." | <ul><li>Projection of future performance that is not actionable</li><li>Forward-looking statement</li><li>General statement of corporate optimism that is not actionable</li><li>Vague statement that is not actionable</li><li>Opinion statement</li><li>No representation that all clinician feedback was positive</li><li>Product features of PERSERIS and UZEDY were publicly available</li><li>Competition risks known to shareholders</li></ul> |

| | | Document 2 (Ex. 22)<br>*April 25, 2024 – Earnings Release* | |
|---|---|---|---|
| 3 | AC<br>¶¶ 98-99 | "Our [Q1] results reflect continued double-digit top-line momentum led by SUBLOCADE (buprenorphine extended-release).  The underlying demand for this transformative treatment for moderate-to-severe [OUD] remains strong and our strategy to expand prescribing in the justice system is delivering excellent results.  SUBLOCADE's reported growth was, however, **adversely impacted by transitory items, including accelerating Medicaid patient disenrollments**, a cyberattack on the largest U.S. medical claims processor and abnormal trade destocking.  **We fully expect these items to resolve as the year progresses and, combined with the benefits of recent commercial investments behind SUBLOCADE, we anticipate an acceleration in our top-and bottom-line growth over the remainder of 2024, particularly in the second half.  We therefore reconfirm our 2024 guidance, including SUBLOCADE net revenue of $820 million to $880 million.**" | • Projection of future performance that is not actionable<br>• Forward-looking statement<br>• Opinion statement<br>• General statement of corporate optimism that is not actionable<br>• Medicaid disenrollment risk known to shareholders |

| | | **Document 3 (Ex. 4)** *April 25, 2024 – Earnings Call ("Q1 2024 Call")* | |
|---|---|---|---|
| 4 | AC ¶¶ 100-01 | "Turning to SUBLOCADE, we delivered year-over-year net revenue growth of 36% in the first quarter, which is in line with our [FY] growth expectations.  SUBLOCADE's sequential net revenue growth of 2% was lower than we planned.  We believe growth in dispenses were negatively impacted by two external forces, including a higher-than-expected rate of Medicaid patient disenrollments and the cyberattack at Change Healthcare.<br><br>**Let me provide more color on how each of these impacted SUBLOCADE's growth in the quarter and why we remain confident in our [FY] 2024 net revenue guidance.**  First, the most recent data on Medicaid renewals indicates a higher-than-expected number of patient disenrollments of over 20 million.  Recall at the peak during COVID, over 90 million patients were enrolled in Medicaid.  This is particularly relevant in opioid use disorder treatment as the nature of the disease means that approximately 70% of our patients are covered by Medicaid.  **The impact of this disenrollment process will annualize at the end of June and therefore this headwind should begin to subside as we move through the second half of the year.  Although the impact on SUBLOCADE's growth in the quarter was larger than expected, Medicaid disenrollment was a known dynamic.**" | <ul><li>Projection of future performance that is not actionable</li><li>Forward-looking statement</li><li>Vague statement that is not actionable</li><li>Opinion statement</li><li>General statement of corporate optimism that is not actionable</li><li>Medicaid disenrollment risk known to shareholders</li></ul> |

| 5 | AC ¶¶ 102-03 | "With . . . **Medicaid renewal annualizing at the end of June, we look forward to subsiding impacts from these transitory items, which we believe are masking the strong underlying demand for SUBLOCADE**." | <ul><li>Projection of future performance that is not actionable</li><li>Forward-looking statement</li><li>Vague statement that is not actionable</li><li>Opinion statement</li><li>General statement of corporate optimism that is not actionable</li><li>Medicaid disenrollment risk known to shareholders</li></ul> |
|---|---|---|---|
| 6 | AC ¶¶ 104-05 | "Turning to PERSERIS, while competition has intensified in the risperidone LAI [long-acting injections] category, once-monthly risperidone products are gaining share rapidly, and the overall category is still growing. **Against this backdrop, we continue to highlight PERSERIS' unique product profile, which continues to result in positive anecdotal prescriber feedback on product performance**. Sequential dispense growth was 10%, **not only underscoring the good underlying momentum we're seeing, but also representing an acceleration from previous quarters**. We expect to augment our efforts with PERSERIS at the publication of real world evidence studies in the second half of 2024. **Taken together, we remain confident in our [FY] net revenue guidance for PERSERIS and expect accelerating net revenue moving forward**." | <ul><li>Projection of future performance that is not actionable</li><li>Forward-looking statement</li><li>General statement of corporate optimism that is not actionable</li><li>Vague statement that is not actionable</li><li>Opinion statement</li><li>No representation that all clinician feedback was positive</li><li>Product features of PERSERIS and UZEDY were publicly available</li><li>Competition risks known to shareholders</li></ul> |

