# Exhibit 2

**INDIVIOR'S WARNINGS TO INVESTORS CONCERNING NET REVENUES, SUBLOCADE, PERSERIS, THE RISKS OF MEDICAID DISENROLLMENT, INCREASED PAYOR MANAGEMENT AND COMPETITION, AND ASSOCIATED FORWARD-LOOKING STATEMENTS FEBRUARY 22–JULY 9, 2024**

| Document 1 (Ex. 6)<br>*February 22, 2024 – Earnings Release*<br>(*See* AC ¶ 40).[*] |
|---|
| **Important Cautionary Note Regarding Forward-Looking Statements**<br><br>*This announcement contains certain statements that are forward-looking. Forward-looking statements include, among other things, statements regarding the Indivior Group's financial guidance including operating and profit margins for 2024 and its medium- and long-term growth outlook; assumptions regarding expected changes in market share and expectations regarding the extent and impact of competition;* assumptions regarding future exchange rates; strategic priorities, strategies for value creation, and operational goals; *expected future growth and expectations for sales levels for particular products; expected market growth rates*, growing normalization of medically assisted treatment for opioid use disorder, and expanded access to treatment; our product development pipeline and potential future products, expectations regarding regulatory approval of such product candidates, the timing of such approvals, and the timing of commercial launch of such products or product candidates, and *eventual annual revenues of such future products*; expectations regarding future production at the Group's Raleigh, North Carolina manufacturing facility; and *other statements containing the words "believe," "anticipate," "plan," "expect," "intend," "estimate," "forecast," "strategy," "target," "guidance," "outlook," "potential," "project," "priority," "may," "will," "should," "would," "could," "can," "outlook," "guidance,"* the negatives thereof, and variations thereon and similar expressions. *By their nature, forward-looking statements involve risks and uncertainties as they relate to events or circumstances that may or may not occur in the future.*[1]<br><br>*Actual results may differ materially from those expressed or implied in such statements because they relate to future events*. *Various factors may cause differences between Indivior's expectations and actual results, including, among others, the material* |

[*]    Exhibit is judicially noticeable.  *See* Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint at 4 n.1, 7 n.5, 9 n.6.

[1]    All emphases added.

*risks described in the most recent Indivior PLC Annual Report and in subsequent releases*; the substantial litigation and ongoing investigations to which we are or may become a party; our reliance on third parties to manufacture commercial supplies of most of our products, conduct our clinical trials and at times to collaborate on products in our pipeline; our ability to comply with legal and regulatory settlements, *healthcare laws and regulations, requirements imposed by regulatory agencies and payment and reporting obligations under government pricing programs;* risks related to the manufacture and distribution of our products, most of which contain controlled substances; *market acceptance of our products as well as our ability to commercialize our products and compete with other market participants*; *the fact that a substantial portion of our revenue derives from a small number of key proprietary products*; *competition*; the uncertainties related to the development of new products, including through acquisitions, and the related regulatory approval process; *our dependence on third-party payors for the reimbursement of our products and the increasing focus on pricing and competition in our industry*; unintended side effects caused by the clinical study or commercial use of our products; our use of hazardous materials in our manufacturing facilities; our ability to successfully execute acquisitions, partnerships, joint ventures, dispositions or other strategic acquisitions; our ability to protect our intellectual property rights and the substantial cost of litigation or other proceedings related to intellectual property rights; the risks related to product liability claims or product recalls*; the significant amount of laws and regulations that we are subject to*, including due to the international nature of our business; macroeconomic trends and other global developments such as armed conflicts and pandemics; the terms of our debt instruments, changes in our credit ratings and our ability to service our indebtedness and other obligations as they come due; changes in applicable tax rate or tax rules, regulations or interpretations and our ability to realize our deferred tax assets; and volatility in our share price due to factors unrelated to our operating performance or that may result from the potential move of our primary listing to the U.S.

*Forward-looking statements speak only as of the date that they are made and should be regarded solely as our current plans, estimates and beliefs*. Except as required by law, *we do not undertake and specifically decline any obligation to update, republish or revise forward-looking statements to reflect future events or circumstances or to reflect the occurrences of unanticipated events*.  (p. 7)

**Document 2 (Ex. 7)**
*February 22, 2024 – Earnings Call Transcript*
(*See* AC ¶¶ 41-44, 94-97).

**Jason F. Thompson (Vice President – Investor Relations. Indivior PLC)**

Before we begin, I need to remind everyone that on today's call, *we may make forward-looking statements that are subject to risks and uncertainties and that actual results may differ materially*. We list the *factors that may cause our results to be materially different* here on slide 2.  (p. 2)

**Mark Crossley**

Taking the midpoint of our guidance, $850 million of SUBLOCADE net revenue *implies 35% year-over-year growth*, marking another major step towards our target of greater than $1.5 billion in peak net revenue.  (p. 2)

**Ryan Preblick**

Our full year 2024 net revenue expectations for SUBLOCADE are $820 million to $880 million. The midpoint of this range *suggests 35% year-over-year growth*. Similar to last year, SUBLOCADE's growth is *expected to be driven by deepening penetration in the OHS channel and continued growth in the justice system*. We are still early in the retail channel expansion with the relationship with Albertsons, but do *expect to gain momentum there*.

