# Exhibit 5

Case 3:24-cv-00554-HEH    Document 37-6    Filed 01/10/25    Page 2 of 13 PageID# 622



# INDIVIOR®

# Transforming Lives

Annual Report and Accounts 2023

Annual Report and Accounts 2023

Introduction

### Strategic Report

| | |
|---|---|
| 1 | Financial Highlights |
| 1 | Introduction |
| 2 | A Global Crisis |
| 4 | Social Stigma |
| 6 | Addressing the Challenge |
| 8 | Our Leading Pipeline |
| 10 | Our Culture |
| 12 | Chair's Statement |
| 14 | Patient Story |
| 16 | Community Advocate Story |
| 18 | Chief Executive Officer's Review |
| 22 | Chief Scientific Officer's Review |
| 24 | Our Business Model |
| 26 | Stakeholder Engagement |
| 33 | 2020 Resolution Agreement Update and Legacy Legal Matters |
| 34 | Our Sustainability Framework |
| 35 | Managing Indivior's Business Responsibly |
| 52 | Non-Financial and Sustainability Information Statement |
| 54 | Financial Review |
| 60 | Legal Proceedings |
| 64 | Risk Management |
| 74 | Viability Statement |

### Governance

| | |
|---|---|
| 76 | Chair's Governance Statement |
| 78 | Board of Directors |
| 80 | Executive Committee |
| 82 | Corporate Governance |
| 114 | Remuneration At a Glance |
| 116 | Directors' Remuneration Report |
| 145 | Directors' Report |
| 150 | Statement of Directors' Responsibilities |

### Financial Statements

| | |
|---|---|
| 152 | Independent Auditors' Report |
| 163 | Financial Statements |

### Additional Information

| | |
|---|---|
| 215 | Information for Shareholders |
| 217 | Publications and Conference Abstracts |

**Important Cautionary Note Regarding Forward-Looking Statements**

This Annual Report and Accounts contains certain statements that are forward-looking. Forward-looking statements include, among other things, statements regarding the Group's financial guidance including operating and profit margins for 2024 and its medium- and long-term growth outlook; assumptions regarding expected changes in market share and expectations regarding the extent and impact of competition; assumptions regarding future exchange rates; strategic priorities, strategies for value creation, and operational goals; expected future growth and expectations for sales levels for particular products; expected market growth rates, growing normalization of medically assisted treatment for opioid use disorder, and expanded access to treatment; our product development pipeline and potential future products, expectations regarding regulatory approval of such product candidates, the timing of such approvals, and the timing of commercial launch of such products or product candidates, and eventual annual revenues of such future products; expectations regarding future production and costs at the Group's Raleigh, North Carolina manufacturing facility; and other statements containing the words "believe," "anticipate," "plan," "expect," "intend," "estimate," "forecast," "strategy," "target," "guidance," "outlook," "potential," "project," "priority," "may," "will," "should," "would," "could," "can," "outlook," "guidance," the negatives thereof, and variations thereon and similar expressions.

By their nature, such forward-looking statements involve risks and uncertainties as they relate to events or circumstances that may or may not occur in the future. Actual results may differ materially from those expressed or implied in these forward-looking statements. In particular, our actual results, performance or achievements or industry results could be affected by, among other things: the substantial litigation to which we are or may become a party; our reliance on third parties to manufacture commercial supplies of most of our products, conduct our clinical trials and at times to collaborate on products in our pipeline; our ability to comply with legal and regulatory settlements, healthcare laws and regulations, requirements imposed by regulatory agencies and payment and reporting obligations under government pricing programs; risks related to the manufacture and distribution of our products, most of which contain controlled substances; market acceptance of our products as well as our ability to commercialize our products and compete with other market participants; the fact that a substantial portion of our revenue derives from a small number of key proprietary products; competition; the uncertainties related to the development of new products, including through acquisitions, and the related regulatory approval process; our dependence on third-party payors for the reimbursement of our products and the increasing focus on pricing and competition in our industry; unintended side effects caused by the clinical study or commercial use of our products; our use of hazardous materials in our manufacturing facilities; our ability to successfully execute acquisitions, partnerships, joint ventures, dispositions or other strategic acquisitions; our ability to protect our intellectual property rights and the substantial cost of litigation or other proceedings related to intellectual property rights; the risks related to product liability claims or product recalls; the significant number of laws and regulations that we are subject to, including due to the international nature of our business; macroeconomic trends and other global developments such as the COVID-19 pandemic; the terms of our debt instruments, changes in our credit ratings and our ability to service our indebtedness and other obligations as they come due; changes in applicable tax rate or tax rules, regulations or interpretations and our ability to realize our deferred tax assets; volatility in our share price due to factors unrelated to our operating performance; and such other factors as set out in this Annual Report and Accounts.

Forward-looking statements contained in this Annual Report and Accounts apply only at the date of this Annual Report and Accounts. We undertake no obligation publicly to update or revise any forward-looking statement, whether as a result of new information, future developments or otherwise.

## Millions of people around the world are addicted to opioids – and it's tearing their lives apart.

## Many turn their backs on those suffering.

Indivior is not a typical pharmaceutical company. Our purpose is to help change patients' lives by pioneering life-transforming treatment for substance use disorders, serious mental illnesses and overdose.

We are helping break the cycle of addiction with evidence-based medical treatments.

These treatments can help people turn their lives around and get on the path to long-term recovery.

Our purpose is underpinned by high standards of governance and compliance. Our commitment to acting responsibly to ultimately create value for all stakeholders is at the center of our decision-making.



## Transforming Lives

▶ **14** Read more about our patient story

### 2023 Financial Results

| Net revenue: | Net income: | Operating loss: |
|---|---|---|
| $1,093m | $2m | ($4m) |
| (2022: $901m) | (2022: ($53)) | (2022: ($85m)) |

| Net revenue from SUBLOCADE: | Adjusted net income: | Adjusted operating profit: | Year-end cash and investments: |
|---|---|---|---|
| $630m | $223m[1] | $269m[1] | $451m[2] |
| (2022: $408m) | (2022: $169m) | (2022: $212m) | (2022: $991m) |

1. Alternative financial measure. Please refer to the information on p. 56-59 following the caption "Alternative performance measures (adjusted results)" for a reconciliation to the corresponding IFRS measure.
2. Includes $27m restricted for self-insurance.

