# Exhibit 15

# Transforming Lives
# & Driving Value Creation

May 23, 2024





# Forward-looking Statements

This presentation contains certain statements that are forward-looking.  Forward-looking statements include, among other things, statements regarding strategic priorities, strategies for value creation, and operational goals; expected future growth as to the timing and amount for particular products; the Indivior Group's financial guidance including operating and profit margins for 2024 and its medium- and long-term growth outlook; our product development pipeline and potential future products, expectations regarding regulatory approval of such product candidates, the timing of such approvals, and the timing of commercial launch of such products or product candidates, expected timing of future clinical trials and the results thereof, and eventual annual revenues of such future products; assumptions regarding expected changes in share and expectations regarding the extent and impact of competition; assumptions regarding future exchange rates; expected share growth rates; expectations regarding future production at the Group's Raleigh, North Carolina manufacturing facility; expectations regarding the completion and timing of the potential transfer of our primary listing; the potential inclusion of our stock in U.S. indices over time; and other statements containing the words "believe", "anticipate", "plan", "expect", "intend", "estimate", "forecast," "strategy," "target," "guidance," "outlook," "potential", "project", "priority," "may", "will", "should", "would", "could", "can", "outlook," "guidance", the negatives thereof, and variations thereon and similar expressions.  By their nature, forward-looking statements involve risks and uncertainties as they relate to events or circumstances that may or may not occur in the future.

Actual results may differ materially from those expressed or implied in such statements because they relate to future events.  Various factors may cause differences between Indivior's expectations and actual results, including, among others, the material risks described in the most recent Indivior PLC Annual Report and in subsequent releases; the substantial litigation and ongoing investigations to which we are or may become a party; our reliance on third parties to manufacture commercial supplies of most of our products, conduct our clinical trials and at times to collaborate on products in our pipeline; our ability to comply with legal and regulatory settlements, healthcare laws and regulations, requirements imposed by regulatory agencies and payment and reporting obligations under government pricing programs; risks related to the manufacture and distribution of our products, most of which contain controlled substances; market acceptance of our products as well as our ability to commercialize our products and compete with other market participants; the fact that a substantial portion of our revenue derives from a small number of key proprietary products; competition; the uncertainties related to the development of new products, including through acquisitions, and the related regulatory approval process; our dependence on third-party payors for the reimbursement of our products and the increasing focus on pricing and competition in our industry; unintended side effects caused by the clinical study or commercial use of our products; our use of hazardous materials in our manufacturing facilities; our ability to successfully execute acquisitions, partnerships, joint ventures, dispositions or other strategic acquisitions; our ability to protect our intellectual property rights and the substantial cost of litigation or other proceedings related to intellectual property rights; the risks related to product liability claims or product recalls; the significant amount of laws and regulations that we are subject to, including due to the international nature of our business; macroeconomic trends and other global developments such as the COVID-19 pandemic; the terms of our debt instruments, changes in our credit ratings and our ability to service our indebtedness and other obligations as they come due; changes in applicable tax rate or tax rules, regulations or interpretations and our ability to realize our deferred tax assets; and volatility in our share price due to factors unrelated to our operating performance.

Forward-looking statements speak only as of the date that they are made and should be regarded solely as our current plans, estimates and beliefs.  Except as required by law, we do not undertake and specifically decline any obligation to update, republish or revise forward-looking statements to reflect future events or circumstances or to reflect the occurrences of unanticipated events.

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024

INDIVIOR®

# Today's Speakers



**Mark Crossley**
CHIEF EXECUTIVE OFFICER



**Richard Simkin**
CHIEF COMMERCIAL OFFICER



**Christian Heidbreder, Ph.D.**
CHIEF SCIENTIFIC OFFICER



**Jeff Burris**
CHIEF LEGAL OFFICER



**Ryan Preblick**
CHIEF FINANCIAL OFFICER

3

# Our Company & Strategy

**Mark Crossley**

CHIEF EXECUTIVE OFFICER



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Context for Today's Session

**Introduce Indivior ahead of the U.S. primary listing**

**Outline clear strategic priorities to create durable shareholder value**

**Demonstrate our confidence in our future**

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Agenda

| | | | | |
|---|---|---|---|---|
| 1 | **Our Company & Strategy** <br> Mark Crossley, CEO | | 4 | **Summary of Ongoing Litigation** <br> Jeff Burris, CLO |
| 2 | **Delivering on the Potential of our Products** <br> Richard Simkin, CCO | | 5 | **Operational Excellence** <br> Ryan Preblick, CFO |
| 3 | **Pioneering R&D for Patients** <br> Christian Heidbreder, Ph.D., CSO | | 6 | **U.S. Listing Update & Closing Remarks** <br> Mark Crossley, CEO |

**Q&A**
All Participants

# Why Indivior?

 **Global leader in addiction treatment with tremendous upside**

 **Strong track record of execution and de-risking**

 **Clear strategic priorities to create durable shareholder value**

 **Scalable model to deliver attractive earnings and cash flow**

# An Unwavering Focus on Patients Drives our Business



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Addiction is a Global Crisis



## Opioids

**60m** people use opioids for non-medical purposes



## Cannabis

**219m** users



## Alcohol

**>100m** people with Alcohol Use Disorder



## Amphetamines & Cocaine

**58m** users

UNODC, World Drug Report 2023 (United Nations publication, 2023) Global Burden of Disease Collaborative Network.
Global Burden of Disease Study 2019 (GBD 2019) Results. Seattle, United States: Institute for Health Metrics and Evaluation (IHME), 2021.

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Addiction and Substance Abuse are Fueling a Major Health Crisis

## The Washington Post

April 11, 2024

### *D.C. Opioid Overdose Deaths Surge Past 500 in Worst Year on Record*



## FINANCIAL TIMES

November 8, 2023

### *The Global Network Behind the Fentanyl Crisis*



## THE WALL STREET JOURNAL.

October 26, 2023

### *The Cannabis That People Are Using for Anxiety Is Probably Making It Worse*



10



# Indivior is a Global Leader in Addiction Treatment

**Net Revenue by Geography**
TTM[1] (through Q1 2024)



16%

$1,124m

84%

■ U.S.  |  ■ Rest of World

**$356m**
CASH[2] & INVESTMENTS

**1,100+**
EMPLOYEES



**37**
COUNTRIES

**Net Revenue by Product**
TTM[1] (through Q1 2024)



4%

24%

$1,124m

12%

60%

■ Sublingual Film (U.S.)
■ ROW Sublingual Film/Tablets  |  ■ SUBLOCADE®
■ PERSERIS®

[1] Trailing 4 quarters (Q2'23 – Q1'24)
[2] See discussion of obligations in Note 9, 10 and 11, including our term debt and other payment obligations from the Q1 2024 Results press release dated April 25, 2024

11



# Clear Strategic Priorities to Drive Value Creation



## Grow SUBLOCADE >$1.5Bn

- → FY 2023 SUBLOCADE® NR +54% YoY
- → 136,900* SUBLOCADE patients at FY 2023 (+66% vs. 2022)
- → Commercial investments to build on growth opportunities
- → Rest of World (ROW) SUBLOCADE NR of $41m (+52% vs. 2022)



## Diversify Revenue

- → Acquisition and integration of Opiant
- → OPVEE® approved and launched
- → FY 2023 PERSERIS® NR +50% YoY
- → Continued ROW NR growth



## Build & Progress Pipeline

- → SUD[1]-focused pipeline development on track:
  - ▪ OUD[2]: INDV-2000
  - ▪ OUD: INDV-6001[3] (ALA-1000)
  - ▪ CUD[4]: AEF-0117 (partnership with Aelis Farma)



## Optimize Operating Model

- → Successful NASDAQ listing in U.S.
- → Resolution of antitrust MDL[5]
- → Acquired wholly-owned sterile manufacturing site (Raleigh, NC) to secure supply for SUBLOCADE >$1.5Bn
- → Executing $100m share repurchase program
- → Effecting primary U.S. listing June 2024

1 SUD, substance use disorders; 2 OUD, opioid use disorder; 3 Licensed for the entire world other than the People's Republic of China, Hong Kong, Taiwan, or Macau; 4 CUD, cannabis use disorder; 5 MDL, multi-district litigation
* On a rolling 12-mos. basis

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Confident in Medium-term Performance Goals – Double-Digit % NR CAGR & Margin Expansion

## Total Net Revenue
(U.S.$)



**FY 24 Guidance midpoint[1]**

$1,285m

$1,093m

$901m

$791m

$647m

| 2020 | 2021 | 2022 | 2023 | 2024E | Medium-term NR Aspiration |

[1] Guidance as of May 23, 2024

## Key Top-line Drivers:

- SUBLOCADE >**$1.5 bn** potential annual NR – expected to reach **$1 bn** NR run-rate by the end of 2025

- OPVEE peak **$150m - $250m** potential annual NR

- PERSERIS peak **$200m - $300m** potential annual NR

- ROW growth continues

- Assumes U.S. film share erodes to analogs

- Assumes existing competitive OUD LAI entrant

## Key Bottom-line Drivers:

- Leverageable cost base

- Gross margin trending to mid 80% range over time

13



# Delivering on Our Profitable Growth Thesis ($ in mil.)

## Total Net Revenue (NR)



## SUBLOCADE NR



## PERSERIS NR



## Operating Profit



¹ See appendix for reconciliation

FY 2024 guidance at mid-points (as of May 23, 2024)

14

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# What You Will Come Away With Today: Passion for Patients, Visible Growth, Pioneering Science, and a Scalable Business Model

We are a **global leader in addiction treatment**

SUBLOCADE is a transformational asset with **>$1.5 bn global opportunity**

We are pursuing **diversification opportunities** in addiction & its comorbidities

We will maintain our **operational excellence** & expect to **generate significant free cash**

15

# Delivering on the Potential of our Products

**Richard Simkin**

CHIEF COMMERCIAL OFFICER



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Our Commercialized and Proprietary Treatments

| Treatment | Indication | Peak NR[1] Goal | IP[2] Protection |
|---|---|---|---|
| Sublocade (buprenorphine extended-release) injection for subcutaneous use 100mg·300mg | Long-acting injectable (LAI) for moderate to severe opioid use disorder | >$1.5 bn | 12 Orange Book patents (2031 – 2038) |
| OPVEE (nalmefene) NASAL SPRAY | Nasal spray for emergency treatment of known or suspected opioid overdose | $150m to $250m | 1 Orange Book patent (2038) |
| PERSERIS (risperidone) for extended-release injectable suspension 90 mg · 120 mg | LAI for schizophrenia | $200m to $300m | 10 Orange Book patents (2026 – 2028) |
| Suboxone Sublingual Film (buprenorphine and naloxone) | Daily self-administered treatment for moderate to severe OUD | Not Applicable | Genericized |

