# Exhibit 16

EX-99 2 a5146f.htm EXHIBITS 99.1

Exhibit 99.1

**INDIVIOR PLC (THE 'COMPANY')**

**NOTIFICATION AND PUBLIC DISCLOSURE OF TRANSACTIONS BY PERSONS DISCHARGING MANAGERIAL RESPONSIBILITIES AND PERSONS CLOSELY ASSOCIATED WITH THEM**

The relevant notification set out below is provided in accordance with the requirements of the UK Market Abuse Regulation.

The Company announces that it was notified on March 1, 2024 of the following changes to the interests of Directors and persons discharging managerial responsibilities ('PDMR') in the Ordinary Shares of $0.50 each in the Company ('Shares').

In accordance with the Rules of the Indivior Long-Term Incentive Plan ('LTIP'), conditional awards held by the PDMRs named below, which were granted on March 1, 2021, vested on March 1, 2024. The vesting of these awards was settled on a net settled basis, resulting in the delivery of shares in the amounts set out below.

| Name of PDMR | Number of vested Shares | Number of Shares delivered[1] | Number of vested Shares subject to two-year holding period |
|---|---|---|---|
| Cynthia Cetani | 120,353 | 66,073 | |
| Mark Crossley[2] | 300,000 | - | 287,700 |
| Jon Fogle | 193,624 | 106,305 | |
| Christian Heidbreder | 244,825 | 134,408 | |
| Kathryn Hudson | 53,367 | 28,283 | |
| Vishal Kalia | 64,558 | 35,442 | |
| Ryan Preblick[2] | 213,665 | - | 204,904 |
| Richard Simkin | 298,241 | 163,734 | |
| Hillel West | 139,727 | 93,990 | |

1. Includes Shares delivered in the form of Depositary Interests ('DIs').
2. Mark Crossley and Ryan Preblick's awards vested on a net-settled basis on March 1, 2024 to account for US social taxes due. The vested awards are subject to a further two-year holding period.

Following these transactions, the PDMRs have beneficial interests in the following number of Shares:

| Name of PDMR | Number of Shares held[1] |
|---|---|
| Cynthia Cetani | 187,810 |
| Mark Crossley | 90,032 |
| Jon Fogle | 166,651 |
| Christian Heidbreder | 227,330 |
| Kathryn Hudson | 61,141 |
| Vishal Kalia | 124,947 |
| Ryan Preblick | 64,466 |
| Richard Simkin | 251,324 |
| Hillel West | 121,723 |

3. Includes Shares held in the form of DIs.

**Kathryn Hudson**
**Company Secretary**

| 1 | **Details of the person discharging managerial responsibilities / person closely associated** | |
|---|---|---|
| a) | Name | Cynthia Cetani |
| 2 | **Reason for the notification** | |
| a) | Position/status | PDMR - Chief Integrity and Compliance Officer |
| b) | Initial notification /Amendment | Initial notification |
| 3 | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | |

| | | | |
|---|---|---|---|
| a) | Name | Indivior PLC | |
| b) | LEI | 213800V3NCQTY7IED471 | |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | Ordinary Shares of US$0.50<br><br>GB00BN4HT335 | |
| b) | Nature of the transaction | Number of shares delivered on vesting of Conditional Award over Ordinary Shares of US$0.50. Vesting has been settled on a net settlement basis. | |
| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
| | | nil | 66,073 |
| d) | Aggregated information<br><br>- Volume<br><br>- Price<br><br>- Total | n/a | |
| e) | Date of the transaction | March 1, 2024 | |
| f) | Place of the transaction | n/a | |

