# Exhibit 17

EX-99 2 a8699fexhibit99.htm EXHIBIT 99.1

Exhibit 99.1

**INDIVIOR PLC (THE 'COMPANY')**

**NOTIFICATION AND PUBLIC DISCLOSURE OF TRANSACTIONS BY PERSONS DISCHARGING MANAGERIAL RESPONSIBILITIES ('PDMR') AND PERSONS CLOSELY ASSOCIATED WITH THEM**

The Company announces that on March 5, 2024, Mark Crossley, Chief Executive Officer and a PDMR, received 91,204 ordinary shares in the Company of $0.50 each ('Shares').

This arose as a result of the release of awards granted on March 5, 2019 and August 8, 2019 under the Indivior Long-Term Incentive Plan, which vested in respect of a total of 159,311 Shares on March 5, 2021 and which were then subject to a two-year post-vesting holding period. Following the end of the holding period, the Shares were released on March 5, 2024 on a net settled basis, resulting in the delivery of 91,204 Shares.

Following this transaction, Mark Crossley has a beneficial interest in 181,236 Shares in the Company.

This notification is made in accordance with the requirements of the UK Market Abuse Regulation.

Kathryn Hudson
Company Secretary

| 1 | **Details of the person discharging managerial responsibilities / person closely associated** | |
|---|---|---|
| a) | Name | Mark Crossley |
| 2 | **Reason for the notification** | |
| a) | Position/status | Director / PDMR - Chief Executive Officer |
| b) | Initial notification /Amendment | Initial notification |
| 3 | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | |
| a) | Name | Indivior PLC |
| b) | LEI | 213800V3NCQTY7IED471 |
| 4 | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | Ordinary Shares of US$0.50<br><br>GB00BN4HT335 |
| b) | Nature of the transaction | Release of Shares following the end of the two-year holding period after vesting of an award granted under the Indivior Long-Term Incentive Plan. |

| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
|---|---|---|---|
| | | N/A | 91,204 |

| d) | Aggregated information<br><br>- Aggregated volume<br><br>- Price | N/A | |

| e) | Date of the transaction | March 5, 2024 |
|---|---|---|

Indivior PLC's Legal Entity Identifier code is 213800V3NCQTY7IED471.