# Exhibit 20

Exhibit 99.1

**INDIVIOR PLC (THE 'COMPANY')**

**NOTIFICATION AND PUBLIC DISCLOSURE OF TRANSACTIONS BY PERSONS DISCHARGING MANAGERIAL RESPONSIBILITIES AND PERSONS CLOSELY ASSOCIATED WITH THEM**

The Company announces that it received notification on March 7, 2024, that Richard Simkin, a PDMR, sold 30,000 ordinary shares of US$0.50 each in the Company ('Shares') on March 6, 2024 at the price of £17.22 per Share.

Following this transaction, Richard has a beneficial interest in 178,875 Shares in the Company.

Further information is provided below in accordance with the UK Market Abuse Regulation.

**Kathryn Hudson**
**Company Secretary**

| 1 | Details of the person discharging managerial responsibilities / person closely associated | | |
|---|---|---|---|
| a) | Name | Richard Simkin | |
| **2** | **Reason for the notification** | | |
| a) | Position/status | PDMR - Chief Commercial Officer | |
| b) | Initial notification /Amendment | Initial notification | |
| **3** | **Details of the issuer, emission allowance market participant, auction platform, auctioneer or auction monitor** | | |
| a) | Name | Indivior PLC | |
| b) | LEI | 213800V3NCQTY7IED471 | |
| **4** | **Details of the transaction(s): section to be repeated for (i) each type of instrument; (ii) each type of transaction; (iii) each date; and (iv) each place where transactions have been conducted** | | |
| a) | Description of the financial instrument, type of instrument<br><br>Identification code | Ordinary Shares of US$0.50<br><br>GB00BN4HT335 | |
| b) | Nature of the transaction | Sale of Ordinary Shares | |
| c) | Price(s) and volume(s) | Price(s) | Volume(s) |
| | | £17.22 | 30,000 |
| d) | Aggregated information<br><br>- Volume<br><br>- Price<br><br>- Total | n/a | |
| e) | Date of the transaction | March 6, 2024 | |
| f) | Place of the transaction | London Stock Exchange (XLON) | |

Indivior PLC's Legal Entity Identifier code is 213800V3NCQTY7IED471.