**POMERANTZ LLP**
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York   10016
Telephone:      (212) 661-1100
Email: avan@pomlaw.com

*Counsel for Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE INDIVIOR PLC SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.  3:24-cv-554 (HEH) |

**DECLARATION OF AUSTIN P. VAN IN SUPPORT OF PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Austin P. Van, hereby declare under penalty of perjury as follows:

1.      I am a partner of the firm of Pomerantz LLP, Lead Counsel for Lead Plaintiff David Hanshew in this action.  I am a member of the Bar of the State of New York and I have been admitted *pro hac vice* to appear in this action.

2.      I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint.  I make this Declaration based on my personal knowledge.

3.      Attached as Exhibit A is a true and correct copy of a chart prepared by Plaintiff's counsel under my direction, which summarizes the challenged statements alleged in the Amended Complaint and the reasons why materially false and misleading statements and scienter have been adequately alleged.

4.      Attached as Exhibit B is a true and correct copy of excerpted pages of Indivior's SEC From 20-F 2023 FY Annual Report.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 10, 2025 in New York, New York


/s/ Austin P. Van
Austin P. Van

1