# Exhibit A

**MISLEADING STATEMENTS ALLEGED IN THE AMENDED COMPLAINT**
*In re Indivior PLC Securities Litigation*, No. 3:24-cv-554 (HEH) (E.D. Va.)

| NO. | AC ¶ NO. | SPEAKER: CHALLENGED STATEMENT | MATERIALLY FALSE AND MISLEADING ADEQUATELY ALLEGED | SCIENTER ADEQUATELY ALLEGED |
|---|---|---|---|---|
| | | **DKT. NO. 37-8** FEBRUARY 22, 2024 – EARNINGS CALL ("Q4 2023 CALL") | | |
| 1 | AC 94 | **CROSSLEY:** "Moving now to PERSERIS, it's fair to say that we did face some significant challenges in the last couple of quarters of 2023 as a result of competitive pressures from a well-funded new market entrant. **We nevertheless continue to believe in the potential of th[is] important medicine for schizophrenia based on its differentiated clinical profile and strong feedback we get from clinicians.**" (Dkt. No. 37-8 at 5). | • Clinicians prescribing PERSERIS were providing overwhelmingly *negative* feedback to Indivior representatives concerning PERSERIS's features as compared to UZEDY, not "strong feedback" that would have bolstered Indivior management's belief in the potential of PERSERIS (¶95). <br><br> • PERSERIS was differentiated from its primary competitor, UZEDY, by being *inferior* by having a larger needle that was more painful for patients, requiring mixing two syringes to prepare the injection, and having far fewer dosing options (i.e., 2 options versus 8 options for UZEDY) (¶95). | • **CW-2:** as a sales director supervising representatives in North Carolina, CW-2 noted that **Crossley** sometimes accompanied sales representatives on their meetings with customers to hear directly from providers, and would ask the doctors in these meetings what was holding them back from using PERSERIS and what was stopping them from selling more. (¶¶76-77). And according to multiple CW's, doctors were overwhelmingly providing *negative* feedback concerning PERSERIS's product features. (¶¶74, 79, 91, 92). Thus, **Crossley** had personal knowledge of such negative feedback. <br> • **Crossley** earned $2.4 million selling 57% of his stock at a time when he possessed negative information. (¶¶130-132). <br> • Statement made on call intended to influence investors. |

| | | | DKT. NO. 37-33 APRIL 25, 2024 – EARNINGS RELEASE | |
|---|---|---|---|---|
| NO. | AC ¶ NO. | SPEAKER: CHALLENGED STATEMENT | MATERIALLY FALSE AND MISLEADING ADEQUATELY ALLEGED | SCIENTER ADEQUATELY ALLEGED |
| 3 | AC 98 | **CROSSLEY:** "Our [Q1] results reflect continued double-digit top-line momentum led by SUBLOCADE (buprenorphine extended-release). The underlying demand for this transformative treatment for moderate-to-severe [OUD] remains strong and our strategy to expand prescribing in the justice system is delivering excellent results. SUBLOCADE's reported growth was, however, **adversely impacted by transitory items, including accelerating Medicaid patient disenrollments**, a cyberattack on the largest U.S. medical claims processor and abnormal trade destocking. **We fully expect these items to resolve as the year progresses and combined with the benefits of recent commercial investments behind SUBLOCADE, we anticipate an acceleration in our top-and bottom-line growth over the remainder of 2024, particularly in the second half. Wetherefore** reconfirm our 2024 guidance, including SUBLOCADE net revenue of $820 million to $880 million." (Dkt. No. 37-33 at 1). | • The negative impact of Medicaid disenrollments under the CAA on SUBLOCADE sales was "incredibly, incredibly difficult to forecast," "very complicated to forecast," and "very tough to forecast," and thus there was no basis for Crossley to reassure investors that "we fully expect" the impact of disenrollment "to resolve as the year progresses," and therefore no basis to reconfirm guidance of SUBLOCADE net revenue of $820 million to $880 million in 2024. (¶99) | • By the beginning of the Class Period, the disenrollment and renewal process was already underway (¶129), and **Crossley** concededly monitored the renewal process, stating that "we've seen [from] the extension of the renewal process [in various states] that very tough to forecast" the impact of Medicaid disenrollment. (¶61). Thus, **Crossley** was aware as of early 2024, that the impact of the renewal process was "incredibly, incredibly difficult" to forecast.<br>• **Crossley** earned $2.4 million selling 57% of his stock at a time when he possessed negative information. (¶¶130-132).<br>• SUBLOCADE was a "core" business.<br>• Statement made in release intended to influence investors. |

