**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE INDIVIOR PLC SECURITIES LITIGATION

THIS DOCUMENT RELATES TO: ALL ACTIONS

Case No. 3:24-cv-554–HEH

**ORDER**
**(Granting Motion to Dismiss)**

THIS MATTER is before the Court on Defendants Indivior PLC, Mark Crossley, Ryan Preblick, and Richard Simkin's (collectively, "Defendants") Motion to Dismiss (the "Motion," ECF No. 36), filed on January 10, 2025. For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion (ECF No. 36) is GRANTED. Plaintiff David Hanshew's ("Plaintiff") Amended Complaint is DISMISSED. Plaintiff shall have thirty (30) days from the entry of this Order to file a Second Amended Complaint.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: August 6, 2025
Richmond, Virginia