**POMERANTZ LLP**
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York   10016
Telephone:  (212) 661-1100
Email: avan@pomlaw.com

*Counsel for Lead Plaintiff*

*Additional Counsel Listed on Signature Page*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE INDIVIOR PLC SECURITIES LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No.  3:24-cv-554 (HEH) <br><br> **LEAD PLAINTIFF'S NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT AND REQUEST FOR ENTRY OF JUDGMENT** <br><br> Judge: Hon. Henry E. Hudson |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lead Plaintiff David Hanshew does not intend to file an amended complaint. On August 6, 2025, the Court entered an order (ECF 46) ("Order") which granted Defendants' motion to dismiss the Amended Complaint with leave to amend. Lead Plaintiff intends to appeal once a final appealable order or judgment is entered. Accordingly, Lead Plaintiff respectfully requests that a judgment of dismissal be entered in this action. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004) ("[A] plaintiff may obtain an appealable final judgment by filing in writing a notice of intent not to file an amended complaint.") (internal quotation marks omitted).

Dated:  September 5, 2025                    Respectfully submitted,

**COHEN MILSTEIN SELLERS
& TOLL PLLC**

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers
S. Douglas Bunch
1100 New York Avenue, N.W. Suite 800
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice*)
Austin P. Van
(*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044

1

jalieberman@pomlaw.com
ahood@pomlaw.com

**WOHL & FRUCHTER LLP**
Joshua E. Fruchter
(*pro hac vice*)
25 Robert Pitt Drive, Suite 209G
Monsey, New York 10952
Telephone: (845) 290-6818
Facsimile: (718) 504-3773
jfruchter@wohlfruchter.com

*Attorneys for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of September 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification to counsel of record.

*/s/ Steven J. Toll*
Steven J. Toll (VA Bar No. 15300)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com

3