| | | | |
|---|---|---|---|
| 7 | AC ¶¶ 106-07 | "Medicaid disenrollment dynamics had a disproportionate impact on our company as more than two-thirds of SUBLOCADE patients are covered by Medicaid.  This impact accelerated in Q1, beyond the low single-digit headwind we had seen in prior quarters.  **Looking ahead, we expect this trend to begin subsiding in the second half of 2024, as [Defendant Crossley] noted**." | <ul><li>Projection of future performance that is not actionable</li><li>Forward-looking statement</li><li>Opinion statement</li><li>General statement of corporate optimism that is not actionable</li><li>Medicaid disenrollment risk known to shareholders</li></ul> |
| 8 | AC ¶¶ 108-09 | "Moving to PERSERIS, reported net revenue of $11 million was up 38% versus the prior year and down 8% sequentially, due to low single-digit million destocking in the quarter.  Encouragingly, dispenses are up 10% sequentially.  **We remain confident in meeting our [FY] net revenue guidance of $55 million to $65 million**." | <ul><li>Projection of future performance that is not actionable</li><li>Forward-looking statement</li><li>General statement of corporate optimism that is not actionable</li><li>Vague statement that is not actionable</li><li>Opinion statement</li><li>No representation that all clinician feedback was positive</li><li>Product features of PERSERIS and UZEDY were publicly available</li><li>Competition risks known to shareholders</li></ul> |

| 9 | AC ¶¶ 110-11 | "We have discussed a number of the external dynamics which impacted SUBLOCADE results in the quarter.  **Based on our expectations for a resolution of these transitory headwinds** and continued strong business execution, we remain comfortable with our guidance elements for [FY] 2024, **including SUBLOCADE net revenue of $820 million to $880 million**." | <ul><li>Projection of future performance that is not actionable</li><li>Forward-looking statement</li><li>Opinion statement</li><li>General statement of corporate optimism that is not actionable</li><li>Medicaid disenrollment risk known to shareholders</li></ul> |
|---|---|---|---|
| 10 | AC ¶¶ 112-13 | "[W]e have a continuing headwind of . . . the Medicaid renewal continuing, through to the half year where then we'll annualize that, **and that headwind will go away in the back half**." | <ul><li>Projection of future performance that is not actionable</li><li>Forward-looking statement</li><li>Vague statement that is not actionable</li><li>Opinion statement</li><li>General statement of corporate optimism that is not actionable</li><li>Medicaid disenrollment risk known to shareholders</li></ul> |

| | | Document 4 (Ex. 15) *May 23, 2024 – Analyst Teach-In Presentation* | |
|---|---|---|---|
| 11 | AC ¶¶ 114-16 | A statement in the May 2024 presentation: "PERSERIS capturing disproportionate share of NBRx."[3] | • General statement of corporate optimism that is not actionable<br>• Vague statement that is not actionable<br>• No allegation data on presentation slide is false<br>• Competition risks known to shareholders |
| 12 | AC ¶¶ 117-18 | A statement in the May 2024 Presentation reaffirming peak net revenue guidance for PERSERIS of $200 million to $300 million. | • Projection of future performance that is not actionable<br>• Forward-looking statement<br>• Opinion statement<br>• Competition risks known to shareholders |
| 13 | AC ¶¶ 119-20 | A statement in the May 2024 Presentation reaffirming prior FY 2024 net revenue guidance for SUBLOCADE of $820 million to $880 million. | • Projection of future performance that is not actionable<br>• Forward-looking statement<br>• Opinion statement<br>• Medicaid disenrollment risk known to shareholders |

---

[3] "New-to-Brand Prescriptions" (*i.e.*, a patient's first prescription for a particular drug) for LAI drugs to treat schizophrenia.

| 14 | AC ¶¶ 119, 121 | A statement in the May 2024 Presentation reaffirming prior FY 2024 net revenue guidance for PERSERIS of $55 million to $65 million. | • Projection of future performance that is not actionable<br>• Forward-looking statement<br>• Opinion statement<br>• Competition risks known to shareholders |
|---|---|---|---|
| **Document 5 (Ex. 23)**<br>***June 5, 2024 – Jefferies Global Healthcare Conference Presentation*** | | | |
| 15 | AC ¶¶ 122-23 | A statement in the June 2024 Presentation which reiterated Indivior's FY 2024 net revenue guidance for SUBLOCADE with a midpoint of $850 million. | • Projection of future performance that is not actionable<br>• Forward-looking statement<br>• Opinion statement<br>• Medicaid disenrollment risk known to shareholders |
| 16 | AC ¶¶ 122, 124 | A statement in the June 2024 Presentation which reiterated Indivior's FY 2024 net revenue guidance for PERSERIS with a midpoint of $60 million. | • Projection of future performance that is not actionable<br>• Forward-looking statement<br>• Opinion statement<br>• Competition risks known to shareholders |