Our SUBLOCADE guidance range *contemplates a modest impact from the Medicaid reenrollment similar to full year 2023*, and *we will continue to monitor this dynamic during the year*. Overall, we remain confident in meeting our net revenue target of $1 billion run rate exiting 2025 and our longer term net revenue target of greater than $1.5 billion.  (p. 9)

**Document 3 (Ex. 8)**
***February 22, 2024 – Earnings Call Slide Deck***
**(*See* AC ¶¶ 41-44, 94-97).**

**Forward-looking Statements**

*This presentation contains certain statements that are forward-looking. Forward-looking statements include, among other things, statements regarding the Indivior Group's financial guidance including operating and profit margins for 2024 and its medium-and long-term growth outlook; assumptions regarding expected changes in market share and expectations regarding the extent and impact of competition*; assumptions regarding future exchange rates; strategic priorities, strategies for value creation, and operational goals; *expected future growth and expectations for sales levels for particular products; expected market growth rates*, growing normalization of medically assisted treatment for opioid use disorder, and expanded access to treatment; our product development pipeline and potential future products, expectations regarding regulatory approval of such product candidates, the timing of such approvals, and the timing of commercial launch of such products or product candidates, and *eventual annual revenues of such future products*; expectations regarding future production at the Group's Raleigh, North Carolina manufacturing facility; *and other statements containing the words "believe", "anticipate", "plan", "expect", "intend", "estimate", "forecast," "strategy," "target," "guidance," "outlook," "potential", "project", "priority," "may", "will", "should", "would", "could", "can", "outlook," "guidance",* the negatives thereof, and variations thereon and similar expressions. *By their nature, forward-*

-3-

*looking statements involve risks and uncertainties as they relate to events or circumstances that may or may not occur in the future.*

*Actual results may differ materially from those expressed or implied in such statements because they relate to future events. Various factors may cause differences between Indivior's expectations and actual results, including, among others, the material risks described in the most recent Indivior PLC Annual Report and in subsequent releases*; the substantial litigation and ongoing investigations to which we are or may become a party; our reliance on third parties to manufacture commercial supplies of most of our products, conduct our clinical trials and at times to collaborate on products in our pipeline; our ability to comply with legal and regulatory settlements, *healthcare laws and regulations, requirements imposed by regulatory agencies and payment and reporting obligations under government pricing programs*; risks related to the manufacture and distribution of our products, most of which contain controlled substances; *market acceptance of our products as well as our ability to commercialize our products and compete with other market participants*; *the fact that a substantial portion of our revenue derives from a small number of key proprietary products; competition*; the uncertainties related to the development of new products, including through acquisitions, and the related regulatory approval process; *our dependence on third-party payors for the reimbursement of our products and the increasing focus on pricing and competition in our industry*; unintended side effects caused by the clinical study or commercial use of our products; our use of hazardous materials in our manufacturing facilities; our ability to successfully execute acquisitions, partnerships, joint ventures, dispositions or other strategic acquisitions; our ability to protect our intellectual property rights and the substantial cost of litigation or other proceedings related to intellectual property rights; the risks related to product liability claims or product recalls; *the significant amount of laws and regulations that we are subject to*, including due to the international nature of our business; macroeconomic trends and other global developments such as the COVID-19 pandemic; the terms of our debt instruments, changes in our credit ratings and our ability to service our indebtedness and other obligations as they come due; changes in applicable tax rate or tax rules, regulations or interpretations and our ability to realize our deferred tax assets; and volatility in our share price due to factors unrelated to our operating performance.

*Forward-looking statements speak only as of the date that they are made and should be regarded solely as our current plans, estimates and beliefs.* Except as required by law, *we do not undertake and specifically decline any obligation to update, republish or revise forward-looking statements to reflect future events or circumstances or to reflect the occurrences of unanticipated events*. (p. 2)

**Document 4 (Ex. 3)**
*March 6, 2024 – Form 20-F*
(*See* AC ¶¶ 131, 136).[*]

**CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS**

*This annual report contains certain statements that are forward-looking. Forward-looking statements include, among other things, statements regarding the Indivior Group's financial guidance including operating and profit margins for 2024 and its medium- and long-term growth outlook; assumptions regarding expected changes in market share and expectations regarding the extent and impact of competition*; assumptions regarding future exchange rates; strategic priorities, strategies for value creation, and operational goals; *expected future growth and expectations for sales levels for particular products; expected market growth rates*, growing normalization of medically assisted treatment for opioid use disorder, and expanded access to treatment; our product development pipeline and potential future products, expectations regarding regulatory approval of such product candidates, the timing of such approvals, and the timing of commercial launch of such products or product candidates, and *eventual annual revenues of such future products*; expectations regarding future production and costs at the Group's Raleigh, North Carolina manufacturing facility; and *other statements containing the words "believe," "anticipate," "plan," "expect," "intend," "estimate," "forecast," "strategy," "target," "guidance," "outlook," "potential," "project," "priority," "may," "will," "should," "would," "could," "can," "outlook," "guidance,"* the negatives thereof, and variations thereon and similar expressions. *By their nature, such forward-looking statements involve risks and uncertainties as they relate to events or circumstances that may or may not occur in the future. Actual results may differ materially from those expressed or implied in these forward-looking statements.*

*The forward-looking statements in this annual report are made based upon our current expectations and beliefs concerning future events and involve a number of known and unknown risks and uncertainties. Such forward-looking statements are based on numerous assumptions regarding our present and future business strategy and the environment in which we operate, which may prove to be inaccurate. In particular, our actual results, performance or achievements or industry results could be affected by, among other things:*

- The substantial litigation to which we are or may become a party;
- Our reliance on third parties to manufacture commercial supplies of most of our products, conduct our clinical trials and at times to collaborate on products in our pipeline;
- Our ability to comply with legal and regulatory settlements, *healthcare laws and regulations, requirements imposed by regulatory agencies and payment and reporting obligations under government pricing programs*;
- Risks related to the manufacture and distribution of our products, most of which contain controlled substances;
- *Market acceptance of our products as well as our ability to commercialize our products and compete with other market*