# Addiction is a Global Human Crisis



| Alcohol | Opioids | Cannabis | Amphetamines & Cocaine |
|---|---|---|---|
| **100m** people with alcohol use disorder | **60m** people used opioids for non-medical purposes | **219m** users | **58m** users |

## Millions of people around the world are addicted to opioids – and it's tearing their lives apart.

According to the United Nations, in 2021, approximately **60 million people** used opioids for non-medical purposes[1], **100 million people** suffered from alcohol use disorder[2], and **219 million people** used cannabis[1]. In addition to an increase in people suffering from opioid use disorder (OUD), opioid overdose deaths are also on the rise due to the increased prevalence of fentanyl and other high potency synthetic opioids.

**12 Month-ending Predicted Provisional Number of Drug Overdose Deaths by Drug or Drug Class in the U.S.[3]**

Total drug overdose — 110,795

Opioid overdose — 84,110

Synthetic opioid overdose — 76,451

48,126

29,689

5,862

Number of Deaths

1. UNODC, World Drug Report 2023 (United Nations publication, 2023).
2. The Lancet Psychiatry, The global burden of disease attributable to alcohol and drug use in 195 countries and territories, 1990–2016: a systematic analysis for the Global Burden of Disease Study 2016 (https://www.thelancet.com/journals/lanpsy/article/PIIS2215-0366(18)30337-7/fulltext#%20).
3. CDC National Center for Health Statistics (https://www.cdc.gov/nchs/nvss/vsrr/drug-overdose-data.htm).

| 2015 January | 2016 January | 2017 January | 2018 January | 2019 January | 2020 January | 2021 January | 2022 January | 2023 January |
|---|---|---|---|---|---|---|---|---|

◄ 12-Month Ending Period ►

Note: Predicted provisional counts represent estimates of the number of deaths adjusted for incomplete reporting.

# Social Stigma Still Exists



## Many people turn their backs on those suffering.

People suffering from addiction and serious mental illnesses are frequently subjected to stigma, and many remain under-diagnosed, under-treated and under-supported.

# 296 million

**people worldwide misused drugs, that's nearly 1 in every 17 people.**

UNODC, World Drug Report 2023 (United Nations publication, 2023).

No one is immune from addiction. It can affect men and women of all ages, races, ethnic groups and educational levels. It can happen to anyone – a friend, a neighbor, a coworker, a spouse, a brother, a sister or parent. **No one sets out to become addicted**.

### Breaking the cycle of addiction with evidence-based medical treatments

Medication to treat opioid use disorder (MOUD) is a critical part of the solution to the global crisis.

OUD is a treatable chronic brain disease. While therapy and rehab are powerful tools in opioid use disorder and substance use disorder recovery, science shows that patients who use medication in addition to treatment experience a higher rate of recovery.



**8.9 m**
Misuse opioids in U.S.
(Total addressable market)

**Significant treatment gap exists in the U.S. today**

**6.1 m**
OUD diagnosed in U.S.

**1.1 m**
Patients treated with Medication-Assisted Treatment (MAT) in last 12 months

### Raising awareness to overcome barriers

At Indivior, we not only work to expand evidence-based treatment options for people suffering from substance use disorder (SUD), serious mental illness and overdose but we also raise awareness among opinion leaders, policymakers, patient advocacy groups and the public about addiction as a chronic, relapsing disease that can be treated with medication.

Unfortunately, most people who could benefit from medication do not receive it. Overcoming the major barriers to access is critical to addressing the opioid crisis.

We intend to transform addiction from a global human crisis to a recognized and treated disease worldwide. The numbers are staggering. The need is clear. That is why we place the patient at the center of our decisions.

SAMHSA, Key Substance Use and Mental Health Indicators in the United States: Results from the 2022 National Survey on Drug Use and Health (https://www.samhsa.gov/data/sites/default/files/reports/rpt42731/2022-nsduh-nnr.pdf).

Addressing the Challenge

# Indivior is Addressing the Challenge



Our company was founded to help combat the opioid crisis, one of the most urgent public health emergencies of our time.

## Indivior is a global leader in addiction treatment and science



Net revenue by geography
$1,093m

- U.S.
- Rest of world

84%
16%

Net revenue by product

- SUBLOCADE (SL)®
- Sublingual film (U.S.)
- Rest of world
- PERSERIS®

58%
25%
13%
4%

As the pioneer in developing MOUD, Indivior has worked for over 25 years to reduce barriers to access, while advocating that OUD should be treated like other chronic diseases.

Today, we continue to pioneer innovative, life-transforming treatments for people with substance use disorder and serious mental illness. Our vision is that the millions of people across the globe suffering from these diseases have access to evidence-based treatment to change lives.

## Our global presence



Canada
**36**
people

U.K.
**165**
people

EU & Middle East
**82**
people

USA
**849**
people

Australia
**32**
people

| | Employees |
|---|---|
| Australia | 32 |
| Canada | 36 |
| Finland | 2 |
| France | 20 |
| Germany | 22 |
| Ireland | 6 |
| Israel | 5 |
| Italy | 18 |
| Sweden | 9 |
| United Kingdom | 165 |
| United States | 849 |
| **Total** | **1164** |

# Legal Proceedings

**Antitrust litigation and consumer protection**

## Multi-district antitrust class and state claims

Indivior Inc. has entered into settlement agreements to resolve all claims of all plaintiff groups in the Company's previously-disclosed antitrust multi-district litigation ("Antitrust MDL"). In the Antitrust MDL, civil antitrust claims had been filed by three classes of Plaintiffs—namely, (i) 41 states and the District of Columbia (the "States"), (ii) end payors and (iii) direct purchasers (collectively, the "Plaintiffs"). The Plaintiffs generally alleged, among other things, that Reckitt Benckiser Pharmaceuticals, Inc. ("RBPI," now known as Indivior Inc.) violated U.S. federal and/or state antitrust and consumer protection laws in attempting to delay generic entry of alternatives to SUBOXONE tablets. Plaintiffs further alleged that RBPI unlawfully acted to lower the market share of these products.

After engaging in informal settlement discussions and formal mediation, Indivior Inc. reached a settlement with the States for $103m on June 1, 2023. Indivior Inc. entered into a settlement agreement with the end payor class for $30m on August 14, 2023 and received final court approval on December 5, 2023. On October 22, 2023, Indivior Inc. entered into a settlement agreement with the remaining direct purchaser class for $385m, which received final court approval on February 27, 2024.