[1] Potential annual Net Revenue
[2] Intellectual Property

17

# SUBLOCADE®

UNLOCKING >$1.5 BN POTENTIAL ANNUAL NR OPPORTUNITY



T R A N S F O R M I N G   L I V E S   &   D R I V I N G   V A L U E   C R E A T I O N   |   M A Y   2 3 ,   2 0 2 4



# Indivior is a Global Leader in Addiction

**Strengthening our position in the U.S. behind SUBLOCADE**

**Continuing to expand our footprint across Rest of World**

**Unique product pipeline expected to address broader addiction types**



| Region | Country | SUBLOCADE (SUBUTEX®PR (ROW)) | SUBOXONE Film² | PERSERIS | OPVEE |
|---|---|---|---|---|---|
| **North America** | U.S. | 🔵 | 🔵 | 🔵 | 🔵 |
| | Canada | 🔵 | 🔵 | | |
| **Europe & Middle East** | France | | 🟠 | | |
| | Italy | 🟠 | 🔵 | | |
| | Germany | 🔵 | 🔵 | | |
| | Denmark, Norway | 🟠 | 🔵 | | |
| | Sweden | 🔵 | 🔵 | | |
| | Finland | 🔵 | 🔵 | | |
| | Switzerland | 🟠 | | | |
| | UK | 🟠 | 🟠 | | |
| | Israel | 🔵 | 🟠 | | |
| **Australasia** | Australia | 🔵 | 🔵 | | |
| | N Zealand | 🟠 | 🔵 | | |

🔵 (available)[1]    🟠 (approved/Not Marketed)

[1] **SUBUTEX®** (buprenorphine) tablets used to treat OUD are taken daily by sublingual administration and are available in non-U.S. markets.
[2] The Group does not promote **SUBOXONE Film** in the US

19

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# The U.S. is our Highest Value at Stake Market

## North America Has the Highest Prevalence of Opioid Misuse in the World[1]

- % of adult population -



¹ Source: United Nations Office on Drugs and Crime estimates based on annual report questionnaire data and other official sources; WDR21_Booklet_3.pdf (unodc.org)

**U.S.**



## U.S. Market Dynamics:

- Liberal prescribing of opioids for pain

- Only ~ **1** in **5**[2] receiving BMAT[3] treatment

- Recovery model (vs. harm reduction)

- Limited patient access to treatment still exists

² Only 1 in 5 U.S. adults with opioid use disorder received medications to treat it in 2021 | National Institute on Drug Abuse (NIDA) (nih.gov)
³ BMAT = Buprenorphine Medication-Assisted Treatment

20

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Positive Structural Dynamics and Underlying Growth Trends Expected to Expand BMAT



BMAT Growth
**Sustained mid-to high-single digits**

Increased Number of Patients in Treatment
**~2.8m[1] by 2030**

[1] Indivior internal research and analysis

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# A Significant Treatment Gap Exists in the U.S.

## Range of Estimates Across Key Patient Metrics

4.0m[1]

**8.9m[2]**
**Misuse opioids in U.S.**
(Total Addressable Market)

12.0m[3]

2.7m[4]

**3.1m[2]**
**OUD diagnosed in U.S.**
(Service Addressable Market)

6.1m[2]

1.1m[2]

**1.8m[5]**
**Patients treated with BMAT last 12 mos.**

2.4m[5]

[1] NIH.gov StatPearls
[2] 2022 NSDUH Annual National Report (SAMSHA)
[3] The opioid crisis: a contextual, social-ecological framework (biomedcentral.com)
[4] Opioid Use Disorder, Disease or Condition of the Week (CDC)
[5] Symphony and Indivior analytics

22

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024

INDIVIOR®

# Enabling U.S. Treatment Backdrop

**DATA 2000** requirement removed December 2022

**15** U.S. states offering comprehensive MAT in jails and prisons[1]

**Telehealth** expansion begun during pandemic continues to be extended[2]

**$50 bn+** in global opioid settlement funds[3]

**$45 bn** U.S. budget request for National Drug Control Policy agencies[4]

[1] A Review of Medication Assisted Treatment (MAT) in United States Jails and Prisons (June 2023)
[2] Telehealth.HHS.gov
[3] www.opioidsettlementtracker.com
[4] U.S. FY 2024 budget request for National Drug Control Policy agencies

23

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Overdose Crisis is Being Driven by Synthetics: ~75,000 per Annum

**Leading Cause of Death**

in **adults aged 18-45** is opioid overdose[1,2]

**92%**

of deaths involve **synthetic opioids (fentanyl) in 2023**[3]

**Deaths per 100,000**

- **Other Synthetic Opioids** (Fentanyl) – Prescribed or Illicitly Manufactured)
- **Commonly Prescribed Opioids** Natural & Semi-Synthetic Opioids & Methadone
- **Heroin**

Years: 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022

**Wave 1: Rise in Prescription Opioids Overdose Deaths**
2000's

**Wave 2: Rise in Heroin Overdose Deaths**
2010

**Wave 3: Rise in Synthetic Opioids Overdose Deaths**
2013

**Wave 4: Rise in Combination of Synthetic Opioids and Stimulants**
2015

[1] Centers for Disease Control and Prevention (CDC), National Center for Injury Prevention and Control. WISQARS leading causes of death reports. Centers for Disease Control and Prevention. https://wisqars.cdc.gov/fatal-leading. Published 2021. Accessed May 3, 2022.
[2] CDC WONDER Online Database. Multiple cause of death, 2018-2020, single race results: deaths occurring through 2020. Centers for Disease Control and Prevention. 2021. Accessed May 11, 2022. https://wonder.cdc.gov/controller/datarequest/D157;jsessionid=C003973203296DC9773978C0CF93
[3] CDC: Products - Vital Statistics Rapid Release - Provisional Drug Overdose Data (cdc.gov)

24



# Evolving Treatment Considerations with the Synthetic Opioid Crisis

## Goals Before

- Abstinence the top priority (treat relapse)

- MOUD with buprenorphine at key therapeutic levels (2ng/mL)

- ASAM backed treatment goals[1]:
  - Manage withdrawal & suppress craving
  - Block the high & reduce use
  - Get patients in recovery activities



## Considerations Today

- Reduce relapse rate, extend recovery

- Reduce risk of overdose

- Decrease mortality rates

- Reduce incarceration and recidivism

- Improve healthcare cost burden

**This Requires:**
✓ Longer-acting, continuous dosing intervals (i.e., daily → monthly)
✓ Higher buprenorphine levels (>2ng/mL)

[1] ASAM (American Society of Addiction Medicine) National Practice Guideline for the Treatment of Opioid Use Disorder – 2020 Focused Update | SAMHSA

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# SUBLOCADE®[1] Meets the Challenge of Today's Opioid Crisis



**First monthly LAI buprenorphine treatment to consistently deliver at least 2ng/mL[2]**



## SUPPRESS
the high

- No daily fluctuations
- Consistent sustained therapeutic levels



## REDUCE
illicit opioid use

- Backed by robust clinical trial results and 6 years of RWE



## EXTEND
effect vs. higher-potency opioids[3]

- Blocks high in most patients after 1st dose
- Continued effect for 8 weeks after 2nd dose

✓ Broad indication in moderate-to-severe OUD

✓ One treatment decision, once a month

✓ Only LAI delivering buprenorphine levels up to 6 ng/mL[4]

[1] 1 Please refer to full Prescribing Information for important safety information, including boxed warning: www.SUBLOCADE.com
[2] For Moderate to Severe OUD patients; consistently delivers 2ng/mL throughout the dosing interval in majority of patients after the second injection of SUBLOCADE 300mg
[3] Blockade demonstrated vs. hydromorphone
[4] 6.32ng/mL buprenorphine plasma exposure at steady state with 300mg dose

26

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# SUBLOCADE is Helping Reshape Patients' Lives



**SUBLOCADE® Total Patients[1]**
(in Thousands)

Initially Targeting 270,000 Patients

[1] On a rolling 12 mos. basis

27

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Proven Growth Strategy to Support >$1.5 bn NR Potential

**1.**



**Accelerate Adoption in Organized Health Systems (OHS)**

**2.**



**Expand Access to Treatment in the Criminal Justice System (CJS)**

**3.**



**Proven Go-To Market Model**

28

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# OHS and CJS Provide Care for the Majority of OUD Patients



**~3.0m+ Potential Patients[1]**

**Integrated Delivery Networks**

**~1.2m Patients[2]**

**Federal Health Systems**

**~160k Patients[2]**

**Key Accounts**

**~1.0m Patients[2]**

**Criminal Justice System**

**~1.2m Patients[2]**

**Independent Practices**

**~0.6m Patients[2]**

## OHS

- High compliance and adherence to standards of care
- Infrastructure and expertise to handle logistics
- High process efficiency enabling rapid adoption



## CJS

- Federal Bureau, State and County Jails
- Increased funding and access to treatment



## Independent

- Value to long term success
- Traditionally resource constrained, limiting potential for specialty LAIs

[1] Symphony Health and Indivior analytics (2022)
[2] Internal Indivior estimate

**Patient numbers do not sum due to rounding and differences between data sources**

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Continued Strong Momentum in OHS and CJS Segments

## Levers of Depth

## Key Metrics (at FY 2023)

## OHS



**1. Activate OHS Facilities**
- **>15k facilities**

**2. Expand OHS HCPs Adoption**
- **~30-35k HCPs**

**3. Increase OHS Patients in Treatment**
- **~1.0 - 1.5m[1] patients**

→ **~4.8K OHS** active facilities (+37% vs. 2022)

→ **~6.7K OHS** active dispensing HCPs (+44% vs. 2022)

→ **~3.5K OHS** HCPs with 5+ patients (+46% vs. 2022)

## CJS



**1. Enable Access in CJS Facilities**
- **~8k - 12k Facilities[1]**

**2. Build Care Continuum for OUD Patients**
(behind and outside the walls)
- **~1.2m patients[1]**

→ **>300 new CJS facilities activated** (~90% vs. 2022)

→ **600+ ordering CJS facilities[2] in 2023**

[1] Internal Indivior research and analysis
[2] Includes Community Supervision Facilities

30

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# U.S. Expansion in Place —ASOC[1], CJS, Medical

## Increased Field Capabilities

**+50%** Sales Force
(OHS-affiliated & Indep. HCPs)

**+25%** CJS Team
(Federal, State Prisons & County Jails)

## Added Medical & Govt. Affairs Capabilities

**+10** MSLs[2]
**+5** County Govt. Affairs[3]

**U.S. Counties with One or More Alternative Sites of Care**
(~1,160 ASOCs across 21 states)



[1] ASOC = alternate sites of care
[2] MSL = medical science liaison
[3] County Government Affairs Role

31

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# SUBLOCADE: Confident in Delivering >$1.5 bn NR Target

| **8.9m** | **3.1m** | **~270,000** |
|---|---|---|
| Misuse opioids in U.S. [1] | OUD diagnosed in U.S. [1] | Target SUBLOCADE patients |