| | | | |
|---|---|---|---|
| **1** | **Details of the person discharging managerial responsibilities / person closely associated** | | |
| a) | Name | Mark Crossley | |
| **2** | **Reason for the notification** | | |
| a) | Position/status | PDMR - Chief Executive Officer | |
| b) | Initial notification /Amendment | Initial notification | |
| **3** | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | | |
| a) | Name | Indivior PLC | |
| b) | LEI | 213800V3NCQTY7IED471 | |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | Ordinary Shares of US$0.50<br><br>GB00BN4HT335 | |
| b) | Nature of the transaction | Vesting of Conditional Award over Ordinary Shares of US$0.50. Vesting has been settled on a net settlement basis. Shares subject to a further two-year holding period. | |
| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
| | | nil | 287,700 |
| d) | Aggregated information<br><br>- Volume<br><br>- Price<br><br>- Total | n/a | |
| e) | Date of the transaction | March 1, 2024 | |

| | | |
|---|---|---|
| f) | Place of the transaction | n/a |

| | | | |
|---|---|---|---|
| **1** | **Details of the person discharging managerial responsibilities / person closely associated** | | |
| a) | Name | Jon Fogle | |
| **2** | **Reason for the notification** | | |
| a) | Position/status | PDMR - Chief Human Resources Officer | |
| b) | Initial notification /Amendment | Initial notification | |
| **3** | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | | |
| a) | Name | Indivior PLC | |
| b) | LEI | 213800V3NCQTY7IED471 | |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | Ordinary Shares of US$0.50<br><br>GB00BN4HT335 | |
| b) | Nature of the transaction | Delivery of shares on vesting of Conditional Award over Ordinary Shares of US$0.50. Vesting has been settled on a net settlement basis. | |
| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
| | | nil | 106,305 |
| d) | Aggregated information<br><br>- Volume<br><br>- Price<br><br>- Total | n/a | |
| e) | Date of the transaction | March 1, 2024 | |
| f) | Place of the transaction | n/a | |

| | | |
|---|---|---|
| **1** | **Details of the person discharging managerial responsibilities / person closely associated** | |
| a) | Name | Christian Heidbreder |
| **2** | **Reason for the notification** | |
| a) | Position/status | PDMR - Chief Scientific Officer |
| b) | Initial notification /Amendment | Initial notification |
| **3** | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | |
| a) | Name | Indivior PLC |
| b) | LEI | 213800V3NCQTY7IED471 |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | Ordinary Shares of US$0.50<br><br>GB00BN4HT335 |

| | | | |
|---|---|---|---|
| b) | Nature of the transaction | Delivery of shares on vesting of Conditional Award over Ordinary Shares of US$0.50. Vesting has been settled on a net settlement basis. | |
| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
| | | nil | 134,408 |
| d) | Aggregated information<br><br>- Volume<br><br>- Price<br><br>- Total | n/a | |
| e) | Date of the transaction | March 1, 2024 | |
| f) | Place of the transaction | n/a | |

| | | | |
|---|---|---|---|
| **1** | **Details of the person discharging managerial responsibilities / person closely associated** | | |
| a) | Name | Kathryn Hudson | |
| **2** | **Reason for the notification** | | |
| a) | Position/status | PDMR - Company Secretary | |
| b) | Initial notification /Amendment | Initial notification | |
| **3** | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | | |
| a) | Name | Indivior PLC | |
| b) | LEI | 213800V3NCQTY7IED471 | |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | Ordinary Shares of US$0.50<br><br>GB00BN4HT335 | |
| b) | Nature of the transaction | Delivery of shares on vesting of Conditional Award over Ordinary Shares of US$0.50. Vesting has been settled on a net settlement basis. | |
| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
| | | nil | 28,283 |
| d) | Aggregated information<br><br>- Volume<br><br>- Price<br><br>- Total | n/a | |
| e) | Date of the transaction | March 1, 2024 | |
| f) | Place of the transaction | n/a | |

| | | |
|---|---|---|
| **1** | **Details of the person discharging managerial responsibilities / person closely associated** | |
| a) | Name | Vishal Kalia |
| **2** | **Reason for the notification** | |
| a) | Position/status | PDMR - Chief Strategy Officer |
| b) | Initial notification /Amendment | Initial notification |