| | | | DKT. NO. 37-5 APRIL 25, 2024 – EARNINGS CALL ("Q1 2024 CALL") | | |
|---|---|---|---|---|---|
| NO. | AC ¶ NO. | SPEAKER: CHALLENGED STATEMENT | MATERIALLY FALSE AND MISLEADING ADEQUATELY ALLEGED | | SCIENTER ADEQUATELY ALLEGED |
| 4 | AC 100-01 | **CROSSLEY:** "Turning to SUBLOCADE, we delivered year-over-year net revenue growth of 36% in the first quarter, which is in line with our [FY] growth expectations. SUBLOCADE's sequential net revenue growth of 2% was lower than we planned. We believe growth in dispenses were negatively impacted by two external forces, including a higher- than-expected rate of Medicaid patient disenrollments and the cyberattack at Change Healthcare. Let me provide more color on how each of these impacted SUBLOCADE's growth in the quarter and why we remain confident in our [FY] 2024 net revenue guidance. First, the most recent data on Medicaid renewals indicates a higher-than-expected number of patient disenrollments of over 20 million. Recall at the peak during COVID, over 90 million patients were enrolled in Medicaid. This is particularly relevant in opioid use disorder treatment as the nature of the disease means that approximately 70% of our patients are covered by Medicaid. The impact of this disenrollment process will annualize at the end of June and therefore this headwind should begin to subside as we move through the second half of the year. Although the impact on SUBLOCADE's growth in the quarter was larger than expected, Medicaid disenrollment was a known dynamic." | • The negative impact of Medicaid disenrollments on SUBLOCADE sales was "incredibly, incredibly difficult to forecast," "very complicated to forecast," and "very tough to forecast," and thus there was no basis to state that the "headwind" from Medicaid disenrollment "should begin to subside as we move through the second half of the year," and thus no basis to "remain confident" in Indivior's net revenue guidance for SUBLOCADE for 2024. (¶101) | | • By the beginning of the Class Period, the disenrollment and renewal process was already underway (¶129), and **Crossley** concededly monitored the renewal process, stating that "we've seen [from] the extension of the renewal process [in various states] that very tough to forecast" the impact of Medicaid disenrollment. (¶61). Thus, **Crossley** was aware as of early 2024, that the impact of the renewal process was "incredibly, incredibly difficult" to forecast. <br>• **Crossley** earned $2.4 million selling 57% of his stock at a time when he possessed negative information. (¶¶130-132). <br>• SUBLOCADE was a "core" business. <br>• Statement made during call intended to influence investors. |

| | | | DKT. NO. 37-5 APRIL 25, 2024 – EARNINGS CALL ("Q1 2024 CALL") | |
|---|---|---|---|---|
| **NO.** | **AC ¶ NO.** | **SPEAKER: CHALLENGED STATEMENT** | **MATERIALLY FALSE AND MISLEADING ADEQUATELY ALLEGED** | **SCIENTER ADEQUATELY ALLEGED** |
| 5 | AC 102-03 | **CROSSLEY:** "With . . . **Medicaid renewal annualizing at the end of June, we look forward to subsiding impacts from these transitory items, which we believe are masking the strong underlying demand for SUBLOCADE.**" | • The negative impact of Medicaid disenrollments under the CAA on SUBLOCADE sales was "incredibly, incredibly difficult to forecast," "very complicated to forecast," and "very tough to forecast," and thus there was no basis to state that Defendants were looking "forward to subsiding impacts" from Medicaid disenrollment after June 2024. (¶103) | • By the beginning of the Class Period, the disenrollment and renewal process was already underway (¶129), and **Crossley** concededly monitored the renewal process, stating that "we've seen [from] the extension of the renewal process [in various states] that very tough to forecast" the impact of Medicaid disenrollment. (¶61). Thus, **Crossley** was aware as of early 2024, that the impact of the renewal process was "incredibly, incredibly difficult" to forecast.<br>• **Crossley** earned $2.4 million selling 57% of his stock at a time when he possessed negative information. (¶¶130-132).<br>• SUBLOCADE was a "core" business.<br>• Statement made during call intended to influence investors. |