-5-

*participants*;

- ***The fact that a substantial portion of our revenue derives from a small number of key proprietary products***;
- ***Competition***;
- The uncertainties related to the development of new products, including through acquisitions, and the related regulatory approval process;
- ***Our dependence on third-party payors for the reimbursement of our products and the increasing focus on pricing and competition in our industry***;
- Unintended side effects caused by the clinical study or commercial use of our products;
- Our use of hazardous materials in our manufacturing facilities;
- Our ability to successfully execute acquisitions, partnerships, joint ventures, dispositions or other strategic acquisitions;
- Our ability to protect our intellectual property rights and the substantial cost of litigation or other proceedings related to intellectual property rights;
- The risks related to product liability claims or product recalls;
- ***The significant number of laws and regulations that we are subject to***, including due to the international nature of our business;
- Macroeconomic trends and other global developments such as the COVID-19 pandemic;
- The terms of our debt instruments, changes in our credit ratings and our ability to service our indebtedness and other obligations as they come due;
- Changes in applicable tax rate or tax rules, regulations or interpretations and our ability to realize our deferred tax assets;
- Volatility in our share price due to factors unrelated to our operating performance; and
- Such ***other factors as set out in "Item 3.D. Risk Factors"*** and "*Item 5. Operating and Financial Review and Prospects.*"

*Forward-looking statements contained in this annual report apply only at the date of this annual report. We undertake no obligation publicly to update or revise any forward-looking statement, whether as a result of new information, future developments or otherwise.*

*We strongly recommended that you read the risk factors set out in "Item 3.D. Risk Factors" of this annual report for a more complete discussion of the factors that could affect our future performance and the industry in which we operate.* (pp. 6–7)

**Item 3.D. Risk Factors—Summary of Risk Factors—Risks Related to our Business**

. . .

- We depend on ***our ability to commercialize our products*** and acceptance of our products by physicians, patients, and

-6-

healthcare payors.
- *Several factors affect the rate at which our revenues may grow*.
- *We operate in a highly competitive industry*.

. . .

- *We depend on third-party payors for reimbursement for our products*.

. . .

**—Risks Related to Regulatory or Legal Matters**

. . .

*We are subject to federal, state, local, and foreign healthcare laws and regulations*. (p. 9)

. . .

**—Risks Related to our Financial Condition and Tax Matters**

. . .

The *recent pandemic and governmental and societal responses thereto have adversely affected our business and may continue to do so*. (p. 10)

---

Critically, investment in a novel asset pipeline is required to ensure the sustainability of Indivior through the launch of new medicines as *our existing products face increasing competition through generics and alternatives*.

The pharmaceutical and biotechnology industries are also characterized by continuous product development and technological change. *Our products could, therefore, be rendered obsolete or uneconomic through the development of new products with unique advantages* (including, e.g., new chemical entities that may be safer, more effective or more convenient than our products) or by technological advances in manufacturing or production by our competitors. In particular, *several of our branded products face competition from generic products in key markets as well as competition from alternative products or treatments.* Among other things, *competition could continue to require us to increase further the level of rebates and other offsets to gross revenues, particularly in our U.S. operations, and could impact potential volume growth of any particular product, which could reduce our net revenues and therefore our results of operations in future periods*. (pp. 22-23)

---

**Revenues generated by sales of our products depend on the availability from third-party payors for reimbursement for our products and the extent of cost-sharing arrangements for patients (e.g., patient co-payment, co-insurance, deductible obligations) and cost-control measures imposed, and any reductions in payment rate or reimbursement or increases in our or in patients' financial obligation to payors could result in decreased sales of our products and/or decreased revenues.**

In both U.S. and non-U.S. markets, *sales of our products depend, in part, on the availability of reimbursement from third-party*

*payors such as state and federal governments, including Medicare and Medicaid in the U.S. and similar programs in other countries*, managed care providers and private insurance plans. *Deterioration in the timeliness, certainty and amount of reimbursement for our products, the existence of barriers to coverage of our products, increases in our financial obligation to payors, including government payors, limitations by healthcare providers on how much, or under what circumstances, they will prescribe or administer our products or unwillingness by patients to pay any required co-payments, or deductible amounts, could reduce the use of, and revenues generated from, our products and could have a material adverse effect on our business*, financial condition, cash flows and results of operations.

. . .

In the U.S., federal and state legislatures, health agencies and third-party payors continue to focus on containing the cost of healthcare, including by comparing the effectiveness, benefits and costs of similar treatments. Any adverse findings for our products may reduce the extent of reimbursement for our products. Economic pressure on state budgets may also result in states increasingly seeking to limit coverage or payment for drugs, including but not limited to price control initiatives, discounts and other pricing-related actions. Over the past several years, several states have enacted drug pricing transparency laws that require companies to report on drug price increases and justify how drug prices were set, and we expect additional state or federal drug pricing initiatives to be proposed and enacted in the future. In addition, state Medicaid programs are increasingly requesting that manufacturers pay supplemental rebates and require prior authorization by the state program for use of any drug. Managed care organizations continue to seek price discounts and, in some cases, impose restrictions on the coverage of particular drugs. Government efforts to reduce Medicaid expenses may lead to increased use of managed care organizations by Medicaid programs, which may in turn result in managed care organizations influencing prescription decisions for a larger segment of the population and a corresponding constraint on prices and reimbursement for our products. Further, *the Inflation Reduction Act of 2022, or IRA, which, among other things, requires the HHS Secretary to negotiate, with respect to Medicare units and subject to a specified cap, the price of a set number of certain high-spend drugs and biologicals per year starting in 2026, penalizes manufacturers of certain Medicare Parts B and D drugs for price increases above inflation, and makes several changes to the Medicare Part D benefit, including a limit on annual out-of-pocket costs, and a change in manufacturer liability under the program that could negatively affect us*. Congress and the Biden Administration continue to examine various policy proposals that may result in pressure on the prices of prescription drugs in government health programs.