## Other antitrust and consumer protection claims

In 2013, RBPI (now known as Indivior Inc.) received notice that it and other companies were defendants in a lawsuit initiated by writ in the Philadelphia County (Pennsylvania) Court of Common Pleas. See Carefirst of Maryland, Inc. et al. v. Reckitt Benckiser Inc., et al., Case. No. 2875, December Term 2013. The plaintiffs included approximately 79 entities, most of which appeared to be insurance companies or other providers of health benefits plans. The Carefirst plaintiffs' claims were resolved in connection with final approval of the end payor settlement in the Antitrust MDL, and the Carefirst action accordingly was dismissed on February 14, 2024.

Humana, Inc. filed a complaint in state court in Kentucky on August 20, 2021 with substantially the same claims as were raised in the Antitrust MDL. See Humana Inc. v. Indivior Inc., No. 21-CI-004833 (Ky. Cir. Ct.) (Jefferson Cnty). The court lifted a stay on October 30, 2023. Indivior moved to dismiss the complaint in February 2024. Separately, Centene Corporation, Wellcare Healthcare Plans, Inc., New York Quality Healthcare Corp. (d/b/a Fidelis Care), and Health Net, LLC filed a complaint in the Circuit Court for the County of Roanoke, Virginia alleging similar claims on January 13, 2023. See Centene Corp. v. Indivior Inc., No. CL23000054-00 (Va. Cir. Ct.) (Roanoke Cnty). Indivior demurred to the complaint and asserted pleas in bar in early February 2024.

Cases filed by (1) Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc., (2) Health Care Service Corp., (3) Blue Cross and Blue Shield of Florida, Inc., Health Options, Inc., (4) BCBSM, Inc. (d/b/a Blue Cross and Blue Shield of Minnesota) and HMO Minnesota (d/b/a Blue Plus), (5) Molina Healthcare, Inc., and (6) Aetna Inc. were filed in the Circuit Court for the County of Roanoke, Virginia. See Health Care Services Corp. v. Indivior Inc., No. CL20-1474 (Lead Case) (Va. Cir. Ct.) (Roanoke Cnty). In July 2023, Indivior Inc. and BCBSM, Inc. and HMO Minnesota agreed to mutual releases and settlement. The remaining plaintiffs asserted claims under federal and state RICO statutes, state antitrust statutes, state statutes prohibiting unfair and deceptive practices, state statutes prohibiting insurance fraud, and common law fraud, negligent misrepresentation, and unjust enrichment. The Group filed demurrers, which the court sustained in part and overruled in part. Separately, Indivior Inc. filed counterclaims against several plaintiffs alleging violations of certain insurance fraud statutes. The plaintiffs demurred. The court overruled HCSC's demurrer but sustained the demurrers of the remaining plaintiffs named in Indivior Inc.'s counterclaims. A jury trial on the Group's pleas in bar to the remaining plaintiffs' fraud claims was held on October 30 – November 3, 2023. The jury rendered a verdict finding that the plaintiffs' fraud claims are not barred by the statute of limitations. A jury trial on the merits has been set for July 15, 2024 – August 15, 2024.

The Group is still in the process of evaluating the claims, believes it has meritorious defenses, and intends to defend itself. No estimate of the range of potential loss can be made at this time.

## Civil opioid litigation

The Group has been named as a defendant in more than 400 civil lawsuits alleging that manufacturers, distributors, and retailers of opioids engaged in a longstanding practice to market opioids as safe and effective for the treatment of long-term chronic pain to increase the market for opioids and their own market shares for opioids, or alleging individual personal injury claims. Most of these cases have been consolidated and are pending in a federal multi-district litigation ("the Opioid MDL") in the U.S. District Court for the Northern District of Ohio. See In re National Prescription Opiate Litigation, MDL No. 2804 (N.D. Ohio). Nearly two-thirds of the cases in the Opioid MDL were filed by cities and counties, while nearly one-third of the cases were filed by individual plaintiffs, most of whom assert claims relating to neonatal abstinence syndrome ("NAS"). Litigation against the Group in the Opioid MDL is stayed. Motions to remand have been denied or withdrawn in more than 50 cases to which the Group is a party (among numerous other defendants). Motions to remand remain pending in additional cases to which the Group is a party.

The Court in the Opioid MDL has indicated that it does not intend to set additional bellwether trials for Tier 2 and Tier 3 manufacturer and distributor defendants, provided that those defendants remain actively engaged in mediation. The plaintiffs' executive committee indicated that it may seek leave to amend complaints to name additional defendants based on ARCOS data concerning opioid products. The court held a status conference on February 14, 2024, but did not rule on whether such amendment will be permitted.

Separately, Indivior Inc. was named as one of numerous defendants in civil opioid cases that are not part of the Opioid MDL:

In 2017, Indivior Inc. was named as one of numerous defendants in International Brotherhood of Electrical Workers Local 728 Family Healthcare Plan v. Allergan, PLC et al., Case ID: 190303872 (C.P. Phila. Cnty). That case was consolidated with Lead Case No. 2017-008095 in Delaware County and stayed. The Delaware County court held a hearing on September 29, 2023 regarding the status of settlement discussions and other issues in various groups of cases in the consolidated action. On December 29, 2023, the court issued an order remanding all third-party payor cases, including the case involving Indivior, back to the Philadelphia Court of Common Pleas. The parties agreed that preliminary objections to the complaints would be due on the later of April 26, 2024, or one week after the remand order is docketed. The remand order has not yet been docketed. However, the Philadelphia Court of Common Pleas held a status conference for all remanded cases on February 28, 2024, during which the court indicated that it does not intend to further stay proceedings.

## Legal Proceedings continued

Indivior also was named as one of numerous defendants in various other federal and state court cases that are not in the Opioid MDL and were brought by municipalities. These cases include, for example, 35 actions filed in New York state court that were removed to federal court, as well as cases filed in federal district courts sitting in Alabama, Florida, and Georgia. The plaintiffs filed motions to remand the New York cases, which remain pending. The plaintiffs in the case filed in the Northern District of Alabama have voluntarily dismissed their complaint, subject to certain tolling agreements. The various other federal actions currently are stayed, and Indivior is not yet required to substantively respond to the complaints.

Indivior Inc. was named as a defendant in five individual complaints filed in West Virginia state court that were transferred to West Virginia's Mass Litigation Panel. See In re Opioid Litigation, No. 22-C-9000 NAS (W.V. Kanawha Cnty. Cir. Ct.) ("WV MLP Action"). All five of Indivior Inc.'s cases in the WV MLP Action involved claims related to NAS. Indivior Inc. moved to dismiss all five complaints on January 30, 2023. By order dated April 17, 2023, the court granted Indivior's motions to dismiss. The plaintiffs filed a notice of appeal on June 30, 2023. Appellate briefing in the cases involving Indivior has been stayed.