**Undertreated Disease & Enabling Market Backdrop** ▶
- ~20% treatment rate[2]
- Increasing access and de-regulation of MOUD prescribing
- Growing awareness and funding

**Leading Treatment Based on Powerful Science** ▶
- Category leader with six years of LAI treatment experience
- Paradigm-changing treatment in face of synthetic opioid crisis
- Delivery of at least 2ng/mL buprenorphine for a full 28 days

**Proven & Successful Go-to-Market Strategy** ▶
- Meeting patients where they are in OHS and CJS settings
- Expanding footprint with ASOC[2]

[1] 2022 NSDUH Annual National Report (SAMSHA)
[2] See slide 22: 1.8m patients treated with BMAT / 8.9m misuse opioids

# OPVEE®

UNIQUELY POSITIONED TO HELP COMBAT TODAY'S OPIOID EPIDEMIC



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Synthetic Opioids are Public Enemy No. 1 & Pervasive in the Illicit Drug Supply

## The 4th Wave of Overdose Crisis[1]

Fentanyl (no stimulants)
Fentanyl (w/ stimulants)
Rx Opioids (no fentanyl)
Heroin (no fentanyl)

**Wave 1: Rise in Prescription Opioids Overdose Deaths**

**Wave 2: Rise in Heroin Overdose Deaths**

**Wave 3: Rise in Synthetic Opioids Overdose Deaths**

**Wave 4: Rise in Combination of Synthetic Opioids and Stimulants**

2000's        2010        2013        2015

U.S. Authorities Seized **>115m** Illicit Pills Containing Fentanyl in 2023 vs. **~50K** in 2017[1]



Experts consider **2 mg** of fentanyl to be lethal, but many counterfeit pills contain up to **5 mg**.[2]

[1] Addiction, Volume: 118, Issue: 12, Pages: 2477-2485, First published: 13 September 2023, DOI: (10.1111/add.16318)

1 TIME Magazine May 13, 2024
2 Colorado.edu/health/blog/fentanyl

34

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Synthetic Opioids are Challenging Current Treatment Options

**National Institute on Drug Abuse leadership called for stronger, longer-lasting opioid receptor antagonists[5]**

**Multiple sequential doses of naloxone necessary to "out-compete" illicit synthetic opioids such as fentanyl[3,4]**

**Naloxone half-life shorter than all but most short-acting opioids[1,2]**

**"Most of the crews are having to use two, three, four NARCAN® (naloxone) per patient just to get them breathing again"**

-Lt. EMS Chief Robert Allison
Birmingham Fire and Rescue, Alabama (ABC News)[6]

[1] Clarke SFJ, Dargan PI, Jones AL Naloxone in opioid poisoning: walking the tightropeEmergency Medicine Journal 2005;22:612-616.
[2] Watson WA, Steele MT, MuellemanRL, Rush MD. Opioid toxicity recurrence after an initial response to naloxone. J ToxicolClin Toxicol. 1998;36(1-2):11-7. doi: 10.3109/15563659809162577. PMID: 9541035.
[3] Moss, R.B., Carlo, D.J. Higher doses of naloxone are needed in the synthetic opioid era. SubstAbuse Treat Prev Policy 14, 6 (2019). https://doi.org/10.1186/s13011-019-0195-4
[4] Distributed via the CDC Health Alert Network, December 17, 2020, 8:00 AM ET, CDCHAN-00438
[5] The Role of Science in Addressing the Opioid Crisis, Volkow. N, Collins. F N Engl J Med 2017; 377:391-394 DOI: 10.1056/NEJMsr1706626
[6] https://abc3340.com/news/addicted-alabama/ems-teams-have-to-use-more-naloxone-to-revive-overdose-patients-crews-say

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# OPVEE Squarely Addresses the Current Wave of Synthetic Opioid Overdoses

**Triple Threat of Synthetic Opioid Pharmacology such as Fentanyl**

.

**Rapid**   **Potent**   **Long-Lasting**



**Key treatment attributes:**

- Rapid absorption and proven nasal spray device

- Fast, strong and long-lasting reduction of respiratory depression[1]

- Uniquely suited for today's synthetically-driven (fentanyl) opioid crisis

- OPVEE development supported through federal grants from BARDA[2] and NIDA[3]



[1] The Journal of Clinical Pharmacology Authors: Mark Ellison PhD, Emily Hutton, MSci, Lynn Webster, MD, and Phil Skolnick PhD, DSc (hon.).
[2] BARDA: Biomedical Advanced Research and Development Authority
[3] NIDA: National Institute on Drug Abuse

Case 3:24-cv-00554-HEH    Document 37-16    Filed 01/10/25    Page 38 of 110 PageID# 884



# Combination of Top Down (State-Level) and Bottom Up (First-Line Users) Approach is Required

## Top Down



### Standing Orders:
- 31 states' standing orders include OPVEE or are entity-specific. Recent successes in Veterans Affairs & legislation passage in GA.



Entity Specific
Updated Statewide Order



### Funding:
- SAMHSA grants updated to include all FDA-approved OORM products
- State and local opioid abatement funds can also be used to purchase OORMs including OPVEE

## Bottom Up



### Existing Opioid Overdose Reversal Markets
- Single state authorities / Grant administrators
- Naloxone Coordinators
- State/County/City Dept. of Health
- Veterans Affairs
- Community-based orgs/Harm groups
- Substance abuse centers/OTPs
- Law Enforcement
- Department of Corrections
- Fire/Emergency services
- State/County/City Opioid task forces



### Experience Program underway
OPVEE offered free of charge to qualifying public interest entities in local communities to build experience
- Potential to drive significant impact on OPVEE adoption, as seen in Oakland County Pilot Program
- >180 organizations enrolled in program within first 3 weeks

[1] OORM: opioid overdose rescue medication; OTP: opioid treatment program

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# CASE STUDY: OAKLAND COUNTY OPVEE PILOT PROGRAM

## Oakland County, MI OPVEE Pilot Program

- Partnership between Alliance of Coalitions for Healthy Communities, and Oakland County Sheriff Dept

- Launched November 2023 with 20 officers in Pontiac, MI



**1 Funding:** Utilized funds from the Alliance

**2 Standing Order:** Michigan statute allows law enforcement to use any FDA-approved opioid antagonist (in lieu of a standing order)

**3 Select Officers:** officers within the Sheriff Dept's Crisis Response Unit selected and thoroughly trained on OPVEE

**4 Training:** Officers trained to use one dose of OPVEE and wait 2.5 minutes before considering second dose (Fire & EMS also received training)

## Results of Pilot Program

- As of April 10th, 63 reversals and 74 units used

- Alliance has purchased two times – 100 units initially, 200 in second order

*"We are seeing amazing recovery responses for respiratory response, conscious and cognitive restoration."*

- Steve Norris, Director - Harm Reduction / Recovery Support, Alliance of Coalitions for Healthy Communities

## What's Next?

- >180 Experience Program participants are using the program to pilot OPVEE within their own communities

- Indivior educating participants to ensure positive experience

38

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024

INDIVIOR®

# OPVEE BARDA[1] Contract

◆ Executed in 2023

◆ Worth up to $110m[2]

◆ 10-year contract

◆ Technical and handling standards being met

◆ First product delivery (~$8m) expected in Q3 2024



[1] BARDA: Biomedical Advanced Research and Development Authority
[2] Amount includes potential future sales to BARDA and expense reimbursement to conduct clinical studies and real-world evidence studies

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Confident in Delivering $150m to $250m Peak NR Goal for OPVEE

**Differentiated product targeting synthetic (fentanyl) overdose crisis**

**Highly experienced commercial team**

**Expansive experience program expected to lead to adoption**

# PERSERIS®

SIGNIFICANT OPPORTUNITY TO DIFFERENTIATE IN SCHIZOPHRENIA





# Schizophrenia is a Lifelong Disease Marked by Periods of Stability and Decompensation

**Clear advantage to a product that can achieve clinically relevant levels on day one**



*Adapted from: "Early Stages of Schizophrenia": Lieberman, 2001 and "Targeted Intermittent Treatment in Schizophrenia", Sfera 2013*



# Schizophrenia Patient Funnel



**Patients with Schizophrenia** — 2,800,000[1]

**Patients in Treatment** — 1,700,000[1]

**Patients on LAIs** — 500K[2]

**Continued significant opportunity for LAI penetration**

[1] www.treatmentadvocacycenter.org
[2] ncbi.nlm.nih.gov/33906481

43

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# U.S. LAI Antipsychotic Market Growth is being Fueled by New Products and Patients Moving to LAIs



Sources: Johnson & Johnson, Otsuka, Lundbeck, Alkermes, TEVA and ROVI Quarterly reports and investor presentations, IQVIA SMART Audit, INDV internal research and analysis

44



# LAI Market is Divided – Risperidone / Paliperidone & Aripiprazole



**PERSERIS well positioned in largest segment and with optimal 1-month dosing**

- 1-month LAIs the preferred dosing interval, growing from **68%** of market in 2015 to **80%** in 2023

- Risperidone/ paliperidone dominates share

[1] IQVIA NAL SMART Audit – Q4 2023 data, accessed March 2024. Units in patient month equalized totalRxs

45



# PERSERIS[1] — Differentiation is Clear and Understandable

## PERSERIS Differentiated Profile

- First approved subcutaneous risperidone LAI

- 4 to 6 hours peak plasma concentrations of risperidone

- No loading dose / oral supplementation recommended

- Optimal dopamine receptor occupancy over entire month

- Safety consistent with known profile of oral risperidone



**PERSERIS Net Revenue**

**Source**: INDV market research (PERSERIS® Message Testing Qualitative Research conducted by IPSOS, February 2022; n:25).

[1] P-RAG-US-00415 (PERSERIS® IVA)

2. Mid-point of PERSERIS FY 2024 guidance as of May 23, 2024



# PERSERIS is Gaining Stronger Advocacy and Driving Depth in Prescription Volume

**LAI market driven by large percentage of new-to-brand Rx[1]**



12-month
Total LAI TRx:
2.4M

LAI NBRx:
169k
7% of total
market

**PERSERIS capturing disproportionate share of NBRx**



12-month
Total PERSERIS
TRx: 35K

LAI NBRx:
5.5k
16% of total
market

[1] IQVIA XPONENT & DMD data bases, accessed Jan 2024.