| | | | |
|---|---|---|---|
| **3** | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | | |
| a) | Name | Indivior PLC | |
| b) | LEI | 213800V3NCQTY7IED471 | |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | Ordinary Shares of US$0.50<br><br>GB00BN4HT335 | |
| b) | Nature of the transaction | Delivery of shares on vesting of Conditional Award over Ordinary Shares of US$0.50. Vesting has been settled on a net settlement basis. | |
| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
| | | nil | 35,442 |
| d) | Aggregated information<br><br>- Volume<br><br>- Price<br><br>- Total | n/a | |
| e) | Date of the transaction | March 1, 2024 | |
| f) | Place of the transaction | n/a | |

| | | | |
|---|---|---|---|
| **1** | **Details of the person discharging managerial responsibilities / person closely associated** | | |
| a) | Name | Ryan Preblick | |
| **2** | **Reason for the notification** | | |
| a) | Position/status | PDMR - Chief Financial Officer | |
| b) | Initial notification /Amendment | Initial notification | |
| **3** | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | | |
| a) | Name | Indivior PLC | |
| b) | LEI | 213800V3NCQTY7IED471 | |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | Ordinary Shares of US$0.50<br><br>GB00BN4HT335 | |
| b) | Nature of the transaction | Vesting of Conditional Award over Ordinary Shares of US$0.50. Vesting has been settled on a net settlement basis. Shares subject to a further two-year holding period. | |
| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
| | | nil | 204,904 |
| d) | Aggregated information<br><br>- Volume<br><br>- Price<br><br>- Total | n/a | |

| | | | |
|---|---|---|---|
| e) | Date of the transaction | March 1, 2024 | |
| f) | Place of the transaction | n/a | |

| | | | |
|---|---|---|---|
| **1** | **Details of the person discharging managerial responsibilities / person closely associated** | | |
| a) | Name | Richard Simkin | |
| **2** | **Reason for the notification** | | |
| a) | Position/status | PDMR - Chief Commercial Officer | |
| b) | Initial notification /Amendment | Initial notification | |
| **3** | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | | |
| a) | Name | Indivior PLC | |
| b) | LEI | 213800V3NCQTY7IED471 | |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | Ordinary Shares of US$0.50<br><br>GB00BN4HT335 | |
| b) | Nature of the transaction | Delivery of shares on vesting of Conditional Award over Ordinary Shares of US$0.50. Vesting has been settled on a net settlement basis. | |
| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
| | | nil | 163,734 |
| d) | Aggregated information<br><br>- Volume<br><br>- Price<br><br>- Total | n/a | |
| e) | Date of the transaction | March 1, 2024 | |
| f) | Place of the transaction | n/a | |

| | | |
|---|---|---|
| **1** | **Details of the person discharging managerial responsibilities / person closely associated** | |
| a) | Name | Hillel West |
| **2** | **Reason for the notification** | |
| a) | Position/status | PDMR - Chief Manufacturing and Supply Officer |
| b) | Initial notification /Amendment | Initial notification |
| **3** | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | |
| a) | Name | Indivior PLC |
| b) | LEI | 213800V3NCQTY7IED471 |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument, type of instrument | Ordinary Shares of US$0.50<br><br>GB00BN4HT335 |

| | | | |
|---|---|---|---|
| | Identification code | | |
| b) | Nature of the transaction | Delivery of shares on vesting of Conditional Award over Ordinary Shares of US$0.50. Vesting has been settled on a net settlement basis. | |
| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
| | | nil | 93,990 |
| d) | Aggregated information<br><br>- Volume<br><br>- Price<br><br>- Total | n/a | |
| e) | Date of the transaction | March 1, 2024 | |
| f) | Place of the transaction | n/a | |

Indivior PLC's Legal Entity Identifier code is 213800V3NCQTY7IED471.