| NO. | AC ¶ NO. | SPEAKER: CHALLENGED STATEMENT | MATERIALLY FALSE AND MISLEADING ADEQUATELY ALLEGED | SCIENTER ADEQUATELY ALLEGED |
|---|---|---|---|---|
| | | **DKT. NO. 37-5**<br>APRIL 25, 2024 – EARNINGS CALL ("Q1 2024 CALL") | | |
| 6 | AC 104-05 | **CROSSLEY:**<br>"Turning to PERSERIS, while competition has intensified in the risperidone LAI [long-acting injections] category, once-monthly risperidone products are gaining share rapidly, and the overall category is still growing. **Against this backdrop, we continue to highlight PERSERIS' unique product profile, which continues to result in positive anecdotal prescriber feedback on product performance**. Sequential dispense growth was 10%, **not only underscoring the good underlying momentum we're seeing, but also representing an acceleration from previous quarters**. We expect to augment our efforts with PERSERIS at the publication of real world evidence studies in the second half of 2024. **Taken together, we remain confident in our [FY] net revenue guidance for PERSERIS and expect accelerating net revenue moving forward**." | • Clinicians prescribing PERSERIS were providing overwhelmingly negative feedback to Indivior representatives concerning PERSERIS's features compared to UZEDY, not "positive" feedback. (¶105)<br>• PERSERIS's "unique product profile" was differentiated from its primary competitor, UZEDY, by being inferior by having a larger needle that was more painful for patients, requiring mixing two syringes to prepare the injection, and having far fewer dosing options (*i.e.*, 2 versus 8 for UZEDY), according to provider feedback. (¶105) | • **CW-2:** as a sales director supervising representatives in North Carolina, CW-2 noted that **Crossley** sometimes accompanied sales representatives on their meetings with customers to hear directly from providers, and would ask the doctors in these meetings what was holding them back from using PERSERIS and what was stopping them from selling more. (¶¶76-77). And according to multiple CW's, doctors were overwhelmingly providing *negative* feedback concerning PERSERIS's product features. (¶¶74, 79, 91, 92).<br>• **CW-4:** In particular, **CW-4** was a sales rep who sold PERSERIS in North Carolina from April 2024 to July 2024, and explained that a lot of doctors told her that they preferred UZEDY because PERSERIS required a thicker needle for injection, and UZEDY was outselling PERSERIS by about a nine to one margin in her territory. (¶¶83-86).<br>• **Crossley** earned $2.4 million selling 57% of his stock at a time when he possessed negative information. (¶¶130-132).<br>• Statement made during call intended to influence investors. |

- 5 -

| | | | | |
|---|---|---|---|---|
| **DKT. NO. 37-5**<br>APRIL 25, 2024 – EARNINGS CALL ("Q1 2024 CALL") | | | | |
| **NO.** | **AC ¶ NO.** | **SPEAKER: CHALLENGED STATEMENT** | **MATERIALLY FALSE AND MISLEADING ADEQUATELY ALLEGED** | **SCIENTER ADEQUATELY ALLEGED** |
| 7 | AC 106-07 | **PREBLICK:** "Medicaid disenrollment dynamics had a disproportionate impact on our company as more than two-thirds of SUBLOCADE patients are covered by Medicaid. This impact accelerated in Q1, beyond the low single-digit headwind we had seen in prior quarters. **Looking ahead, we expect this trend to begin subsiding in the second half of 2024, as [Defendant Crossley] noted**." | • The negative impact of Medicaid disenrollments under the CAA on SUBLOCADE sales was "incredibly, incredibly difficult to forecast," "very complicated to forecast," and "very tough to forecast," and thus there was no basis to state that "we expect" the Medicaid disenrollment trend "to begin subsiding in the second half of 2024." (¶107) | • By the beginning of the Class Period, the disenrollment and renewal process was already underway (¶129), and **Crossley** concededly monitored the renewal process, stating that "we've seen [from] the extension of the renewal process [in various states] that very tough to forecast" the impact of Medicaid disenrollment (¶61). Thus, **Crossley** was aware as of early 2024, that the impact of the renewal process was "incredibly, incredibly difficult" to forecast, and **Preblick** knew or recklessly disregarded this fact. |

| | | | DKT. NO. 37-5 APRIL 25, 2024 – EARNINGS CALL ("Q1 2024 CALL") | |
|---|---|---|---|---|
| **NO.** | **AC ¶ NO.** | **SPEAKER: CHALLENGED STATEMENT** | **MATERIALLY FALSE AND MISLEADING ADEQUATELY ALLEGED** | **SCIENTER ADEQUATELY ALLEGED** |
| 8 | AC 108-09 | **PREBLICK:** "Moving to PERSERIS, reported net revenue of $11 million was up 38% versus the prior year and down 8% sequentially, due to low single-digit million destocking in the quarter. Encouragingly, dispenses are up 10% sequentially. **We remain confident in meeting our [FY] net revenue guidance of $55 million to $65 million.**" | • Given the negative feedback from prescribers regarding PERSERIS, the consistent failure of PERSERIS to meet its annual sales goals, and the reports of drops in reimbursements for PERSERIS that began emerging in early 2024 (as per CW-2), sales of PERSERIS in 2024 could not possibly reach $55 million to $65 million, and that instead, to the contrary, Indivior was likely to cease all sales and marketing activities related to PERSERIS. (¶109) | • **CW2:** Starting in March 2024, the issue of reduced PERSERIS reimbursements became a regular topic of discussion on weekly phone calls between Area Sales Directors like CW-2 and the Behavioral Health Division leadership ("BHD Leadership Calls"). (¶77). According to CW-2, **Preblick** occasionally joined these calls (¶77), and thus, starting in March 2024, **Preblick** would have become aware of reduced PERSERIS reimbursements under the IRA, leading to a reduction in PERSERIS pricing and volume. (¶62). Yet, **Preblick** did not adjust PERSERIS net revenue guidance at all during the Class Period despite his personal knowledge concerning the IRA's adverse impact on PERSERIS sales.
• Statement made during call intended to influence investors. |