. . .

*We may also be adversely affected by disenrollments from government benefit programs such as Medicaid*. At the start of the pandemic, Congress enacted the Families First Coronavirus Response Act (FFCRA), which included a requirement that Medicaid programs keep people continuously enrolled through the end of the COVID-19 public health emergency (PHE), in exchange for enhanced federal funding. Primarily due to the continuous enrollment provision, Medicaid enrollment grew substantially compared to before the pandemic and the uninsured rate has dropped. However, as part of the Consolidated Appropriations Act (CAA), signed into law in December 2022, Congress de-linked the continuous enrollment provision from the PHE thus ending continuous

enrollment on March 31, 2023. ***During the unwinding of the continuous enrollment provision, millions of people are expected to lose Medicaid which could reverse recent gains in coverage, though not everyone who loses Medicaid will become uninsured and some persons will be eligible for re-enrollment***. States began disenrolling people from Medicaid in different months, with some states began disenrollments in April 2023, others in May or June, and even July or later for some states. (pp. 26–27)

While it enjoys patent protection, ***PERSERIS faces competition from other long-acting injectables, including existing products from competitors such as*** Johnson and Johnson, Otsuka, ***Teva*** and Alkermes, as well as potential future entrants, in addition to a heavily genericized oral market. (p. 80)

**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS—2. BASIS OF PREPARATION AND ACCOUNTING POLICIES—Going concern assessment**

The Directors also assessed a "severe but plausible" downside scenario which included the following key changes to the base case within the going concern period:

- the risk that SUBLOCADE will not meet revenue growth expectations in the U.S. by modeling a 10% decline on forecasts (p. F-9)

**Document 5 (Ex. 5)**
***March 13, 2024 – Form 6-K/A**\****

**Important Cautionary Note Regarding Forward-Looking Statements**

***This Annual Report and Accounts contains certain statements that are forward-looking. Forward-looking statements include, among other things, statements regarding the Group's financial guidance including operating and profit margins for 2024 and its medium- and long-term growth outlook; assumptions regarding expected changes in market share and expectations regarding the extent and impact of competition***; assumptions regarding future exchange rates; strategic priorities, strategies for value creation, and operational goals; ***expected future growth and expectations for sales levels for particular products; expected market growth rates***, growing normalization of medically assisted treatment for opioid use disorder, and expanded access to treatment; our product development pipeline and potential future products, expectations regarding regulatory approval of such product candidates, the timing of such approvals, and the timing of commercial launch of such products or product candidates, and ***eventual annual revenues of such future products***; expectations regarding future production and costs at the Group's Raleigh, North Carolina manufacturing facility; and ***other statements containing the words "believe," "anticipate," "plan," "expect," "intend," "estimate," "forecast," "strategy," "target," "guidance," "outlook," "potential," "project," "priority," "may," "will," "should," "would," "could," "can," "outlook," "guidance,"*** the negatives thereof, and variations thereon and similar expressions.

*By their nature, such forward-looking statements involve risks and uncertainties as they relate to events or circumstances that may or may not occur in the future. Actual results may differ materially from those expressed or implied in these forward-looking statements. In particular, our actual results, performance or achievements or industry results could be affected by, among other things:* the substantial litigation to which we are or may become a party; our reliance on third parties to manufacture commercial supplies of most of our products, conduct our clinical trials and at times to collaborate on products in our pipeline; our ability to comply with legal and regulatory settlements, *healthcare laws and regulations, requirements imposed by regulatory agencies and payment and reporting obligations under government pricing programs;* risks related to the manufacture and distribution of our products, most of which contain controlled substances; *market acceptance of our products* as well as *our ability to commercialize our products and compete with other market participants; the fact that a substantial portion of our revenue derives from a small number of key proprietary products*; *competition;* the uncertainties related to the development of new products, including through acquisitions, and the related regulatory approval process; *our dependence on third-party payors for the reimbursement of our products and the increasing focus on pricing and competition in our industry;* unintended side effects caused by the clinical study or commercial use of our products; our use of hazardous materials in our manufacturing facilities; our ability to successfully execute acquisitions, partnerships, joint ventures, dispositions or other strategic acquisitions; our ability to protect our intellectual property rights and the substantial cost of litigation or other proceedings related to intellectual property rights; the risks related to product liability claims or product recalls; *the significant number of laws and regulations that we are subject to*, including due to the international nature of our business; macroeconomic trends and other global developments such as the COVID-19 pandemic; the terms of our debt instruments, changes in our credit ratings and our ability to service our indebtedness and other obligations as they come due; changes in applicable tax rate or tax rules, regulations or interpretations and our ability to realize our deferred tax assets; volatility in our share price due to factors unrelated to our operating performance; and such other factors as set out in this Annual Report and Accounts.