Given the status and preliminary stage of litigation in both the Opioid MDL and the separate federal and state court actions, no estimate of possible loss in the opioid litigation can be made at this time.

### False Claims Act allegations

In August 2018, the United States District Court for the Western District of Virginia unsealed a declined qui tam complaint alleging causes of action under the Federal and state False Claims Acts against certain entities within the Group predicated on best price issues and claims of retaliation. See United States ex rel. Miller v. Reckitt Benckiser Group PLC et al., Case No. 1:15-cv-00017 (W.D. Va.). The suit also seeks reasonable attorneys' fees and costs. The Group filed a Motion to Dismiss in June 2021, which was granted in part and denied in part on October 17, 2023. The relator filed a sixth amended complaint against only Indivior Inc. on December 7, 2023. Indivior's deadline to respond to the sixth amended complaint is March 18, 2024.

In May 2018, Indivior Inc. received an informal request from the United States Attorney's Office ("USAO") for the Southern District of New York, seeking records relating to the SUBOXONE film manufacturing process. The Group provided the USAO certain information regarding allegations that the government received regarding SUBOXONE film. There has been no communication regarding this matter with the USAO since 2022.

### U.K. shareholder claims

On September 21, 2022, certain shareholders issued representative and multiparty claims against Indivior PLC in the High Court of Justice for the Business and Property Courts of England and Wales, King's Bench Division. On January 16, 2023, the representative served its Particular of Claims setting forth in more detail the claims against the Group, while the same law firm that represents the representative also sent its draft Particular of Claims for the multiparty action. The claims made in both the representative and multiparty actions generally allege that Indivior PLC violated the U.K. Financial Services and Markets Act 2000 ("FSMA 2000") by making false or misleading statements or material omissions in public disclosures, including the 2014 Demerger Prospectus, regarding an alleged product-hopping scheme regarding the switch from SUBOXONE tablets to SUBOXONE film. Indivior PLC filed an application to strike out the representative action. On December 5, 2023, the court handed down a judgment allowing the Group's application to strike out the representative action. The court subsequently awarded certain costs to the Group. On January 23, 2024, the claimants requested permission to appeal the decision to the court of appeals.

The Group has begun its evaluation of the claims, believes it has meritorious defenses, and intends to vigorously defend itself. Given the status and preliminary stage of the litigation, no estimate of possible loss can be made at this time.

### Tooth damage allegations

The Group has been named as a defendant in more than 40 lawsuits that have been consolidated into a multi-district litigation in the Northern District of Ohio. See In Re Suboxone (Buprenorphine/Naloxone) Film Products Liability Litigation, MDL No. 3092 (N.D. Oh.). The plaintiffs generally allege that the Group failed to properly warn physicians of the risk of dental injury, and further allege that SUBOXONE products were defectively designed. The plaintiffs generally seek compensatory damages, as well as punitive damages and attorneys' fees and costs. Product liability cases such as these typically involve issues relating to medical causation, label warnings and reliance on those warnings, scientific evidence and findings, actual, provable injury and other matters. These cases are in their preliminary stages. The Group is evaluating the claims and its defenses, believes it has meritorious defenses, and intends to defend itself. No estimate of the range of potential loss can be made at this time. These lawsuits follow a June 2022 required revision to the Prescribing Information and Patient Medication Guide about dental problems reported in connection with buprenorphine medicines dissolved in the mouth to treat opioid use disorder. This revision was required by the FDA of all manufacturers of these products.

Risk Management

# Indivior's Approach to Risk

### Principal risks and risk management
Effective management of existing and emerging risks is critical to the success of our Group and the achievement of our strategic objectives. Risk must be accepted to a reasonable degree for our Group to execute our strategic objectives and pursue business opportunities aligned with our mission. Risk management is therefore an integral component of our culture and governance.

### Managing risks
Our Enterprise Risk Management ("ERM") process is designed to identify, assess, manage, report and monitor risks and opportunities that may impact the achievement of the Group's strategy and objectives. The Board defines the Group's risk appetite. This enables the Group to define both quantitative and qualitative criteria, and considering likelihood and risk impact, to ultimately determine the level of risk it is prepared to take in pursuing its strategic objectives.

An effective ERM process is fundamental to our ability to meet our operational and strategic objectives. The competitive market in which we operate has industry-specific risks, particularly those relating to new product development and commercialization, intellectual property enforcement and legal proceedings, and compliance with laws and regulations. This requires that existing and emerging business risks are effectively assessed, appropriately measured, regularly monitored, and addressed through mitigation plans.

Our ERM process fosters and embeds a Group-wide culture of risk management that is responsive, forward-looking, consistent and accountable.

Examples of our 2023 risk management activities include: a quantitative assessment of climate-related risks; development of climate risk taxonomy; and select resilience tabletop exercises as part of the Group's business resilience program.

### Governance and responsibilities
The Board has overall responsibility for the Group's risk management. The Audit & Risk Committee assists the Board in overseeing the Group's risk management activities, including reviewing the Group's principal and emerging risks with a focus on key risk areas. In addition, the Board's Committees regularly review risks relevant to their area of focus. This includes, but is not limited to, risks relating to legal, financial, commercial, regulatory, and compliance matters.

The Executive Committee has been tasked by the Board to manage the Group's risk management activities. Quarterly, the Executive Committee reviews enterprise risks as part of its regular business reviews. It also assesses any changes impacting the Group, including emerging risks and impacts to Indivior's principal risks, as well as underlying mitigating plans.

Business unit and functional leadership executes day-to-day risk management activities, including risk identification. They also manage risk mitigation actions within their respective areas, in alignment with the ERM framework.

The Risk Management Team facilitates the ERM program, including the implementation of processes and tools to identify, assess, measure, monitor and report risks.

### Our principal risks
The Board has carried out a robust risk assessment so that principal risks are effectively managed and/or mitigated to help ensure the Group remains viable. The Board considers the principal risks to be the most significant faced by the Group; these include those that could threaten the Group's business model, future performance, solvency, or liquidity.

While the Group aims to identify and manage such risks, no risk management strategy can provide absolute assurance against loss.

The tables on pages 66 to 73 provide insight into the Group's principal risks, outlining why effective management of these risks is important, how we manage them, how the risks relate to the Group's strategic priorities, and changes to the status of these risks compared to prior year. Additional risks, not listed here, that the Group cannot presently predict or does not believe to be equally significant, may also adversely affect the Group's business, results of operations and financial condition. The principal risks and uncertainties are not listed in order of significance.