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Confident in Delivering $200m to $300m Peak NR Goal for PERSERIS

1. Attractive, dynamic, growing market

2. Differentiated treatment profile

3. Executional excellence

**Building Blocks to $200m – $300m Potential Annual NR**



4% market growth assumption

48

# Pioneering R&D for Patients

**Christian Heidbreder, Ph.D.**

CHIEF SCIENTIFIC OFFICER



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Today's R&D Agenda

1   **R&D, Medical Affairs & Safety Organization**

2   **Opioid Use Disorder**
(OUD)

3   **Opioid Overdose Rescue**
(ORS)

4   **Cannabis Use Disorder**
(CUD)

5   **Alcohol Use Disorder**
(AUD)

6   **Conclusion**

# R&D, Medical Affairs & Safety Organization





# A Dedicated & Experienced Team Globally

## Main Hubs in Richmond, VA and Fort Collins, CO (U.S.); Hull, Slough and London (U.K.)

**Christian Heidbreder (9/235)**
Chief Scientific Officer

**Frank Gray (51)**
SVP Global Medicines Development (GMD)

Clinical development & operations; Biostatistics, Statistical programming & data management; Compliance; Nonclinical and clinical pharmacology; Epidemiology; HEOR; Translational medicine

**Michael Kardas (38)**
SVP Global Regulatory Affairs (GRA)

Regulatory Affairs* in Australasia (AuA), Europe, the Middle East and Africa (EMEA) & Canada; Regulatory strategy & CMC; Regulatory Labeling & Compliance & US Advertising and Promotion; Regulatory Operations

**Graham Cairns (35)**
VP Global Chemistry Manufacturing Controls (CMC)

Analytical, formulation and process & packaging development; Chemical development; Clinical supply chain activities (e.g., sourcing, packaging/labelling, supply and re-supply, disposal and reconciliation)

**Dan Hutcheson (13)**
VP, Strategy & Business Operations (SBO)

Translation of strategy into asset plans; Development and management of program cross-functional timelines, capturing assumptions and managing program risks; Near-term and long-term program and pipeline budget development and monitoring

**Baher El-Mankabady (20)**
SVP Global Medical Safety (GMS)

Pharmacovigilance; Risk management & safety surveillance; Risk Evaluation and Mitigation Strategy (REMS); Medical Information Unit (MIU); Prescriber Concern Reporting (PCR); Externally Sponsored Studies (ESS) & Independent Medical Education (IME) Grants

**Ann Wheeler (55)**
VP Medical Affairs (MA) North America

Medical strategy and Content development & review; Field medical team including Medical Outcomes & Value Liaisons (MOVL) and Medical Science Liaisons (MSL); Real World Evidence (RWE)

**Anne Laird (23)**
VP Medical Affairs (MA) MoW

Medical Affairs in Most of the World (MoW): Europe, Middle East, and Africa (EMEA) and Australasia

**Terry Horton (1)**
VP Patient Insights & Advocacy

Ensure that patient insights and needs are being understood, communicated, and taught to Indivior leadership and staff

**Phil Skolnick (1)**
Fellow

SME support to all OPVEE-related activities and all pipeline projects under development; due diligence for business development and M&A opportunities; support to Scientific Advisory Board build up

*\* Includes Australasia (Australia, New Zealand, Indonesia, Malaysia, Singapore, Vietnam, Hong Kong & Taiwan), EEA (31 countries), Switzerland, Israel, South Africa, Botswana, Lebanon, Kuwait, Qatar, Bosnia, Turkey, Algeria, Columbia, Argentina*

### Research & Development
### 137 employees



38, 28%    35, 26%
13, 9%    51, 37%

- CMC
- GMD
- GPPM
- GRA

### Medical Affairs & Safety
### 98 employees



20, 20%    23, 24%
55, 56%

- MA MoW
- MA US
- GMS

52

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Longstanding Innovation Leadership In The Treatment Of Opioid Use Disorder…

Discovery and first synthesis of buprenorphine at the Reckitt & Colman (R&C) labs based in Kingston upon Hull, UK

**1966**



→ Mono dose form
→ Buprenorphine only
→ Sublingual Tablet

**SUBUTEX®**

→ Combination form
→ Buprenorphine + Naloxone
→ Sublingual Tablet

**SUBOXONE®**

→ Combination form
→ Buprenorphine + Naloxone
→ Sublingual Film

**SUBOXONE® Film**

→ Proprietary Mechanism
→ Buprenorphine only
→ Once monthly subcutaneous injection

**SUBLOCADE® Injection**

1995    2003    2010    2014    2018

**Reckitt Benckiser (Pharma division)**    **Indivior**

Drug and Alcohol Dependence Reports 6 (2023) 100133

Contents lists available at ScienceDirect

**Drug and Alcohol Dependence Reports**

journal homepage: www.elsevier.com/locate/dadr

*Source: Heidbreder C, Fudala PJ, Greenwald MK (2023) History of the discovery, development, and FDA-approval of buprenorphine medications for the treatment of opioid use disorder. Drug Alcohol Depend Rep, 6:100133. https://doi.org/10.1016/j.dadr.2023.100133*

History of the discovery, development, and FDA-approval of buprenorphine medications for the treatment of opioid use disorder

Christian Heidbreder [a,*], Paul J. Fudala [a], Mark K. Greenwald [b]

[a] Indivior Plc, North Chesterfield, VA, United States of America
[b] Department of Psychiatry and Behavioral Neurosciences, Wayne State University School of Medicine, Detroit, Michigan, United States of America

53

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024

INDIVIOR®

# ... with Strategic Focus & Vision ...

### MILLION DRUG USERS IN 2021 (5.8 % OF THE GLOBAL POPULATION AGED 15–64)



**OPIOIDS: 60 million people** used opioids for non-medical purposes in 2021.

Most lethal group accounting for 66% of drug-related deaths (mostly overdoses)



**CANNABIS: 219 million people** used cannabis in 2021.

The number of past-year cannabis users has increased by 23% over the past decade



**ALCOHOL: >100 million people** worldwide with Alcohol Use Disorder (AUD)

29.5 million people in the U.S. had past-year AUD (2021).



**COCAINE:** An estimated **22 million people** used cocaine in 2021.



**AMPHETAMINE-TYPE STIMULANTS (ATS):** An estimated **36 million people** used ATS in 2021.

## OUR VISION:

### Pioneer drug discovery & development in addiction medicine

- Transform **world-class science** into life-changing medications for treating substance use disorders and associated co-morbid diseases

- Innovate **evidence generation** based on insight collection & analytics to better understand our approved medications and inform the discovery and development of future therapies

- Accelerate access to treatments by articulating the **clinical and economic value** of our medications



*Source: UNODC, World Drug Report 2023 (United Nations publication, 2023)*

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# ... and A Growing Pipeline

| BRAND/PRODUCT NAME | PRECLINICAL | PHASE 1 | PHASE 2 | PHASE 3 | REGULATORY APPROVAL | COMMERCIAL LAUNCH |
|---|---|---|---|---|---|---|
| **SUBLOCADE® (Opioid Use Disorder)** (buprenorphine extended-release) injection for subcutaneous use CIII | | | | | | |
| **OPVEE® (Opioid Overdose Rescue)** (nalmefene) nasal spray | | | | | | |
| **PERSERIS® (Schizophrenia)** (risperidone) for extended-release injectable suspension | | | | | | |
| **AEF0117 (Cannabis Use Disorder)** (CB1 receptor synthetic Signaling Specific inhibitor (SSi)) | | | | | | |
| **INDV-6001 (Opioid Use Disorder)[1]** (3-month long-acting buprenorphine) | | | | | | |
| **INDV-2000 (Opioid Use Disorder)** (Selective Orexin-1 (OX1) receptor antagonist) | | | | | | |
| **INDV-1000 (Alcohol Use Disorder)** ($GABA_B$ positive allosteric modulator (PAM)) | | | | | | |
| **INDV-5004 (Acute Cannabinoid Overdose)** (Drinabant – CB1 receptor antagonist) | | | | | | |

1 Licensed for the entire world other than the People's Republic of China, Hong Kong, Taiwan, or Macau

# Opioid Use Disorder



SUBLOCADE®



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Scientific Foundation of SUBLOCADE: Relationship Between Plasma Concentrations of Buprenorphine, Brain μ-opioid Receptor Occupancy & Clinical Efficacy





| Dose Group | N | Cavg (ng/mL) | μORO (%)* |
|---|---|---|---|
| 300 mg/100 mg | 194 | 3.14 | 75 |
| 300 mg/300 mg | 196 | 6.32 | 83 |

* Predicted whole brain μ-Opioid Receptor Occupancy corresponding to Cavg

**Concentration-response analysis for craving, negative opioid use (abstinence) and mu-opioid receptor occupancy** showed that buprenorphine efficacy increased with buprenorphine plasma concentration until a plateau for maximal effect was reached.



# The Probability of Fentanyl-Induced Respiratory Depression in Opioid-Tolerant Subjects Decreases With Plasma Concentrations of Buprenorphine >2 ng/mL



*Source: Moss LM et al. (2022) PLoS ONE 17(1): e0256752. https://doi.org/10.1371/journal.pone.0256752*
*Olofsen E. et al. (2022) JCI Insight; 7(9):e156973. https://doi.org/10.1172/jci.insight.156973*

→ At **buprenorphine plasma concentrations of 1 ng/mL**, buprenorphine occupies 48%-64% of MORs. Given its high affinity and slow dissociation kinetics, little displacement of buprenorphine occurs when fentanyl is co-administered. Fentanyl occupies up to 40% of MORs, which leads to noticeable changes in minute ventilation.

→ At **buprenorphine plasma concentrations of 2 ng/mL**, buprenorphine occupies 63%-79% of MORs and fentanyl can only occupy 28% of MORs. Effects on ventilation are reduced compared to buprenorphine plasma concentrations of 1 ng/mL.

→ At **buprenorphine plasma concentrations of 5 ng/mL**, buprenorphine occupies 78%-90% of MORs and fentanyl can only occupy 17% of the receptors. Effects on ventilation are further reduced compared to buprenorphine plasma concentrations of 2 ng/mL.

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Rapid Induction with SUBLOCADE Treatment in Patients Using Synthetic Opioids is Feasible



Received: 19 March 2023 | Revised: 22 September 2023 | Accepted: 24 September 2023

DOI: 10.1111/ajad.13484

**RESEARCH ARTICLE**

THE AMERICAN JOURNAL ON ADDICTIONS

## Open-label investigation of rapid initiation of extended-release buprenorphine in patients using fentanyl and fentanyl analogs

✓CME

John J. Mariani MD[1,2] | Robert L. Dobbins MD, PhD[3] | Amy Heath MS[3] | Frank Gray MD[3] | Howard Hassman DO[4]

*Source: Mariani, JJ, Dobbins, RL, Heath, A, Gray, F, Hassman, H. Open-label investigation of rapid initiation of extended-release buprenorphine in patients using fentanyl and fentanyl analogs. Am J Addict. 2023; 1-7.*
*https://doi.org/10.1111/ajad.13484*



Clinical Opioid Withdrawal Scale (COWS) scores by fentanyl use status subgroup.