| | | | DKT. NO. 37-5 APRIL 25, 2024 – EARNINGS CALL ("Q1 2024 CALL") | |
|---|---|---|---|---|
| NO. | AC ¶ NO. | SPEAKER: CHALLENGED STATEMENT | MATERIALLY FALSE AND MISLEADING ADEQUATELY ALLEGED | SCIENTER ADEQUATELY ALLEGED |
| 10 | AC 112-13 | **CROSSLEY:** "[W]e have a continuing headwind of . . . the Medicaid renewal continuing, through to the half year where then we'll annualize that, **and that headwind will go away in the back half**." | • The negative impact of Medicaid disenrollments under the CAA on SUBLOCADE sales was "incredibly, incredibly difficult to forecast," "very complicated to forecast," and "very tough to forecast," and thus there was no basis for Crossley to state with certainty (*i.e.*, using the word "will") that the "headwind" of Medicaid disenrollment "will go away in the back half." (¶113) | • By the beginning of the Class Period, the disenrollment and renewal process was already underway (¶129), and **Crossley** concededly monitored the renewal process, stating that "we've seen [from] the extension of the renewal process [in various states] that very tough to forecast" the impact of Medicaid disenrollment (¶61). Thus, **Crossley** was aware as of early 2024, that the impact of the renewal process was "incredibly, incredibly difficult" to forecast.<br>• **Crossley** earned $2.4 million selling 57% of his stock at a time when he possessed negative information. (¶¶130-132).<br>• SUBLOCADE was a "core" business. |

| | | | DKT. NO. 37-16 MAY 23, 2024 – ANALYST TEACH-IN PRESENTATION | |
|---|---|---|---|---|
| NO. | AC ¶ NO. | SPEAKER: CHALLENGED STATEMENT | MATERIALLY FALSE AND MISLEADING ADEQUATELY ALLEGED | SCIENTER ADEQUATELY ALLEGED |
| 11 | AC 114-16 | **SIMKIN:** A statement in the May 2024 presentation: "PERSERIS capturing disproportionate share of NBRx."[1] | • As CW-5 stated, PERSERIS was not gaining a disproportionate share of the LAI market because PERSERIS was a "tough drug to sell" because of competition from UZEDY, and Simkin would have known this fact because, as CW-1 stated, Simkin finalized the sales goals for PERSERIS, and kept abreast of PERSERIS sales via weekly and monthly updates from Indivior's finance team. (¶116) | • **CW-1: Simkin** kept abreast of PERSERIS sales via weekly and monthly updates from Indivior's finance team (¶¶68-70, 73)<br>• **Simkin** earned $2.86 million selling 53% of his stock at a time when he possessed negative information. (¶¶133-136).<br>• Just over *six* weeks later, Indivior announced it was immediately ceasing all marketing and sales of PERSERIS. (¶¶58-59, 62)<br>• Statement made in presentation intended to influence investors. |
| 12 | AC 117-18 | **SIMKIN:** A statement in the May 2024 Presentation reaffirming peak net revenue guidance for PERSERIS of $200 million to $300 million. | • Given the consistent failure of PERSERIS to meet its annual sales goals, and the reports of drops in reimbursements for PERSERIS that began emerging in early 2024 (as per CW-2), peak net revenue of PERSERIS could not possibly reach $200 million to $300 million, and that instead, to the contrary, Indivior was likely to cease all sales and marketing activities related to PERSERIS. (¶118) | • **Simkin** and **Preblick** finalized the sales goals for PERSERIS (¶68), and the reduced PERSERIS reimbursements under the IRA that **Preblick** knew about from the BHD Leadership Calls as of March 2024 (¶77) (CW-2) would have been relevant to determining those goals. Thus, there is a strong inference that **Simkin** also knew about reduced PERSERIS reimbursements as of March 2024, and the adverse impact on PERSERIS pricing and volume. Yet, **Simkin** did not adjust PERSERIS guidance in May 2024, despite his personal knowledge of the IRA's adverse impact on PERSERIS sales.<br>• **Simkin** earned $2.86 million selling 53% of his stock at a time when he possessed negative information. (¶¶133-136). |