*Forward-looking statements contained in this Annual Report and Accounts apply only at the date of this Annual Report and Accounts. We undertake no obligation publicly to update or revise any forward-looking statement, whether as a result of new information, future developments or otherwise*.  (p. 1)

**Our principal risks**

The *Commercialization principal risk* has increased for two reasons; the continued worldwide *pricing and reimbursement pressure on pharmaceutical products*, combined with *the entrance of another long-acting injectable for the treatment of OUD in the U.S. market* caused this change.  (p. 65)

-10-

**Pricing and reimbursement pressure**

Governments across the world continue to consider and take actions to reduce expenditure on drugs and to implement various cost-control measures. In the U.S., there is bi-partisan support for drug pricing reforms at both federal and state levels, which include potential legislative and regulatory actions. Examples of such actions include: encouraging the import of drugs; pricing drugs according to a defined international pricing reference; encouraging more competition; *implementing drug pricing provisions of the Inflation Reduction Act of 2022*; establishing state-based registration and disclosure requirements; and undertaking other initiatives. These, together with federal and state government fiscal constraints, pose direct and indirect downward pressure risk on drug prices and cost containment measures. The Group continues to monitor potential legislative and regulatory changes and their impacts, advocating for the Group's products based on scientific studies and patient-centered outcomes. However, *certain potential legislative and regulatory drug pricing changes could have an adverse impact on the Group's financial performance and results in the future.*

*The entrance of long-acting injectables produced by competitors for OUD and schizophrenia treatments in the U.S. is likely to create pricing pressure as payors will try to negotiate higher rebates to maintain SUBLOCADE's and PERSERIS' respective position on their formulary*.

—**Examples of risks**
- Launch of *competing branded and/or generic products*.
- Lower *CJS [criminal justice system] adoption*, HCP [healthcare provider] adoption and *patient enrollments and/or adherence to SUBLOCADE*, including the decrease linked to limited/restricted patient visits and HCP interactions.
- *Unexpected changes to government and/or commercial reimbursement levels, government pricing and/or funding pressures*, and market access.  (p. 68)

**Document 6 (Ex. 22)**
*April 24, 2024 – Earnings Release*
(*See* AC ¶¶ 45, 98-99).[*]

Our first quarter results reflect continued double-digit top-line momentum led by SUBLOCADE (buprenorphine extended-release). The underlying demand for this transformative treatment for moderate-to-severe opioid use disorder (OUD) remains strong and our strategy to expand prescribing in the justice system is delivering excellent results. *SUBLOCADE's reported growth was, however, adversely impacted by transitory items, including accelerating Medicaid patient disenrollments, a cyberattack on the largest U.S. medical claims processor and abnormal trade destocking. We fully expect these items to resolve as the year progresses and,*

*combined with the benefits of recent commercial investments behind SUBLOCADE, we anticipate an acceleration in our top-and bottom-line growth over the remainder of 2024, particularly in the second half.* We therefore reconfirm our 2024 guidance, including SUBLOCADE net revenue of $820m to $880m and approximately 300 basis points of margin expansion at the mid-points of our guidance range.  (p. 1)

**Important Cautionary Note Regarding Forward-Looking Statements**

*This announcement contains certain statements that are forward-looking. Forward-looking statements include, among other things, statements regarding: the Indivior Group's financial guidance including operating and profit margins for 2024 and its medium- and long-term growth outlook; assumptions regarding expected changes in share and expectations regarding the extent and impact of competition*; assumptions regarding future exchange rates; strategic priorities, strategies for value creation, and operational goals; *expected future growth and expectations for sales levels for particular products, and expectations regarding the future impact of factors that have affected sales in the past; expected growth rates*, growing normalization of medically assisted treatment for opioid use disorder, and expanded access to treatment; our product development pipeline and potential future products, expectations regarding regulatory approval of such product candidates, the timing of such approvals, and the timing of commercial launch of such products or product candidates, and *eventual annual revenues of such future products*; expectations regarding future production at the Group's Raleigh, North Carolina manufacturing facility; our intention to seek shareholder approval in May 2024 to facilitate a primary listing in the U.S. while maintaining a secondary listing in the U.K., and the expected timing and potential benefits of such listing; and *other statements containing the words "believe," "anticipate," "plan," "expect," "intend," "estimate," "forecast," "strategy," "target," "guidance," "outlook," "potential," "project," "priority," "may," "will," "should," "would," "could," "can," "outlook," "guidance,"* the negatives thereof, and variations thereon and similar expressions. *By their nature, forward-looking statements involve risks and uncertainties as they relate to events or circumstances that may or may not occur in the future.*

*Actual results may differ materially from those expressed or implied in such statements because they relate to future events. Various factors may cause differences between Indivior's expectations and actual results, including, among others, the material risks described in the most recent Indivior PLC Annual Report and in subsequent releases*; the substantial litigation and ongoing investigations to which we are or may become a party; our reliance on third parties to manufacture commercial supplies of most of our products, conduct our clinical trials and at times to collaborate on products in our pipeline; our ability to comply with legal and regulatory settlements, *healthcare laws and regulations, requirements imposed by regulatory agencies and payment and reporting obligations under government pricing programs*; risks related to the manufacture and distribution of our products, most of which contain controlled substances; *market acceptance of our products* as well as *our ability to commercialize our products and compete with other market participants; competition;* the uncertainties related to the development of new products, including

through acquisitions, and the related regulatory approval process; *our dependence on third-party payors for the reimbursement of our products and the increasing focus on pricing and competition in our industry*; unintended side effects caused by the clinical study or commercial use of our products; our ability to successfully execute acquisitions, partnerships, joint ventures, dispositions or other strategic acquisitions; our ability to protect our intellectual property rights and the substantial cost of litigation or other proceedings related to intellectual property rights; the risks related to product liability claims or product recalls; *the significant amount of laws and regulations that we are subject to*, including due to the international nature of our business; macroeconomic trends and other global developments such as armed conflicts and pandemics; the terms of our debt instruments, changes in our credit ratings and our ability to service our indebtedness and other obligations as they come due; changes in applicable tax rate or tax rules, regulations or interpretations and our ability to realize our deferred tax assets; and volatility in our share price due to factors unrelated to our operating performance or that may result from the potential move of our primary listing to the U.S.