Principal risks remain broadly unchanged compared to the prior year, except for two principal risks. The Commercialization principal risk has increased for two reasons; the continued worldwide pricing and reimbursement pressure on pharmaceutical products, combined with the entrance of another long-acting injectable for the treatment of OUD in the U.S. market caused this change. Conversely, the Supply principal risk has decreased, given the FDA regulatory approval of an alternate third-party filling site for SUBLOCADE® and PERSERIS® and the acquisition of the Group's sterile manufacturing site in November 2023, which although not able to manufacture our products today, will provide an opportunity for the Group to bring such manufacturing in-house in the future.

Any single risk or combination of the risks listed below could impact the Group's viability (see our Viability Statement on pages 74 and 75).

### Emerging risks
Emerging risks are risks whose effects have not yet been substantially realized in the enterprise, but have the potential to be a challenge for the Group. These risks are unlikely to impact the business next year; however, they can rapidly change and/or are nonlinear. There is a continuous focus on identifying and assessing potential emerging risks. The Risk Management and Financial Planning & Analysis teams, in partnership with the business functions, monitor potential disruptions that could dramatically impact our industry and business from a risk and opportunity perspective. The Board and Executive Committee carry out a robust review of emerging risks.

The identification and assessment of climate-related risk is part of the ERM process mentioned above. Following our recent scenario assessment (see our TCFD disclosure on pages 47 to 51, we have determined that climate change is not currently a principal risk to our business, but we will continue to monitor it as an emerging risk.

Our Board of Directors oversees Indivior's risk management, determines the Group's risk appetite, carries out an assessment of the Group's principal and emerging risks and oversees the governance of Indivior's principal risks

**Board of Directors**

Our Executive Committee monitors the effectiveness of risk management activities and reviews Indivior's principal risks

**Executive Committee**

Our Risk Management Team coordinates the ERM process

**Risk Management Team**

**Risk Mitigation**

**Integrity & Compliance Department**

Our Integrity & Compliance Department develops and implements an effective compliance management program

**Business unit and corporate functional leadership**

Our business unit and corporate functional leadership executes day-to-day risk management activities and manages risk mitigation actions within their respective functions or areas

**Internal Audit Team**

Indivior Audit Services provides independent assurance of the effectiveness of governance, risk management and controls

Strategic Report

Indivior Annual Report and Accounts 2023

# Risk Management continued

## Business operations

**Trend versus prior year:**

The Group's operations rely on complex processes and systems, strategic partnerships, as well as specially qualified and high-performing personnel to develop, manufacture and sell our products. Failure to continuously maintain operational and compliance processes and systems, as well as retain and/or recruit qualified personnel, could adversely impact product availability and patient health, and ultimately the Group's performance and financials. Additionally, we operate in an ever-evolving regulatory, political, and technological landscape. We therefore need the right priorities, capabilities, and structures in place to successfully execute on our business strategy and adapt to this changing environment.

### Cybersecurity
Cyberattacks are a global and cross-industry threat with the number, severity, and sophistication of attacks continuing to rise, including ransomware. The pharmaceutical industry remains a primary target for various cybercriminal groups. Cyberattacks can be initiated from a variety of sources and target the Group in several ways, including network, systems, and applications used by the Group or third-party partners. Furthermore, the Group does not have control over the cybersecurity systems of its third-party partners. The Group continuously assesses cyber risks and dedicates significant resources, including systems and training, to effectively defend against cyberattacks, but cannot provide absolute security against cyberattacks.

### Examples of risks
– Failure, disruptions, or significant performance issues experienced with our key processes, Information Technology ("IT") systems, and/or by our critical third-party partners.
– Cybersecurity breaches could have a significant impact on our operations and/or result in loss of intellectual property, confidential data, and personally-identifiable information ("PII").
– Failure to motivate, retain and recruit qualified workforce and key talent.

### Management actions
– Business operating standards, monitoring processes, and business resilience program.
– IT strategy, governance, policies, processes, systems, and disaster recovery plans supporting overall business continuity are in place, including cyber incidence response readiness.
– Processes and tools to secure systems and protect data are deployed, including virtual private network ("VPN"), and security information and event management ("SIEM").
– Continued security awareness, including e-learning and phishing exercises.
– Updated crisis communication plan and procedures and conducted resilience tabletop exercises.
– Talent management and culture development programs are in place, including talent review and retention programs focused on identifying key roles and successors.
– Hybrid work policy enabling flexible ways of working.

### Link to strategic priorities:
**1** Grow SUBLOCADE® to >$1.5bn

**2** Diversify Revenue

**3** Build & Progress the Pipeline

**4** Optimize Our Operating model

---

## Product pipeline, regulatory and safety

**Trend versus prior year:**

The research and development ("R&D") of new products and technologies are inherently uncertain and lengthy. They require significant and continuous financial and resource investments, and strategic partnerships without any guarantee of success. Any stage of the R&D process is susceptible to failure. Promising new product candidates may never make it to market or may only experience limited commercial success because of issues related to efficacy or safety, poor clinical outcomes, difficulty obtaining regulatory approvals, narrow range of approved uses, prohibitively high manufacturing costs, inability to create or protect intellectual property rights, or infringement on the intellectual property of others. Therefore, the failure to successfully advance our product pipeline could have a material effect on the Group's long-term performance and prospects.

The Group is developing its early-stage assets (i.e., preclinical to Phase 2 assets). Our nonclinical and clinical activities are primarily outsourced, and the majority of our clinical studies are carried out by independent third-party contract research organizations ("CROs"). This includes pre-study visits, training, program management, document preparation, site identification, screening and preparation. We have no direct control over the CROs' activities. Delays and/or interruptions in the CROs' activities may delay or postpone the progress of our clinical studies. Furthermore, we depend on the reliability and validity of the activities carried out by the CROs to support our regulatory filings. If any of the CROs' work products were to be erroneous or insufficient, it might negatively impact our own clinical data, results and corresponding regulatory approvals.

Research, development, manufacturing and distribution is governed by complex, strict and multi-jurisdictional regulations, including the U.S. FDA. Regulatory approvals may not be given at all, or in a timely manner, for new products or for additional indications or uses of already approved ones. Patient safety depends on our ability to perform robust safety assessment and interpretation and to ensure that appropriate decisions are made regarding the benefit/risk profiles of our products. Deviations from these quality and safety practices could impact patient safety and market access, which can have a material effect on the Group's performance and prospects.