**A 4 mg transmucosal dose of buprenorphine followed by a SUBLOCADE injection of 300 mg is a feasible approach for treating individuals using fentanyl.** In the FEN+ group, mean COWS scores decreased to below 5 (no active withdrawal) within 24 h of the first SUBLOCADE injection.



# SUBLOCADE Treatment May Lower Rates of Reported Non-fatal Overdose Events vs. Daily Sublingual Buprenorphine And Methadone



ORIGINAL RESEARCH

OPEN

## Real-world Evidence for Impact of Opioid Agonist Therapy on Nonfatal Overdose in Patients with Opioid Use Disorder during the COVID-19 Pandemic

*Kenneth Lee, MD, MCFP(AM), Yue Zhao, MD, PhD, DrPH, Tazmin Merali, B Pharm, MBA, Christopher Fraser, MD, FRCPC, Jan-Marie Kozicky, MHA, PhD, Marie-Christine Mormont, PhD, and Brian Conway, MD, FRCPC*

*Source: Lee K, Zhao Y, Merali T, Fraser C, Kozicky JM, Mormont MC, Conway B (2023) Real-world evidence for impact of opioid agonist therapy (OAT) on non-fatal overdose in patients with opioid use disorder (OUD) during the COVID-19 pandemic. J Addict Med, Epub ahead of print. https://doi.org/10.1097/ADM.0000000000001213*

- Retrospective chart review of patients with OUD who had initiated OAT with nine clinics in Canada (British Columbia, Ontario) during the COVID-19 pandemic
- SUBLOCADE treatment was associated with **lower rates of non-fatal (NF) overdose (OD) events** compared to daily oral agonist therapy (OAT) (i.e., sublingual buprenorphine and methadone)
- Further prospective studies are needed to validate these findings



61



# SUBLOCADE Treatment Leads to Fewer In-jail Clinic Visits and Increased Community Buprenorphine Treatment Retention vs. Standard Daily Sublingual Buprenorphine



Original Investigation | Substance Use and Addiction

**Comparison of Treatment Retention of Adults With Opioid Addiction Managed With Extended-Release Buprenorphine vs Daily Sublingual Buprenorphine-Naloxone at Time of Release From Jail**

Joshua D. Lee, MD, MSc; Mia Malone, BA; Ryan McDonald, MA; Anna Cheng, BA; Kumar Vasudevan, MD; Babak Tofighi, MD; Ann Garment, MD; Barbara Porter, MD; Keith S. Goldfeld, DrPH; Michael Matteo; Jasdeep Mangat, MD; Monica Katyal, JD, MPH; Jonathan Giftos, MD; Ross MacDonald, MD

*Source: Lee JD et al. (2021) JAMA Netw Open, 4(9):e2123032.*
*https://doi.org/10.1001/jamanetworkopen.2021.23032*

- Patients in the SUBLOCADE arm had fewer jail medical visits per day compared with daily SLB (SUBLOCADE, 0.11 vs. SLB, 1.06).
- Community buprenorphine treatment retention at week 8 was 69.2% in the SUBLOCADE group vs. 34.6% in the SLB group.
- 57% of participants in the SUBLOCADE arm and 35% in the SLB arm were retained on the *assigned* buprenorphine formulation treatment at week 8.
- Rates of opioid-negative urine tests were 55.3% in the SUBLOCADE group and 38.4% in the SLB group.
- Reincarceration in NYC jails occurred for 8% in the SUBLOCADE arm vs. 15% in SLB participants.



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# The Longer the SUBLOCADE Treatment Duration, the Higher the Likelihood of Continuous Self-Reported Abstinence 12 Months after Treatment Cessation

ORIGINAL RESEARCH

OPEN

### Recovery From Opioid Use Disorder (OUD) After Monthly Long-acting Buprenorphine Treatment: 12-Month Longitudinal Outcomes From RECOVER, an Observational Study

*Walter Ling, MD, Vijay R. Nadipelli, MS, Arnie P. Aldridge, PhD, Naoko A. Ronquest, PhD, Caitlyn T. Solem, PhD, Howard Chilcoat, ScD, Victoria Albright, MA, Courtney Johnson, MPH, Susan M. Learned, PhD, Vishaal Mehra, MD, and Christian Heidbreder, PhD*



THE RECOVER STUDY™

*Source: Ling W, Nadipelli VR, Aldridge AP, Ronquest NA, Solem CT, Chilcoat H, Albright V, Johnson C, Learned SM, Mehra V, Heidbreder C. Recovery From Opioid Use Disorder (OUD) After Monthly Long-acting Buprenorphine Treatment: 12-Month Longitudinal Outcomes From RECOVER, an Observational Study. J Addict Med. 2020 Sep/Oct;14(5):e233-e240. doi: 10.1097/ADM.0000000000000647*



## 75% vs. 24%

**Continuous 12-month self-reported abstinence** if subjects stayed on SUBLOCADE for 12 months vs. < 2 months



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# SUBLOCADE: 2024 R&D and Medical Affairs & Safety Objectives



**Label updates**



**Evidence Generation & Publications**



**Product optimization**



**Access expansion**

---

*Label Submissions*
*Rapid induction & Alternate Injection Site*

*Pre-approval submission (PAS) to the FDA Q3-2024 Estimated approval: Q1-2025 (Priority Review); Q3-2025 (Standard Review)*

---

*Evidence generation: Phase 4 studies + long-term collaborations + Real World Evidence (RWE) studies + Externally Sponsored Studies (ESS) + Independent Medical Education (IME) grants*

*Peer-Reviewed Publications & Conferences*

---

*Oxygen absorber desiccant (OAD)*
*Room temperature and shelf-life extension\**

*Implementation (U.S., AUS, CAN) Regulatory submissions (EU, U.K., Switzerland, Israel)*

*\*Extension of time out of refrigeration (TOOF) to 12 weeks and shelf-life extension up to 24 months*

---

*Geo-expansion*

64

# INDV-6001 (3-Month Long-Acting Injectable Buprenorphine)



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# INDV-6001[1] (3-Month Long-acting Injectable Buprenorphine)

- **October 11, 2023:** Acquisition of the exclusive global rights to develop, manufacture, and commercialize Alar Pharmaceuticals Inc.'s portfolio of long-acting injectable formulations of buprenorphine, which includes its lead 3-month injectable candidate ALA-1000 (now INDV-6001[1]).

- Initiation of multiple dose PK study (First Subject First Visit in Q3-2024) to support future clinical Phase 3 trial.

- Optimization of Drug Substance and Drug Product manufacturing to support clinical Phase 3 studies and commercialization (CMC and Supply initiatives)

- Initiation of Developmental and Reproductive Toxicology (DART) studies



**Simulation of transition from SUBLOCADE (300/100 mg) to INDV-6001[1] (600 mg q12 wks)**

*For illustration purpose only*

1 Licensed for the entire world other than the People's Republic of China, Hong Kong, Taiwan, or Macau

66

# INDV-2000 (Selective Orexin-1 Receptor Antagonist)





# INDV-2000 is a Potent and Selective OX1R Antagonist Currently in a Clinical Phase 2 Proof of Concept Study

Neuroscience Applied 3 (2024) 104053



Contents lists available at ScienceDirect

## Neuroscience Applied



journal homepage: www.journals.elsevier.com/neuroscience-applied

Research Articles

A novel, non-opioid, selective orexin-1 receptor antagonist for the treatment of substance use disorders

Clare M. Murray [a],[*], J. Craig Fox [a], Christian Heidbreder [b], Malcolm Young [b]

[a] C4X Discovery Limited, Manchester, UK
[b] Indivior Inc., North Chesterfield, VA, USA

*Source: Murray CM, Fox JC, Heidbreder C, Young M. A novel, non-opioid, selective orexin-1 receptor antagonist for the treatment of substance use disorders. Neuroscience Applied. Volume 3, 2024, 104053. https://doi.org/10.1016/j.nsa.2024.104053*

- Potent, selective, orally bioavailable antagonist at the human OX1R.
- Produces high levels of receptor occupancy in the rat brain up to 8h.
- High level of selectivity for OX1R over OX2R is supportive of a profile that should minimize the risk of somnolence at pharmacologically active doses in the human.
- Reduced intravenous drug self-administration and cue-induced reinstatement of drug seeking.

- $10.6M NIH HEAL (Helping to End Addiction Long-term) initiative grant (1UG3DA050308-01) in 2019
- Successful IND submission to FDA to enable First in Human Clinical Trial (Single Ascending Dose)
- Completion of Multiple Ascending Dose (MAD) study
- Large Scale Chemical Synthesis
- Completion of preclinical metabolism study
- Reproductive Toxicology Package
- Formulation Development
- **November 3, 2023: Successful end-of-Phase 1 meeting with the FDA.** Agreement on all major aspects of clinical and nonclinical safety package allowing progression to Phase 2 clinical proof-of-concept (PoC).

**Key milestones 2024:**
- Initiation of clinical Phase 2 PoC (First Subject First Visit achieved on May 1, 2024)
- Initiation of drug substance manufacturing campaign to supply clinical Phase 3 studies

# Opioid Overdose Rescue



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Fentanyl Use Continues to Rise across the U.S.



| U.S. Census Division | UDT Positivity | |
|---|---|---|
| | **2019** | **2022** |
| Pacific | 1.0% | 9.8% |
| Mountain | 1.5% | 14.5% |
| West North Central | 2.2% | 10.6% |
| West South Central | 1.6% | 6.2% |
| East North Central | 7.2% | 9.1% |
| East South Central | 7.7% | 10.8% |
| Mid Atlantic | 1.4% | 3.0% |
| South Atlantic | 5.4% | 16.6% |
| New England | 8.7% | 8.8% (NS) |
| US Total | 4.0% | 9.9% |

*Source: Millennium Health Signals Report™, Volume 5. https://www.millenniumhealth.com/signalsreport/ Published February 2023.*



*Lethal quantities of heroin (left), fentanyl (middle) and carfentanil (right). Carfentanil is roughly 100 times more potent than fentanyl, which itself is about 50 times more potent than heroin. (Photo U.S. Drug Enforcement Administration)*

- Over 115 million pills containing illicit fentanyl seized by law enforcement in 2023. This number was 2,300 times greater in 2023 compared to 2017 *(Palamar et al. (2024) https://doi.org/10.1016/j.drugpo.2024.104417)*

- In the U.S., >20% of decedents had evidence of naloxone administration that did not prevent a fatal overdose (>35% in some jurisdictions) *(https://www.cdc.gov/drugoverdose/fatal/dashboard)*

- Unintentional fentanyl use among people without opioid tolerance may cause a significant proportion of opioid overdoses *(Bazazi AR et al. (2024) https://doi.org/10.1007/s11524-024-00852-0; CDC's State Unintentional Drug Overdose Reporting System (SUDORS) database (2022) https://www.cdc.gov/drugoverdose/fatal/dashboard/)*

- Adolescents *(Friedman and Hadland (2024) https://doi.org/10.1056/NEJMp2312084)* and even children younger than 6 years of age *(Temple and Hendrickson (2024) https://doi.org/10.1056/NEJMc2313270)*, are now exposed to potentially lethal doses of synthetic opioids.