---

[1] "New-to-Brand Prescriptions" (*i.e.*, a patient's first prescription for a particular drug) for LAI drugs to treat schizophrenia.

| | | | DKT. NO. 37-16 | |
| | | | MAY 23, 2024 – ANALYST TEACH-IN PRESENTATION | |
| NO. | AC ¶ NO. | SPEAKER: CHALLENGED STATEMENT | MATERIALLY FALSE AND MISLEADING ADEQUATELY ALLEGED | SCIENTER ADEQUATELY ALLEGED |
|---|---|---|---|---|
| | | | | • Just over *six* weeks later, Indivior announced it was immediately ceasing all marketing and sales of PERSERIS. (¶¶58-59, 62)<br>• Statement made in presentation intended to influence investors. |
| 14 | AC 119, 121 | **PREBLICK:**<br>A statement in the May 2024 Presentation reaffirming prior FY 2024 net revenue guidance for PERSERIS of $55 million to $65 million. | • Given the negative feedback from prescribers regarding PERSERIS (as detailed above), the consistent failure of PERSERIS to meet its annual sales goals, and the reports of drops in reimbursements for PERSERIS that began emerging in early 2024 (as per CW-2), sales of PERSERIS in 2024 could not possibly reach $55 million to $65 million, and that instead, to the contrary, Indivior was likely to cease all sales and marketing activities related to PERSERIS. (¶121) | • **CW2:** Starting in March 2024, the issue of reduced PERSERIS reimbursements became a regular topic of discussion on weekly phone calls between Area Sales Directors like CW-2 and the Behavioral Health Division leadership ("BHD Leadership Calls").  (¶77). According to CW-2, **Preblick** occasionally joined these calls (¶77), and thus, starting in March 2024, **Preblick** would have become aware of reduced PERSERIS reimbursements under the IRA, leading to a reduction in PERSERIS pricing and volume. (¶62). Yet, **Preblick** did not adjust PERSERIS net revenue guidance at all during the Class Period despite his personal knowledge concerning the IRA's adverse impact on PERSERIS sales.<br>• Just over *six* weeks later, Indivior announced it was immediately ceasing all marketing and sales of PERSERIS. (¶¶58-59, 62) |

| | | | **DKT. NO. 37-24**<br>JUNE 5, 2024 – JEFFERIES GLOBAL HEALTHCARE CONFERENCE PRESENTATION | |
|---|---|---|---|---|
| **NO.** | **AC ¶ NO.** | **SPEAKER: CHALLENGED STATEMENT** | **MATERIALLY FALSE AND MISLEADING ADEQUATELY ALLEGED** | **SCIENTER ADEQUATELY ALLEGED** |
| 16 | AC 122, 124 | **CROSSLEY:**<br><br>A statement in the June 2024 Presentation which reiterated Indivior's FY 2024 net revenue guidance for PERSERIS with a midpoint of $60 million. | • Given the negative feedback from prescribers regarding PERSERIS (as detailed above), the consistent failure of PERSERIS to meet its annual sales goals, and the reports of drops in reimbursements for PERSERIS that began emerging in early 2024 (as per CW-2), sales of PERSERIS in 2024 could not possibly reach $60 million (as corroborated by CW-1), and that instead, to the contrary, Indivior was likely to cease all sales and marketing activities related to PERSERIS within a few short weeks. (¶124) | • **Crossley** and **Preblick** presented the same PERSERIS sales guidance (¶¶104, 106, 122, 119), and the reduced PERSERIS reimbursements under the IRA that **Preblick** knew about from the BHD Leadership Calls as of March 2024 (¶77) would have been relevant to determining that guidance. Thus, there is a strong inference that **Crossley** also knew about reduced PERSERIS reimbursements as of March 2024, and the adverse impact on PERSERIS pricing and volume. Yet, **Crossley** did not adjust PERSERIS guidance at all during the Class Period despite his personal knowledge of the IRA's adverse impact on PERSERIS sales.<br>• **Crossley** earned $2.4 million selling 57% of his stock at a time when he possessed negative information. (¶¶130-132).<br>• Just over *four* weeks later, Indivior announced it was immediately ceasing all marketing and sales of PERSERIS. (¶¶58-59, 62)<br>• Statement made in presentation intended to influence investors. |