*Forward-looking statements speak only as of the date that they are made and should be regarded solely as our current plans, estimates and beliefs. Except as required by law, we do not undertake and specifically decline any obligation to update, republish or revise forward-looking statements to reflect future events or circumstances or to reflect the occurrences of unanticipated events.* (p. 5)

|  |
| --- |
| **Document 7 (Ex. 4)**<br>*April 25, 2024 – Earnings Call Transcript*<br>(*See* AC ¶¶ 46-52, 100-13). |

**Jason F. Thompson**

Before we begin, I need to remind everyone that *on today's call, we may make forward-looking statements that are subject to risks and uncertainties and that actual results may differ materially.* (p. 2)

**Mark Crossley**

Turning to SUBLOCADE, we delivered year-over-year net revenue growth of 36% in the first quarter, which is in line with our full year growth expectations. SUBLOCADE's sequential net revenue growth of 2% was lower than we planned. *We believe growth in dispenses were negatively impacted by two external forces, including a higher-than-expected rate of Medicaid patient disenrollments and the cyberattack at Change Healthcare. Let me provide more color on how each of these impacted SUBLOCADE's growth in the quarter and why we remain confident in our full year 2024 net revenue guidance.*

First, the most recent data on Medicaid renewals indicates a *higher-than-expected number of patient disenrollments of over 20*

*million*. Recall at the peak of – at the peak during COVID, *over 90 million patients were enrolled in Medicaid. This is particularly relevant in opioid use disorder treatment, as the nature of the disease means that approximately 70% of our patients are covered by Medicaid. The impact of this disenrollment process will annualize at the end of June, and therefore, this headwind should begin to subside as we move through the second half of the year*

*Although the impact on SUBLOCADE's growth in the quarter was larger-than-expected, Medicaid disenrollment was a known dynamic. The cyberattack on Change Healthcare, by contrast, was a completely unexpected disruption. Change Healthcare is the largest claims processor in the US, responsible for one in three claims. Change is a crucial connection for healthcare systems, making clinical, administrative and financial processes simpler and more efficient for payers, providers and patients.*

*The cyberattack on February 21 impacted new patient and refill adjudication for SUBLOCADE during the first quarter. Though difficult to isolate the financial impact of each of these items, we estimate that on a combined basis, they lowered SUBLOCADE's sequential dispense growth in the US by mid to high single-digit percentage rates*. In addition, *we saw abnormal destocking of $5 million to $7 million during the same timeframe as this Change cyberattack. We would expect stock levels to normalize in the coming months.* (p. 3)

**Mark Crossley**

*Turning to PERSERIS*, *while competition has intensified in the risperidone LAI category, once-monthly risperidone products are gaining share rapidly and the overall category is still growing.* Against this backdrop, we continue to highlight PERSERIS' unique product profile, which continues to result in positive anecdotal prescriber feedback on product performance. (p. 4)

**Ryan Preblick**

For total SUBLOCADE, we delivered year-over-year net revenue growth of 36% in the first quarter. Although this was in line with the midpoint of our full year guidance expectations, SUBLOCADE's sequential net revenue growth of 2% and US dispense growth of 4% were both lower than expected. *Both metrics were affected by the items Mark discussed, which I will expand on.*

First, as we just detailed, *Medicaid disenrollment dynamics had a disproportionate impact on our company, as more than two-thirds of SUBLOCADE patients are covered by Medicaid. This impact accelerated in Q1 beyond the low single-digit headwind we had seen in prior quarters. Looking ahead, we expect this trend to begin subsiding in the second half of 2024, as Mark noted.*

Second, *as a result of the Change cyberattack, many SUBLOCADE treatment providers were unable to process claims and verify*

*patient eligibility. This impacted our SUBLOCADE net revenue performance in the latter part of the quarter through two dynamics. First, we believe it resulted in a significant reduction in dispenses for new patients in March compared to the solid dispense rates we saw in the first two months of the year.*

*Second, we believe it had an adverse impact on refill dispenses for existing patients, where re-eligibility was required for treatment continuation*. So, a disconnect in our historical retention curves beginning with the onset of the late February cyberattack. Taking these two items together, we estimate the impact on US SUBLOCADE dispense growth in the first quarter to have been in the mid to high single-digit percentage range.

*Turning to the difference between the sequential 4% dispense growth and the 2% net revenue growth, this primarily reflects unexpected destocking of SUBLOCADE in the US, which we estimate at between $5 million and $7 million. This destock was atypical compared to historic inventory trends and occurred in the same timeframe as the Change attack*. (p. 6)