In addition, strong competition exists for strategic collaborations, licensing arrangements and acquisition targets. If we are unable to execute strategic transactions – or if such transactions do not yield the expected product development, synergies or financial performance – our business prospects may suffer.

### Examples of risks
– Failure to advance the development and/or obtain regulatory approval of pipeline products.
– Failure to identify R&D assets and/or merger and acquisitions ("M&A") targets, conduct effective due diligence, or to integrate newly-acquired business effectively and/or achieve expected potential due to integration challenges.
– Potential liability and/or additional expenses associated with ongoing regulatory obligations and oversight.
– Unexpected changes to the benefit/risk profiles of our products.

### Management actions
– Business development strategy aligned with the Group's strategy.
– Product development process, including a stage-gate process to continually evaluate R&D investment decisions.
– Incorporated assets from the Opiant acquisition into the Group's pipeline.
– Integration plan and team for M&A-related activities.
– Post-marketing study and real-world evidence programs.
– Market valuation and financial modeling.
– Comprehensive cross-functional due-diligence process, supported by external experts.
– Ongoing Quality, Safety and Regulatory monitoring and auditing programs.
– Policies and standards governing scientific interactions and communication.
– Strategies to defend against and pursue appropriate resolution of potential product liability claims.
– Rigorous pharmacovigilance processes for ongoing evaluation of data collected from multiple sources related to patient safety are in place. These include Risk Evaluation & Mitigation Strategy ("REMS") programs in the U.S. and Risk Management Plans ("RMP") outside the U.S.

### Link to strategic priorities:
**1** Grow SUBLOCADE® to >$1.5bn

**2** Diversify Revenue

**3** Build & Progress the Pipeline

---

 **Increased risk**

**No change**

**Decreased risk**

# Risk Management continued

## Commercialization

### Trend versus prior year:



Successful commercialization of our products is a critical factor for the Group's sustained growth and robust financial position. New products involve substantial investment in marketing, market access and sales activities, product stocks and other investments. Certain factors, if different than anticipated, can significantly impact the Group's performance and position. These factors include: final label claims; healthcare professionals ("HCP")/patient adoption and adherence; generic and brand competition; pricing pressures; private and government reimbursement schemes and systems; negotiations with payors; erosion and/or infringement of intellectual property ("IP") rights; product availability; and political and socioeconomic factors.

The overall risk increased, given continued pricing and reimbursement pressure and competition in the U.S. market.

### Pricing and reimbursement pressure

Governments across the world continue to consider and take actions to reduce expenditure on drugs and to implement various cost-control measures. In the U.S., there is bi-partisan support for drug pricing reforms at both federal and state levels, which include potential legislative and regulatory actions. Examples of such actions include: encouraging the import of drugs; pricing drugs according to a defined international pricing reference; encouraging more competition; implementing drug pricing provisions of the Inflation Reduction Act of 2022; establishing state-based registration and disclosure requirements; and undertaking other initiatives. These, together with federal and state government fiscal constraints, pose direct and indirect downward pressure risk on drug prices and cost containment measures. The Group continues to monitor potential legislative and regulatory changes and their impacts, advocating for the Group's products based on scientific studies and patient-centered outcomes. However, certain potential legislative and regulatory drug pricing changes could have an adverse impact on the Group's financial performance and results in the future.

The entrance of long-acting injectables produced by competitors for OUD and schizophrenia treatments in the U.S. is likely to create pricing pressure as payors will try to negotiate higher rebates to maintain SUBLOCADE's and PERSERIS' respective position on their formulary.

### Examples of risks

– Launch of competing branded and/or generic products.
– Lower CJS facility adoption, HCP adoption and patient enrollments and/or adherence to SUBLOCADE, including the decrease linked to limited/restricted patient visits and HCP interactions.
– Unexpected changes to government and/or commercial reimbursement levels, government pricing and/or funding pressures, and market access.
– Revenue diversification in the U.S. (i.e., PERSERIS, OPVEE) and outside the U.S.

### Management actions

– Creation of three dedicated U.S. sales force and marketing teams (i.e., Addiction Sciences ("AS"), Behavioral Health ("BH"), and Overdose Reversal Sciences ("ORS")) and expansion of both AS and BH sales forces.
– Continued access investments in organized health systems, including the expansion of the dedicated CJS team.
– Expansion of point of care (i.e., patient injection pharmacy) for OUD treatment by partnering with a U.S. grocery store company.
– Emphasizing value of products and health economics tailored to commercial and government payors through market access activities, medical education and enhanced real-world evidence.
– Patient platforms supporting provider location, reimbursement support and co-pay assistance for eligible patients; and other tools (e.g., community re-entry providers).
– Ongoing training and development for field-based employees.
– Policies and standards governing commercial activities, including pricing.
– Monitoring of government and commercial pricing and reimbursement-related trends/measures and development of mitigation strategies, as well as advocacy programs.
– International growth, pipeline development, marketing and business development strategies.

### Link to strategic priorities:

 Grow SUBLOCADE® to >$1.5bn

 Diversify Revenue

## Economic and financial

### Trend versus prior year:



The pharmaceutical business includes inherent risks and uncertainties, requiring the Group to make significant financial investments to develop and support the success of our product portfolio. Generating cash flow from our approved products, together with external financing, sustains our financial position, allows development of new products and funds business growth. Realizing value on those investments is dependent upon regulatory approvals, market acceptance (including pricing reimbursement levels), strategic partnerships, competition and legal developments. Together with potential pressure on our level of net working capital, our ability to comply with our debt covenants in the long term could be negatively impacted. As a global business, we are also subject to political, economic, capital markets and tax regulation changes.

### Inflationary pressures and monetary tightening

The combination of central banks measures and progress in addressing supply chain challenges has reduced inflation. However, globally, inflationary pressures (e.g., labor, energy, shipping costs) and monetary tightening measures will continue, given tight labor market conditions and geopolitical conflicts and tensions.

### Examples of risks

– Inability to raise capital, or execute business development and alliance opportunities.
– Failure to meet financial obligations and performance.
– Changes to international tax environment and regulations, including potential tax increases as governments seek to fund public finances.
– Inflationary pressures impacting labor, materials, freight costs and monetary tightening.

### Management actions

– Process to optimize cost and finance structures and active expense management.
– Ongoing monitoring of financial performance and compliance with financial covenants.
– Strategies supporting expansion opportunities and diversification.
– Regular appraisals of debt and capital market conditions with advisors and counterparties.
– Ongoing monitoring of potential changes in tax legislations and their related impacts.
– Proactive supply chain planning and cost monitoring activities.