70

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# OPVEE – Key 2024+ Objectives



- Biomedical Advanced Research and Development Authority (BARDA) alliance
- Initiation of Post Marketing Requirements (PMRs): pediatric and dodecylmaltoside (DDM) studies
- Product optimization (e.g., shelf-life extension from 28 months to 36 months)
- Real World Evidence (RWE) studies
- Pharmacovigilance support
- Peer-reviewed publications

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Differentiated Pharmacodynamic (PD) Profile of OPVEE vs. Intranasal Naloxone

***Objective:*** *Open-label, randomized, crossover study in healthy volunteers comparing the reversal of remifentanil-induced respiratory depression by intranasal (IN) naloxone hydrochloride (4 mg) vs. IN nalmefene (2.7 mg)*



**Key messages:**

- Respiratory drive was restored to approximately 95% of the pre-remifentanil baseline **5 min** following nalmefene treatment, while naloxone required 20 min to restore minute ventilation (MV) to a comparable level.

- **Non-inferiority** and **superiority** were demonstrated in subjects who completed the primary endpoint in both arms of this crossover study with the difference in MV favoring nalmefene.



*Source: Ellison, M., Hutton, E., Webster, L. and Skolnick, P. (2024), Reversal of Opioid-Induced Respiratory Depression in Healthy Volunteers: Comparison of Intranasal Nalmefene and Intranasal Naloxone. J Clin Pharm. https://doi.org/10.1002/jcph.2421*

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Model of Synthetic Opioid Overdose Reversal



**1** FDA model implemented

Results with IM naloxone were successfully reproduced

**2** Model expanded with IN nalmefene and IN naloxone data (PK and binding parameters)

**3** Model validation with ventilation data from remifentanil PD study comparing IN nalmefene to IN naloxone

**4** Prediction of cardiac arrest events caused by a synthetic opioid overdose (fentanyl, carfentanil)* following rescue with IN nalmefene or IN naloxone

*Sources:*
1. *Mann J et al. (2022) https://doi.org/10.1002/cpt.2696*
2. *Strauss DG et al. (2024) https://doi.org/10.1001/jamanetworkopen.2023.51839*

*\* Doses selected to match mean (**1.63 mg**) and mean + SD (**2.97 mg**) plasma concentrations measured in >500 fatal fentanyl overdose cases (https://ndews.org/publications/hotspot-reports/).*

*DEA considers 2 mg as a potential lethal dose (https://www.dea.gov/resources/facts-about-fentanyl) with 70% of counterfeit pills seized in 2023 containing ≥ 2 mg (https://www.dea.gov/onepill).*



# Model of Synthetic Opioid Overdose Reversal by OPVEE vs. Intranasal Naloxone

*__Objective:__ Compare cardiac arrest events caused by synthetic opioids (fentanyl, carfentanil) following rescue by intranasal (IN) administration of naloxone (4 mg) vs. IN nalmefene (3 mg).*



**IN nalmefene (NLM) produced a substantially greater reduction in the incidence of cardiac arrest compared to IN naloxone (NX) in this translational model**

→ ___Simultaneous___ administration of 4 doses of IN naloxone (4×4 mg) was needed to reduce the incidence of cardiac arrest to values approaching those obtained with a single dose of IN nalmefene.

→ Higher incidence of cardiac arrest in opioid naïve subjects compared to chronic opioid users across all scenarios.

*Source: Laffont, CM, Purohit P, Delcamp N, Gonzalez-Garcia I, Skolnick P (2024) Comparison of Intranasal Naloxone and Intranasal Nalmefene in a Translational Model Assessing the Impact of Synthetic Opioid Overdose on Cardiac Arrest. Frontiers in Psychiatry, In Press.*

# Cannabis Use Disorder





# Cannabis Use has Become more Prevalent over the Past Decade

### Prevalence >12 year – 2023
**61.9 million last year users**



*Source: https://www.ncsl.org/civil-and-criminal-justice/cannabis-overview*

- +15% users in 2022 vs. 2021
- ~40% of prevalence in the 18-25 age group
- **19 million diagnosed with CUD in the past year**

### Prevalence 15-64 year – 2023
**22.6 million last year users**



*Source: European Monitoring Centre for Drugs and Drug Addiction and Europol (2022), EU Drug Market: Cannabis — In-depth analysis, https://www.emcdda.europa.eu/publications/eu-drug-markets/cannabis_en*

- The average potency of herbal cannabis rose by ~57% (2011-2021) and 200% for cannabis resin
- **1.6 million diagnosed with cannabis use disorder (CUD) in the past year**



# The Negative Health Effects of Chronic Cannabis Use are Becoming Clearer



A quadruple confluence of factors is leading to increasing CUD diagnoses:

- Growing prevalence of use

- Increasing intensity of use (frequency and quantities)

- Rising THC content of cannabis products

- Age of cannabis use initiation

*Source*: Volkow, Baler et al., N Engl J Med 2014; 370:2219-2227 June 5, 2014 DOI: 10.1056/NEJMra1402309.

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# CB1 Receptor Stimulation by THC Increases Brain Pregnenolone

**AEF0117 Is the First Synthetic CB1 Signaling-specific Negative Allosteric Modulator**

| **Breakthrough science** | **Challenge** | **Solution: AEF0117** |
|---|---|---|
|  |  |  |
| By binding a specific allosteric CB1 site, Pregnenolone (PREG) only blocks THC-induced activation of extracellular-regulated kinases (ERK) linked to the intoxicating effects of THC, but not other signaling pathways induced by activation of CB1 receptors. | PREG is not a druggable compound:<br>• short half life<br>• metabolized in down stream active steroids<br>• poor oral bioavailability | Develop a new pharmacological class: Synthetic Signaling Specific inhibitors of the CB1 receptor (CB1-SSi) |

*Sources*: Raux PL et al. J Neuroendocrinol. 2022 Feb;34(2):e13034. *https://doi.org/10.1111/jne.13034*; Vallée M et al. Science. 2014 Jan 3;343(6166):94-8. *https://doi.org/10.1126/science.1243985*. Erratum in: Science. 2014 Feb 28;343(6174):969.



# AEF0117 Reduces the Subjective Effects of Cannabis & Cannabis Self-administration



*Source*: Haney, M., Vallée, M., Fabre, S. et al. Signaling-specific inhibition of the CB1 receptor for cannabis use disorder: phase 1 and phase 2a randomized trials. Nat Med 29, 1487–1499 (2023). https://doi.org/10.1038/s41591-023-02381-w

- **Preclinical data:** In mice and non-human primates, AEF0117 decreased cannabinoid self-administration and THC-related behavioral impairment.
- **Clinical Phase 1 studies:** In single-ascending-dose (0.2 mg, 0.6 mg, 2 mg and 6 mg; n = 40) and multiple-ascending-dose (0.6 mg, 2 mg and 6 mg; n = 24) phase 1 trials, AEF0117 was safe and well tolerated (primary outcome measurements).



**Clinical Phase 2A study:** Double-blind, placebo-controlled, crossover phase 2a trial, on subjects with CUD (≥6 days/week; ≥1 gram cannabis/day; moderate or severe CUD)

AEF0117 (0.06 and 1 mg) significantly reduced cannabis' positive subjective effects (primary outcome measurement, assessed by visual analog scales) and reduced cannabis self-administration. In volunteers with CUD, AEF0117 was well tolerated and did not precipitate cannabis withdrawal.

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024

**INDIVIOR**

# AEF0117: Development Roadmap

Promising clinical Phase 1 and Phase 2A safety, tolerability, and efficacy signals for the treatment of CUD

**WE ARE HERE**

**Aelis-Indivior Agreement**

Indivior upfront payment of $30M to be granted an option to an exclusive worldwide license for AEF0117.

**Option period**

During the option period, Aelis Farma is fully in charge of clinical and non-clinical development plans

**Option exercising period**

Contingent upon positive outcome of Phase 2B and EOP2 meeting with FDA, Indivior will have the opportunity to exercise the option, which will trigger a $100 million license fee

**Post-exercising option period**

- Indivior will assume responsibility and costs for all future development, regulatory, commercial & manufacturing activities
- Aelis will be eligible to receive additional payments for achieving certain development and regulatory milestones, as well as royalties on any net sales

Drug Product manufacturing and readiness for clinical Phase 3 studies
Preparation of Phase 3 scenarios

**Design**: Phase 2B, randomized, double-blind, placebo-controlled, 4-arm, parallel-group, prospective, multicenter study in treatment-seeking subjects with moderate to severe cannabis use disorder (CUD), according to DSM-5 criteria

**Subjects:** N=330 treatment-seeking with a mean cannabis use of ≥5 days/week within the last 4 weeks at the screening and baseline visit of the study

**Primary Objective**: Demonstrate that AEF0117 (0.1, 0.3, 1 mg once a day for 12 weeks) induces a greater proportion of subjects with a response of ≤1 day of cannabis use per week compared to placebo

**Timelines:** Estimated Last Subject Last Visit Q2-2024. Topline Results: Q3-2024. End-of-Phase 2 meeting with the FDA: Q4-2024

80

# Alcohol Use Disorder





# 108m People Worldwide with Alcohol Use Disorder (AUD)
# 29.5m Past-year AUD Diagnosed in U.S.





**16.1M Heavy Alcohol Users** (26.3% of Binge Alcohol Users and 11.7% of alcohol users) Binge drinking on 5> days in the past 30 days

**48.7%** drank alcohol in the past month

Number of drinks on the same occasion on at least 1 day (Males 5> - Females 4>)

**29.5M past-year AUD diagnosed in U.S. Only 2.1% (or 634,000 people) received MAT in the past year**

*Source: Global Burden of Disease Collaborative Network. Global Burden of Disease Study 2019 (GBD 2019) Results. Seattle, United States: Institute for Health Metrics and Evaluation (IHME), 2021.*

Source: Substance Abuse and Mental Health Services Administration. (2023). Key substance use and mental health indicators in the United States: Results from the 2022 National Survey on Drug Use and Health (HHS Publication No. PEP23-07-01-006, NSDUH Series H-58). Center for Behavioral Health Statistics and Quality, Substance Abuse and Mental Health Services Administration. 2022 NSDUH Annual National Report | CBHSQ Data (samhsa.gov)

## Current pharmacotherapies:

- Marginal efficacy (70% AUD patients relapse within 1 year)
- Safety concerns
- Poor compliance
- Unpredictable treatment outcomes
- Target limited yet unknown patient populations



# INDV-1000 (GABA-b Positive Allosteric Modulator) Development

**From lead optimization to candidate selection**



**Clinical Candidate Selection: Q3-2024**

→ [1] *Solubility; Lipophilicity; Stability; Purity; Chemical complexity*: structural complexity and chemical tractability

→ [2] *SAR*: Knowing the relationship between the activity of a compound and its structure to guide the rational design of the chemical entity

- Selection of two lead compounds for comprehensive *in vitro* and *in vivo* characterization.