**Document 8 (Ex. 14)**
*April 25, 2024 – Earnings Call Slide Deck*
(*See* **AC ¶¶ 46-52, 100-13**).

**Forward-looking Statements**

*This presentation contains certain statements that are forward-looking. Forward-looking statements include, among other things, statements regarding strategic priorities, strategies for value creation, and operational goals; expected future growth as to the timing and amount for particular products; the Indivior Group's financial guidance including operating and profit margins for 2024 and its medium- and long-term growth outlook*; our product development pipeline and potential future products, expectations regarding regulatory approval of such product candidates, the timing of such approvals, and the timing of commercial launch of such products or product candidates, expected timing of future clinical trials and the results thereof, and *eventual annual revenues of such future products; assumptions regarding expected changes in share and expectations regarding the extent and impact of competition*; assumptions regarding future exchange rates; *expected share growth rates*; expectations regarding future production at the Group's Raleigh, North Carolina manufacturing facility; expectations regarding the completion and timing of the potential transfer of our primary listing; the potential inclusion of our stock in U.S. indices over time; and *other statements containing the words "believe," "anticipate," "plan," "expect," "intend," "estimate," "forecast," "strategy," "target," "guidance," "outlook," "potential," "project," "priority," "may," "will," "should," "would," "could," "can," "outlook," "guidance,"* the negatives thereof, and variations thereon and similar expressions. *By their nature, forward-looking statements involve risks and uncertainties as they relate to events or circumstances that may or may not occur in the future.*

*Actual results may differ materially from those expressed or implied in such statements because they relate to future events. Various factors may cause differences between Indivior's expectations and actual results, including, among others, the material risks described in the most recent Indivior PLC Annual Report and in subsequent releases*; the substantial litigation and ongoing investigations to which we are or may become a party; our reliance on third parties to manufacture commercial supplies of most of our products, conduct our clinical trials and at times to collaborate on products in our pipeline; our ability to comply with legal and regulatory settlements, *healthcare laws and regulations*, requirements imposed by regulatory agencies and payment and reporting obligations under government pricing programs; risks related to the manufacture and distribution of our products, most of which contain controlled substances; *market acceptance of our products* as well as *our ability to commercialize our products and compete with other market participants*; *the fact that a substantial portion of our revenue derives from a small number of key proprietary products*; competition; the uncertainties related to the development of new products, including through acquisitions, and the related regulatory approval process; *our dependence on third-party payors for the reimbursement of our products and the increasing focus on pricing and competition in our industry*; unintended side effects caused by the clinical study or commercial use of our products; our use of hazardous materials in our manufacturing facilities; our ability to successfully execute acquisitions, partnerships, joint ventures, dispositions or other strategic acquisitions; our ability to protect our intellectual property rights and the substantial cost of litigation or other proceedings related to intellectual property rights; the risks related to product liability claims or product recalls; the significant amount of laws and regulations that we are subject to, including due to the international nature of our business; macroeconomic trends and other global developments such as the COVID-19 pandemic; the terms of our debt instruments, changes in our credit ratings and our ability to service our indebtedness and other obligations as they come due; changes in applicable tax rate or tax rules, regulations or interpretations and our ability to realize our deferred tax assets; and volatility in our share price due to factors unrelated to our operating performance.

*Forward-looking statements speak only as of the date that they are made and should be regarded solely as our current plans, estimates and beliefs*. Except as required by law, *we do not undertake and specifically decline any obligation to update, republish or revise forward-looking statements to reflect future events or circumstances or to reflect the occurrences of unanticipated events*.  (p. 2)

**Q1 2024 Key Messages**

- SUBLOCADE sequential growth impacted by transitory items:  *greater-than-expected Medicaid disenrollments, Change Healthcare cyberattack and trade destocking* (p. 4)

**Q1 2024 Financial Highlights—Key Takeaways: (vs. Q1 2023 unless otherwise indicated)**

. . .

- Q1 2024 SUBLOCADE NR of $179m, up 36% YOY, up 2% vs. Q4 2023
    - ○ Accelerated Medicaid disenrollment dynamics
    - ○ Change Healthcare cyberattack claims disruption
    - ○ Unexpected destocking (p. 8)

**Document 9 (Ex. 15)**
*May 23, 2024 – Analyst Teach-In Presentation*
(*See* AC ¶¶ 53-56, 114-21).

**Forward-looking Statements**

*This presentation contains certain statements that are forward-looking. Forward-looking statements include, among other things, statements regarding strategic priorities, strategies for value creation, and operational goals; expected future growth as to the timing and amount for particular products; the Indivior Group's financial guidance including operating and profit margins for 2024 and its medium- and long-term growth outlook*; our product development pipeline and potential future products, expectations regarding regulatory approval of such product candidates, the timing of such approvals, and the timing of commercial launch of such products or product candidates, expected timing of future clinical trials and the results thereof, and *eventual annual revenues of such future products*; assumptions regarding expected changes in share and expectations regarding the extent and impact of competition; assumptions regarding future exchange rates; *expected share growth rates*; expectations regarding future production at the Group's Raleigh, North Carolina manufacturing facility; expectations regarding the completion and timing of the potential transfer of our primary listing; the potential inclusion of our stock in U.S. indices over time; and *other statements containing the words "believe," "anticipate," "plan," "expect," "intend," "estimate," "forecast," "strategy," "target," "guidance," "outlook," "potential," "project," "priority," "may," "will," "should", "would," "could," "can," "outlook," "guidance,"* the negatives thereof, and variations thereon and similar expressions. *By their nature, forward-looking statements involve risks and uncertainties as they relate to events or circumstances that may or may not occur in the future.*

*Actual results may differ materially from those expressed or implied in such statements because they relate to future events. Various factors may cause differences between Indivior's expectations and actual results, including, among others, the material risks described in the most recent Indivior PLC Annual Report and in subsequent releases*; the substantial litigation and ongoing investigations to which we are or may become a party; our reliance on third parties to manufacture commercial supplies of most of our products, conduct our clinical trials and at times to collaborate on products in our pipeline; our ability to comply with legal and