### Link to strategic priorities:

 Grow SUBLOCADE® to >$1.5bn

 Diversify Revenue

**3** Build & Progress the Pipeline

**4** Optimize Our Operating Model

---

 **Increased risk**

 **No change**

**Decreased risk**

## Risk Management continued

### Supply

| | Trend versus prior year: |



The manufacturing and supply of our products are highly complex processes. They depend on a combination of internal manufacturing capabilities and third parties for the timely supply of our finished drug and combination drug products. The Group almost exclusively relies on third parties, including contract manufacturing organizations ("CMOs"), to manufacture, test and distribute our finished products. The manufacturing of oral solid dose, film products, aseptically filled injectables and nasal sprays is subject to stringent global regulatory, quality and safety standards, including Good Manufacturing Practice ("GMP"). Major delays or interruptions in the supply chain and/or product quality failures could significantly disrupt patient access, adversely impact the Group's financial performance, and lead to product recalls and/or potential regulatory actions against the Group, along with potential reputational damage.

**The overall risk decreased, given de-risking of manufacturing capabilities by the regulatory approval of an alternative filling CMO site for SUBLOCADE and acquisition of a sterile manufacturing site. The acquired site will not be available for the manufacture of SUBLOCADE and PERSERIS for a few years.**

#### Outsourcing partners

The Group's products are filled and packaged by CMOs in the U.S. and U.K. and some are single-sourced. The Group's supply development and monitoring and contingency planning processes include: additional and redundant capacity (e.g., qualification of additional sites and building extra capacity at an existing supplier); proactive management of inventories throughout the supply-to-patient delivery process; and initiatives to identify and qualify alternative sites and/or suppliers. In Q4 2023, an alternative high-volume CMO site was approved by the U.S. FDA. The Group also acquired a facility in Raleigh, North Carolina, which will become a critical hub for sterile injectable manufacturing in the future. Despite these additional capacities and mitigating measures, if major delays, interruptions or quality events occur at those CMOs, the delivery of products to our patients could be significantly disrupted.

#### Examples of risks

– Disruptions at our critical CMOs and/or at supply chain partners, including freight and logistics providers.

– Inability to supply compliant-finished products in a continuous and timely manner.

#### Management actions

– Business continuity, disaster recovery, emergency response plans and enhanced communication protocols across the supply chain network.

– Acquisition of a sterile manufacturing plan in the U.S.

– Periodic risk-based reviews for critical vendors are in place and development of a second/third-tier supplier risk analysis is underway.

– Contingency plans (including qualification of alternative suppliers/providers) and management of safety stocks.

– Comprehensive product quality and control processes and manufacturing performance monitoring across the supply chain network.

– Ongoing monitoring of inventory levels, detailed production prioritization and monitoring of CMO execution.

#### Link to strategic priorities:

 Grow SUBLOCADE® to >$1.5bn

 Diversify Revenue

---

### Legal and intellectual property

| | Trend versus prior year: |



Our pharmaceutical operations, which include the use of controlled substances, are subject to a wide range of laws and regulations. Perceived or actual non-compliance with these laws and regulations can result in investigations or proceedings leading to civil or criminal sanctions, fines and/or damages as well as reputational damages.

IP rights protecting our products may be challenged by external parties, including generic pharmaceutical manufacturers. Although we have developed patent protection for our products, including SUBLOCADE, we are exposed to the risk that courts may decide that our IP rights are invalid and/or that third parties do not infringe our asserted IP rights.

In connection with the agreements entered in 2020 to resolve criminal charges and civil complaints related to SUBOXONE film, the Group has specific requirements to fulfill. These are in addition to the Group's pre-existing obligations to comply with applicable laws and regulations associated with its U.S. pharmaceutical operations. The Group could be subject to penalties if it fails to fulfill the requirements within the stated agreements (for more information, see the Compliance principal risk on pages 72 to 73).

The Group is also a party to seven legacy lawsuits filed by private plaintiffs alleging violations of civil antitrust laws, fraud, and other claims relating to the Group's marketing of SUBOXONE film that have not been settled (see Legal Proceedings section on pages 60 to 63).

The Group is also a defendant in more than 400 civil lawsuits brought by state and local governments and public health agencies; among others. It is alleged that manufacturers, distributors, and retailers of opioids engaged in a longstanding practice to promote opioids as safe and effective for the treatment of long-term chronic pain to increase the market and their respective market shares for opioids, or alleging personal injury claims. Most of these cases have been consolidated and are pending in a federal multi-district litigation ("the Opioid MDL"). Nearly 2/3 of the cases in the Opioid MDL were filed by cities and counties, while nearly 1/3 of the cases were filed by individual plaintiffs, most of whom assert claims relating to neonatal abstinence syndrome ("NAS"). Indivior Inc., a subsidiary of the Group, was separately named as a defendant in five individual personal-injury NAS actions in the West Virginia state court. Litigation against the Group in the Opioid MDL is stayed, and the state-court cases are in preliminary stages (for more information, see the Legal Proceedings section on pages 60 to 63).

The Group is a defendant in over 40 lawsuits in which individual plaintiffs claim that SUBOXONE® film caused them to suffer dental caries, tooth loss, or other damage to their teeth. The plaintiffs generally allege that the Group failed to properly warn physicians of the risk of dental injury, and further allege that SUBOXONE film products were defectively designed. The cases have been consolidated and are pending in a federal multi-district litigation ("the Dental MDL"). Litigation against the Group in the Dental MDL is stayed (for more information, see the Legal Proceedings section on page 63).

Indivior Inc. is a defendant in a *qui tam* lawsuit complaint, alleging causes of action under the Federal and state False Claims Acts and other laws related to best price issues and claims of retaliation. The suit also seeks reasonable attorneys' fees and costs. On October 17, 2023, the court granted in part and denied in part the Motion to Dismiss, with leave to amend. The relator filed a sixth amended complaint against only Indivior Inc on December 7, 2023 (for more information, see the Legal Proceedings section on page 62).

Unfavorable outcomes in any of these legal proceedings could have a material adverse impact on the Group's business, financial condition and/or operating results (see the Legal Proceedings section on pages 60 to 63).

#### Examples of risks

– Legal proceedings related to antitrust, state, shareholders, product liability claims, government enforcement and/or private litigation associated with the manufacturing, marketing and distribution of our products.