- Formulation work to optimize drug formulation over the anticipated dose range.

- Initiation of maximal tolerated dose (MTD)/dose-range finding (DRF) studies in nonclinical species.

- Clinical candidate selection of one lead molecule in Q3-2024.

- Post-selection: initiation of IND-enabling studies and manufacture of API for Phase 1 studies (Single Ascending Dose (SAD) and Multiple Ascending Dose (MAD) planned in 2025.

Conclusion





## Indivior's vision is to pioneer addiction medicine and build competitive advantages with

- A unique portfolio of assets to address unmet medical needs in people with substance use disorders (SUD)

- A compelling body of scientific evidence compliantly disseminated to create the standard of care for SUD treatment

## Indivior achieved several business development milestones in the last 12 months and continues to advance its pipeline

- OPVEE approved in the U.S.

- AEF0117 for CUD completing clinical Phase 2b study (exclusive license option with Aelis Farma)

- INDV-2000 and INDV-6001[1] for OUD are now in clinical Phase 2 studies

- Use of a "connect & develop" model to optimally leverage external innovation and manage key development risks

1 Licensed for the entire world other than the People's Republic of China, Hong Kong, Taiwan, or Macau

# Summary of Ongoing Litigation

**Jeff Burris**

CHIEF LEGAL OFFICER



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Certain Legal Matters

**Antitrust Litigation and Consumer Protection**

**Civil Opioid Litigation**

**UK Shareholder Claims**

**Dental Multi-District Litigation (MDL)**

# Operational Excellence

**Ryan Preblick**

CHIEF FINANCIAL OFFICER



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Key Takeaways









**Attractive Growth Profile**

**Scalable Business Model**

**Strategic Priorities Well Funded**

**Strong Cash Generation Allows Balanced Capital Allocation**

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# SUBLOCADE is Powering Double-Digit Growth and Improved Mix

## Total & SUBLOCADE Net Revenue ($m)



## Net Revenue Mix



Legend:
- Sublingual Film (U.S.)
- ROW Sublingual Film/Tablets | SUBLOCADE®
- PERSERIS®



# Margin Expansion from Scalable Business Model

## Adj Op Profit ($m) & Margin %



FY 2024 guidance at mid-points (as of May 23, 2024)

[1] See appendix for reconciliation

## Scalable Business Model

- Mix improvement driven by SUBLOCADE

- Leveraging growth investments behind commercial assets

- Focused R&D spend

- Disciplined expense management

- Raleigh, N.C. site Manufacturing savings beginning in 2027

**Expect to deliver ~300 bps\* of margin improvement in 2024**

*Mid-point of FY 2024 guidance issued (as of May 23, 2024)

91



# Acquired Manufacturing to Deliver Savings and Help Secure Supply



Raleigh, North Carolina facility

- Acquired multi-use, sterile manufacturing site in Raleigh, N.C. in November 2023

- Will enable in-house manufacturing of key strategic products and support delivery of peak sales

- $5m upfront consideration and assumed contract liabilities (slightly loss-making through 2025)

- CAPEX of $45m to $55m to establish and scale SUBLOCADE and PERSERIS production

**Expect to deliver ~$20m of savings annually by 2027**

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024

# Strong Cash Generation to Fund Growth and Meet Obligations



**Improving Adjusted EBITDA[1] Profile** ($ in mil.)

Reported
Adjusted[2]



**Gross Cash[3] and Investments** ($ in mil.)

**Strong underlying cash generation offset by >$1bn in combined outflows since 2021 for legacy litigation settlements, share repurchases and the Opiant acquisition**

[1] EBITDA defined as Adjusted Operating Profit + Depreciation and Amortization
[2] See appendix for reconciliation

[3] See discussion of obligations in Notes 9 and 10, including our term debt and other payment obligations and liabilities, in the FY 2023 results press release dated February 22, 2024
[4] $585m used in FY 2023 to settle legacy Antitrust MDL

93



# Balanced Capital Allocation Framework

**Cash**: Existing and Generated

Organic Growth and Business Needs:
- Maintain flexibility and meet obligations[1]
- Reinvest in growth (current products)
- R&D / Supply

Business Development / Acquisitions

Shareholder Returns

## Organic Growth and Business Needs

- Growth investments to drive SUBLOCADE, PERSERIS and launch OPVEE
- Pipeline advancement and strengthening

## Business Development / Acquisitions

- Completed Opiant acquisition
- Acquired Raleigh, N.C. manufacturing site
- Pipeline expansion through acquisition of full rights to INDV-2000 and in-licensing of Alar long-acting buprenorphine portfolio[1]

## Shareholder Return

- $100m share repurchase program announced in November'23 (since 2021, approximately $265m spent on share buybacks through April 19, 2024)

1 Licensed for the entire world other than the People's Republic of China, Hong Kong, Taiwan, or Macau

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Leading to an Attractive Medium-Term Financial Profile



## Attractive Growth Profile

**Expected double-digit % NR CAGR**



## Positive Operating Leverage

**Gross margin mid-80%s**

**Scalable business model**



## Anticipated Strengthening Cash Flow

**Capital-light business model**

**Disciplined capital allocation approach**

**KEY ASSUMPTIONS**
- BMAT market growth in mid-to-high single digits
- SUBLOCADE, PERSERIS and OPVEE building towards peak annual NR of >$1.5 bn, $200-300m and $150-250m respectively
- SUBOXONE Film share trends to analogs (not promoted in U.S.)
- Modest ROW growth

**KEY ASSUMPTIONS**
- Managing inflationary environment
- Investments primarily focused on U.S. commercial and R&D / pipeline

95

# Q1 2024 Results & FY 2024 Outlook



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Q1 / FY 2024 Guidance

## Q1 2024 Actuals

► Q1 2024 total NR growth of 12% (12% at constant FX)

► Q1 2024 SUBLOCADE NR of $179m, up 36% YOY, up 2% vs. Q4 2023
  ▪ Accelerated Medicaid disenrollment dynamics
  ▪ Change Healthcare cyberattack claims disruption
  ▪ Unexpected destocking

► Sales force expansion and continued Justice system momentum expected to provide tailwinds in Q2+

► FY 2024 guidance reconfirmed — NR and adjusted operating profit expected to accelerate through the year

## FY 2024 Guidance[1]

| | |
|---|---|
| **Total Net Revenue** | **$1,240m to $1,330m** (up 18% at mid-point) |
| **Key Products:** | |
| • SUBLOCADE NR (Total) | • **$820m to $880m** (up 35% at mid-point) |
| • OPVEE NR | • **$15m to $25m** |
| • PERSERIS NR | • **$55m to $65m** (up 43% at mid-point) |
| **Adj. Gross Margin %** | **Low to mid 80% range** |
| **Adj. OPEX (SG&A + R&D):** | **$695m to $720m** |
| • SG&A | • **$575m to $590m** |
| • R&D | • **$120m to $130m** |
| **Adj. Op. Profit** | **$330m to $380m** (up 32% YOY with adj. operating margin[2] up ~300bps at the mid-point) |

[1] As of May 23, 2024, before exceptional items and assuming no material change in key FX rates vs FY 2023 average rates; mid-point %'s are versus FY 2023 on same basis
[2] Adjusted Operating Margin = Adjusted Operating Profit divided by Net Revenue

# U.S. Listing Update & Closing Remarks

**Mark Crossley**

CHIEF EXECUTIVE OFFICER



TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# U.S. Primary Listing Update

## Net Revenue by Geography



$1,093m
FY 2023

16%

84%

■ U.S.  |  ■ Rest of World

## U.S. Net Revenue Progression
### ($-in mil.)



| | | U.S. % |
|---|---|---|
| FY 23 | $912m | 84% |
| FY 22 | $731m | 81% |
| FY 21 | $603m | 76% |
| FY 20 | $456m | 70% |

## Background & Context

- U.S. NR represents 84% of total NR (FY 2023)
- U.S. expected to continue to increase as proportion of total NR, driven by proprietary growth products (SUBLOCADE, PERSERIS and OPVEE)
- Group's headquarters and leadership team based in the U.S. (Richmond, Va.)
- U.S. shareholders approaching 50% of Group's total investor base; U.K. investors represent ~33%
- U.S. GAAP financials (incl. Form 10-K) targeted for March 2025

## Expected Benefits

- Elevate profile as addiction treatment leader with a promising pipeline to further attract U.S. investors
- U.S. index inclusion over time
- Fully leverage existing organizational capabilities (reporting, controls, legal)
- U.K. investors to retain liquidity through secondary U.K. listing

## Tentative Timeline



**Q4 Feb 22nd**
Announcement

**March/April**
SH Consultations

**Q1 Apr 25th**
Move to SH Vote

**May 23rd**
SH vote

**May/June**
Analyst Teach-In Roadshows

**Targeting June 27th**
Effectiveness

99

TRANSFORMING LIVES & DRIVING VALUE CREATION | MAY 23, 2024



# Confident in our Ability to Transform Patient Lives and Create Durable Shareholder Value

We are a **global leader in addiction treatment**

SUBLOCADE is a transformational asset with **>$1.5 bn global opportunity**[1]

We are pursuing **diversification opportunities** in addiction & its comorbidities

We will maintain our **operational excellence** & expect to **generate significant free cash**

Q&A



# Appendix



ANALYST TEACH-IN | MAY 23, 2024

INDIVIOR®

# Biographies



**Mark Crossley**
CHIEF EXECUTIVE OFFICER

Mark was appointed Chief Executive Officer in June 2020.

Mark was appointed to the Board and as Chief Financial Operations in February 2017.  In July 2019, Mark took on additional responsibilities and was appointed Chief Financial and Operations Officer in July 2019, with oversight of the finance, information technology, manufacturing, supply, quality and procurement functions.
He joined the Company in 2012 as the Global Finance Director with responsibilities for Finance, Information Systems and Procurement. He was appointed Chief Strategy Officer in October 2014.

Prior to joining Indivior, Mark spent 13 years at Procter & Gamble in various finance leadership roles including Corporate Portfolio, Strategic and Business Planning (Female Beauty), as well as multiple roles in Corporate Treasury and its Baby Care division. He also enjoyed an eight-year career with various operational and staff assignments in the United States Coast Guard.

Mark graduated from the United States Coast Guard Academy with a BS in Management and Economics, and from Boston College with an MBA.