-17-

regulatory settlements, *healthcare laws and regulations, requirements imposed by regulatory agencies and payment and reporting obligations under government pricing programs*; risks related to the manufacture and distribution of our products, most of which contain controlled substances; *market acceptance of our products* as well as *our ability to commercialize our products and compete with other market participants*; *the fact that a substantial portion of our revenue derives from a small number of key proprietary products*; *competition*; the uncertainties related to the development of new products, including through acquisitions, and the related regulatory approval process; *our dependence on third-party payors for the reimbursement of our products and the increasing focus on pricing and competition in our industry*; unintended side effects caused by the clinical study or commercial use of our products; our use of hazardous materials in our manufacturing facilities; our ability to successfully execute acquisitions, partnerships, joint ventures, dispositions or other strategic acquisitions; our ability to protect our intellectual property rights and the substantial cost of litigation or other proceedings related to intellectual property rights; the risks related to product liability claims or product recalls; *the significant amount of laws and regulations that we are subject to*, including due to the international nature of our business; macroeconomic trends and other global developments such as the COVID-19 pandemic; the terms of our debt instruments, changes in our credit ratings and our ability to service our indebtedness and other obligations as they come due; changes in applicable tax rate or tax rules, regulations or interpretations and our ability to realize our deferred tax assets; and volatility in our share price due to factors unrelated to our operating performance.

*Forward-looking statements speak only as of the date that they are made and should be regarded solely as our current plans, estimates and beliefs.* Except as required by law, *we do not undertake and specifically decline any obligation to update, republish or revise forward-looking statements to reflect future events or circumstances or to reflect the occurrences of unanticipated events*.  (p. 2)

**Q1/FY 2024 Guidance—Q1 2024 Guidance**

. . .

- Q1 2024 SUBLOCADE NR of $179m, up 36% YOY, up 2% vs. Q4 2023
    - Accelerated Medicaid disenrollment dynamics
    - Change Healthcare cyberattack claims disruption
    - Unexpected destocking (p. 97)

**Document 10 (Ex. 23)**
*June 5, 2024 – Jefferies Global Healthcare Conference Presentation*
*(See* **AC ¶¶ 57, 122-24).**

**Important Cautionary Note Regarding Forward-looking Statements**

This presentation contains certain statements that are forward-looking. *Forward-looking statements include, among other things, statements regarding strategic priorities, strategies for value creation, and operational goals; expected future revenue growth and the timing and amount of revenues for particular products; the Indivior Group's financial guidance including operating and profit margins for 2024*, *expected future earnings and cash flow growth, and its medium-and long-term revenue growth* generally and in the rest-of-the-world region specifically; our product development pipeline and potential future products, expectations regarding regulatory approval of such product candidates, the timing of such approvals, and the timing of commercial launch of such products or product candidates, expected timing of future clinical trials and the results thereof, and *eventual annual revenues of such future products*; assumptions regarding expected changes in share; *assumptions regarding the extent and impact of competition*; assumptions regarding future exchange rates; expectations about our ability to leverage our cost base and achieve savings at our Raleigh manufacturing plant by 2027; expectations regarding the completion and timing of the potential transfer of our primary listing; the potential inclusion of our stock in U.S. indices over time; and *other statements containing the words "believe," "anticipate," "plan," "expect," "intend," "estimate," "forecast," "strategy," "target," "guidance," "outlook," "potential," "project," "priority," "may," "will," "should," "would," "could," "can," "outlook," "guidance,"* the negatives thereof, and variations thereon and similar expressions. *By their nature, forward-looking statements involve risks and uncertainties as they relate to events or circumstances that may or may not occur in the future.*

Actual results may differ materially from those expressed or implied in such statements because they relate to future events. *Various factors may cause differences between Indivior's expectations and actual results, including, among others, the material risks described in the most recent Indivior PLC Annual Report and in subsequent releases*; the substantial litigation and ongoing investigations to which we are or may become a party; our reliance on third parties to manufacture commercial supplies of most of our products, conduct our clinical trials and at times to collaborate on products in our pipeline; our ability to comply with legal and regulatory settlements, *healthcare laws and regulations, requirements imposed by regulatory agencies and payment and reporting obligations under government pricing programs*; risks related to the manufacture and distribution of our products, most of which contain controlled substances; *market acceptance of our products* as well as *our ability to commercialize our products and compete with other market participants*; *the fact that a substantial portion of our revenue derives from a small number of key proprietary products*; *competition*; the uncertainties related to the development of new products, including through acquisitions, and the related regulatory approval process; *our dependence on third-party payors for the reimbursement of our products and the*

*increasing focus on pricing and competition in our industry*; unintended side effects caused by the clinical study or commercial use of our products; our use of hazardous materials in our manufacturing facilities; our ability to successfully execute acquisitions, partnerships, joint ventures, dispositions or other strategic acquisitions; our ability to protect our intellectual property rights and the substantial cost of litigation or other proceedings related to intellectual property rights; the risks related to product liability claims or product recalls; *the significant amount of laws and regulations that we are subject to*, including due to the international nature of our business; macroeconomic trends and other global developments; the terms of our debt instruments, changes in our credit ratings and our ability to service our indebtedness and other obligations as they come due; changes in applicable tax rate or tax rules, regulations or interpretations and our ability to realize our deferred tax assets; and volatility in our share price due to factors unrelated to our operating performance.

*Forward-looking statements speak only as of the date that they are made and should be regarded solely as our current plans, estimates and beliefs.* Except as required by law, *we do not undertake and specifically decline any obligation to update, republish or revise forward-looking statements to reflect future events or circumstances or to reflect the occurrences of unanticipated events*.  (p. 2)

-20-