– Inability to obtain, maintain and protect patents and other proprietary rights.

#### Management actions

– Quality, patient safety, monitoring and compliance are embedded in the Group's processes and culture.

– Cooperation with government authorities in connection with ongoing litigations, utilizing internal and external counsel.

– Insurance coverage, financial modeling and monitoring activities.

– Ongoing active review, management and enforcement of our product patents, marketing exclusivity and other IP rights.

– Strategies to defend against and pursue appropriate resolution of potential IP claims.

– Revenue diversification strategy.

#### Link to strategic priorities:

 Grow SUBLOCADE® to >$1.5bn

 Diversify Revenue

 Build & Progress the Pipeline

---

⌃ **Increased risk**

◇ **No change**

⌄ **Decreased risk**

# Risk Management continued

## Compliance

**Trend versus prior year:**



Our Group operates globally and the pharmaceutical industry is both highly competitive and regulated. Complying with all applicable laws and regulations, including engaging in activities that are consistent with legal and industry standards, and with our Group's Code of Conduct, are core to the Group's mission, culture and practices. The Group has processes and procedures to identify, analyze and investigate any potential or actual violations of policy or law and, if necessary, take appropriate remedial or corrective actions. Effective procedures and controls are necessary to provide reliable information and prevent and detect potential fraud and/or misconduct. Failure to comply with applicable laws and regulations may subject the Group to civil, criminal and administrative liability, including the imposition of substantial monetary penalties, fines and damages. Non-compliance may also result in the restructuring of the Group's operations through the imposition of compliance or integrity obligations, with a potential adverse impact on the Group's prospects, reputation, results of operations and financial condition.

### Compliance with government agreements

In 2020, as part of the Group's resolution of federal criminal and civil charges related to its legacy products (see Legal Proceedings section on pages 60 to 63), the Group also entered into a Corporate Integrity Agreement ("CIA") with the U.S. Department of Health & Human Services Office of Inspector General ("HHS-OIG"). The five-year CIA requires, among other things, that the Group implement measures designed to ensure compliance with the statutes, regulations and written directives of U.S. Medicare, U.S. Medicaid and all other U.S. Federal health care programs, as well as with the statutes, regulations and written directives of the FDA. The Group is subject to additional periodic reporting and monitoring requirements related to the Agreements.

In addition, the CIA requires reviews by an independent review organization, a compliance expert to advise the Board, compliance-related certifications from the Group's executives and certain Board members, and the implementation of a risk assessment and mitigation process. The CIA sets out specified monetary penalties that may be imposed on a per-day basis for failure to comply with the obligations specified in the CIA. The CIA also includes specific procedures under which the Group must notify HHS-OIG if it fails to meet the requirements under the CIA. In the event that HHS-OIG determines the Group to be in material breach of certain requirements of the CIA (including repeated violations or any flagrant obligations under the CIA, a failure by the Group to report a reportable event and/or take corrective action, a failure to engage and use an independent review organization, or a failure to respond to certain requests from HHS-OIG), the Group may be excluded from participating in the U.S. Federal health care programs. This would have a severe impact on the Group's ability to comply with the financial covenants in the Group's debt facility, maintain sufficient liquidity to fund its operations, pay off its debt in 2026 and generate future revenue. It would therefore impact the Group's viability.

The Resolution Agreement with the U.S. Attorney's Office for the Western District of Virginia and Consumer Protection Branch contains certain requirements. These requirements include various reporting obligations and specify that the Group's Chief Executive Officer must (a) certify on an annual basis that, to the best of their knowledge, after reasonable inquiry, the Group is in compliance with the U.S. Federal Food, Drug and Cosmetic Act and has not committed health care fraud, or (b) provide a list of all non-compliant activities and steps taken to remedy the activity. The U.S. Federal Trade Commission ("FTC") Stipulated Order contains specific notice and reporting requirements over a 10-year period related to certain activities (e.g., follow-on drug product, filing of a citizen petition). The Group is subject to contempt prosecution if it fails to comply with any terms of the Resolution Agreement.

As part of the Group's Global Integrity & Compliance Program ("I&C Program"), comprehensive policies, processes and systems have been implemented to educate, monitor, report, and embed compliance, ethics, and integrity-related matters. The Group's Chief Executive Officer is responsible for the day-to-day operation of the I&C Program, with the oversight of the Group's Board and the support of an independent compliance expert. The Group's Chief Integrity & Compliance Officer ("CICO") leads the I&C Program administration, supported by a global team of compliance professionals.

### U.S. listing reporting requirements

Following the Nasdaq listing in the U.S., the Group is subject to the reporting requirements of the Securities Exchange Act of 1934 (as amended), the Sarbanes-Oxley Act of 2002, the listing requirements of the Nasdaq Stock Market, and other applicable securities rules and regulations.

 **Increased risk**

 **No change**

**Decreased risk**

## Compliance continued

**Trend versus prior year:**

### Examples of risks

– Failure to meet the requirements of the government agreements (i.e., CIA, DOJ and FTC).
– Non-compliance with our Code of Conduct, anti-corruption, healthcare, data privacy or local laws and regulations across all geographies.
– Inability to adequately respond to changes in laws and regulations, including data privacy.
– Failure to comply with payment and reporting obligations under U.S. and foreign government programs.
– Inability to meet all requirements related to a U.S. stock listing.

### Management actions

– Oversight, monitoring and reporting of compliance requirements with government agreements have been implemented, including a management certification and defined sub-certification process.
– I&C Program and development of compliance capabilities, guided by a defined strategic plan and learnings from program operations and continuous evolution.
– Code of Conduct promoting and upholding ethical conduct of employees: environmental and climate change; human rights; diversity and inclusion; anti-bribery and corruption.
– Supplier Code of Conduct defining standards of conduct expected for the Group's suppliers.
– Compliance policies and processes, including Code of Conduct and an enhanced risk assessment, and related mandatory employee training programs.
– Confidential independent reporting process with multiple avenues for employees to report concerns (including anonymous reporting where local law permits).
– Oversight and monitoring of controls, including regional compliance committees.
– Data privacy governance, management framework, and training.
– Continuous review and assessment of developments in the law, applicable industry standards, and business practices.
– Ongoing monitoring of controls over government pricing and reporting.
– Internal processes and procedures for reporting under applicable U.S. securities rules and regulations.

### Link to strategic priorities:

**1** Grow SUBLOCADE® to >$1.5bn

**2** Diversify Revenue

**3** Build & Progress the Pipeline