**Richard Simkin**
CHIEF COMMERCIAL
OFFICER

Richard has over 20 years of global commercial business experience. He began his career with Reckitt & Colman in 1987 and has held various roles in operations, sales and marketing with increasing responsibility. In addition to his Commercial responsibilities, he took over responsibility for the Global Strategy function in 2017.

Prior to his role with RBP, Richard held the position of Global Category Director for one of the core categories within the RB Group where he was responsible for driving strategy and new product development. In addition, he has extensive experience in the healthcare markets ranging from over the counter to prescription products in multiple categories and countries. Richard has also held a number of general manager positions within the RB Group, most recently as General Manager, Portugal in 2008.

In 2012 Richard was appointed President, North America of RBP and moved to the U.S. where he currently leads the Commercial organizations in North America, Europe Middle East Africa, Greater China and AustralAsia in successfully navigating the introduction of market competition along with the preparation of pre-launch activities related to the product pipeline.

Richard holds an MBA from the University of Lincoln (formerly known as the University of Lincolnshire and Humberside).

103

INDIVIOR®

# Biographies



**Dr. Christian Heidbreder**
CHIEF SCIENTIFIC OFFICER

Christian combines 30 years leadership experience in the neurosciences spanning the academic, governmental, and industrial sectors across Europe and the U.S. During his career, he authored and co-authored over 450 peer-reviewed scientific publications, reviews, and published conference proceedings with more than 10,000 citations.

Christian began his career as a researcher at the University of Louvain in Belgium, at the National Institute on Drug Abuse (NIDA) in Baltimore, and at the Swiss Federal Institute of Technology (ETH) in Zürich. He subsequently held positions of increasing responsibility at SmithKline-Beecham's Neuroscience Department in Harlow (UK), GSK's R&D Centre of Excellence for Drug Discovery in Psychiatry in Verona (Italy), and Altria Client Services' Health Sciences Department in Richmond, Virginia.

Christian was appointed Global R&D Director at Reckitt Benckiser Pharmaceuticals in 2009. Following the demerger of the Pharmaceuticals component of Reckitt Benckiser in 2014, he joined Indivior as Chief Scientific Officer to provide strategic global leadership for worldwide R&D and Medical Affairs & Safety operations and drive the development of new pharmacotherapies for substance use disorders and associated co-morbidities.

Christian holds BA, MA, and PhD degrees from the University of Louvain and a Certificate in Strategic Innovation from the Wharton Business School. He is an Affiliate Professor in the Department of Pharmacology & Toxicology of the Virginia Commonwealth University School of Medicine since 2010. He is also a Governance Fellow of the National Association of Corporate Directors (NACD) since 2014. He served as a member of the National Advisory Council on Drug Abuse (NACDA) (2018-2023) and as a member of the Helping to End Addiction Long-term (HEAL) Multi-Disciplinary Working Group (MDWG) (2018-2023) focused on a federal effort to speed scientific solutions to stem the opioid crisis.



**Jeff Burris**
CHIEF LEGAL OFFICER

Jeff Burris was appointed Chief Legal Officer in December 2021. He brings 25 years of extensive legal, life sciences, and public company experience to Indivior, including over 15 years as the head of the legal function at various life sciences companies.

Mr. Burris joined Indivior from Arbor Pharmaceuticals where he was Vice President, General Counsel, Chief Compliance Officer, and Secretary from October 2018 to October 2021. Prior to that he was Vice President, General Counsel, Chief Compliance Officer, and Secretary at Alimera Sciences, a publicly-traded pharmaceutical company, from April 2015 to September 2018, and Vice President, General Counsel, and Chief Compliance Officer at CryoLife (now known as Artivion), a publicly-traded biotechnology company, from February 2008 to August 2014. Mr. Burris started his career in the corporate law group at Arnall Golden Gregory LLP focused on mergers, acquisitions, divestitures, contracting, and licensing work. He then moved in-house to Waste Management, where he was Senior Counsel focused primarily on acquisitions and divestitures of Waste Management's Southern Group.

Mr. Burris holds a BA in History and Economics from the University of Tennessee and a JD from The University of Chicago Law School.

ANALYST TEACH-IN | MAY 23, 2024



# Biographies



Ryan was appointed Chief Financial Officer and Executive Director in November 2020, having served as Interim Financial Officer since June 2020.  Ryan has been in a financial leadership capacity since joining Indivior in 2012 and prior to his appointment as Interim Chief Financial Officer in June 2020, Ryan was Senior Vice President, Global Finance and Commercial Operations. This included overseeing all key financial management, analysis and reporting elements of the Group's global business.

Prior to that, Ryan was Vice President, U.S. Finance with responsibility overseeing all financial aspects of the U.S. business, the Group's largest business, including management, planning, analysis and reporting, government pricing and managed care contracting operations. Ryan joined Indivior as U.S. Commercial Controller.

Ryan started his career in corporate finance at Honeywell International and then spent twelve years at Altria Company (including Phillip Morris USA) in finance leadership roles of increasing responsibility working with Treasury, Financial Planning & Analysis, Market Analytics, Supply Chain and Brand Decision Support.

Ryan holds a BS in Finance from Penn State University and an MBA from the University of Richmond.

**Ryan Preblick**
CHIEF FINANCIAL OFFICER

105



# Our History & Major Milestones

## Pre-2000

| Year | Milestone |
|------|-----------|
| 1966 | Reckitt & Colman (later renamed RB) discover buprenorphine |
| 1978 | Injectable buprenorphine launched for severe pain in the UK |
| 1985 | Injectable buprenorphine for severe pain available in 29 countries |
| 1994 | RB establishes the buprenorphine Business Group in partnership w/ NIDA to develop buprenorphine for opioid dependence |
| 1995 | SUBUTEX tablet developed for opioid dependence and approved in France |

## 2000 - 2010

| Year | Milestone |
|------|-----------|
| 2000 | DATA 2000 law passed in U.S. allowing physicians with training to treat up to 30 patients |
| 2000 | RB launches SUBUTEX in Australia |
| 2002 | RB buys back U.S. business from Merck |
| 2003 | RB launches SUBUTEX and SUBOXONE in the U.S. |
| 2006 | Generic SUBUTEX competition enters the EU |
| 2006 | SUBOXONE tablet approval across EU |
| 2008 | RB acquires 'once a month' depot technology from QLT |
| 2009 | Generic SUBUTEX competition enters U.S. |

## 2010 - 2020

| Year | Milestone |
|------|-----------|
| 2010 | RB buys back remaining Global marketing rights from Merck |
| 2010 | SUBOXONE Film launches in U.S. |
| 2013 | RB announces Strategic Review for RB Pharmaceuticals |
| 2014 | INDV spun-out to RB shareholders |
| 2015 | RBP-6000 (SUBLOCADE) Phase 3 Study commenced |
| 2015 | RBP-7000 (PERSERIS) compelling Phase 3 results announced |
| 2017 | SUBLOCADE NDA submitted and accepted; *Priority Review* granted |
| 2017 | PERSERIS NDA submitted and accepted |
| 2017 | SUBLOCADE approved by FDA |
| 2018 | SUBLOCADE launched in U.S. |
| 2018 | PERSERIS approved by FDA |
| 2019 | SUBOXONE Film genericized in U.S. |
| 2019 | PERSERIS launched in the U.S. |
| 2019 | SUBOXONE Film approved in EU |

## 2020 - Current

| Year | Milestone |
|------|-----------|
| 2020 | DOJ matter settled; Resolution Agreement with DOJ; CIA with OIG-HHS; New CEO and CFO announced |
| 2020 | SUBLOCADE launched outside U.S. in strategic markets |
| 2021 | Settles all litigation with RB |
| 2022 | Synthetic opioid (fentanyl) overdoses reach record |
| 2022 | SUBLOCADE peak NR goal raised to >$1.5 bn |
| 2023 | Opiant acquisition completed |
| 2023 | Additional U.S. listing on NASDAQ |
| 2023 | OPVEE approved by FDA |
| 2023 | Acquired full ownership of INDV-1000 from C4X |
| 2023 | OPVEE launched in the U.S. |
| 2023 | Acquired exclusive rights to INDV-6001[1] from ALAR |
| 2024 | Antitrust MDL settlement approved by Court |
| 2024 | U.S. primary listing announced |

1 Licensed for the entire world other than the People's Republic of China, Hong Kong, Taiwan, or Macau

ANALYST TEACH-IN | MAY 23, 2024



# Key SUBLOCADE KPIs – Last 5 years

## Patients (K)
## 12-month rolling



## Dispenses (K)
## Excludes bulk orders



## WAC (Gross) Price



## Channel Mix



■ Government (Medicaid)  ■ Commercial

107



# Financial Reconciliations

| For the twelve months ended December 31 | 2023 $m | 2022 $m | 2021 $m | 2020 $m |
|---|---|---|---|---|
| **Gross profit** | **907** | **742** | **664** | **550** |
| Exceptional items and other adjustments in cost of sales | 8 | — | — | 5 |
| **Adjusted gross profit** | **915** | **742** | **664** | **555** |

| For the twelve months ended December 31 | 2023 $m | 2022 $m | 2021 $m | 2020 $m |
|---|---|---|---|---|
| **Selling, general and administrative expenses** | **(811)** | **(763)** | **(431)** | **(666)** |
| Exceptional items and other adjustments in selling, general and administrative expenses | 268 | 302 | 6 | 239 |
| **Adjusted selling, general and administrative expenses** | **(543)** | **(461)** | **(425)** | **(427)** |

| For the twelve months ended December 31 | 2023 $m | 2022 $m | 2021 $m | 2020 $m |
|---|---|---|---|---|
| **Net other operating income** | **6** | **8** | **32** | **—** |
| Exceptional items and other adjustments in Other Operating Income | (3) | (5) | (32) | — |
| **Adjusted Net other operating income** | **3** | **3** | **—** | **—** |

| For the twelve months ended December 31 | 2023 $m | 2022 $m | 2021 $m | 2020 $m |
|---|---|---|---|---|
| **Operating profit/(loss)** | **(4)** | **(85)** | **213** | **(156)** |
| Exceptional items and other adjustments in cost of sales | 8 | — | — | 5 |
| Exceptional items and other adjustments in selling, general and administrative expenses | 268 | 302 | 6 | 239 |
| Exceptional items and other adjustments in net other operating income | (3) | (5) | (32) | |
| **Adjusted operating profit** | **269** | **212** | **187** | **88** |

| For the twelve months ended December 31 | 2023 $m | 2022 $m | 2021 $m | 2020 $m |
|---|---|---|---|---|
| **Reported operating profit/(loss) / Net Revenue** | **(0.4)%** | **(9.4)%** | **26.9 %** | **(24.1)%** |
| Exceptional items and other adjustments in cost of sales | 25.0 % | 33.0 % | (3.3)% | 37.7 % |
| **Adjusted operating profit/(loss) / Net Revenue** | **24.6%** | **23.5%** | **23.6%** | **13.6%** |

