IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE INDIVIOR PLC SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 3:24-cv-554–HEH |

**ORDER**
**(Granting Request for Entry of Judgment)**

THIS MATTER is before the Court on Lead Plaintiff David Hanshew's

("Plaintiff") Request for Entry of Judgment.  ("Request," ECF No. 47.)  The Court

previously granted Defendants Indivior PLC ("Indivior" or the "company"), Mark

Crossley, Ryan Preblick, and Richard Simkin's (collectively, "Defendants") Motion to

Dismiss (the "Motion," ECF No. 36), on August 6, 2025.  (Order, ECF No. 46.)

Plaintiff's Request indicates that he does not intend to file an amended complaint in

response to the Court's Order.  Accordingly, Plaintiff seeks entry of judgment of

dismissal.  *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004) ("[A]

plaintiff may obtain an appealable final judgment by filing in writing a notice of intent

not to file an amended complaint.").

Accordingly, it is hereby ORDERED that Plaintiff's Request for Entry of Judgment

(ECF No. 47) is GRANTED, and Plaintiff David Hanshew's Complaint (ECF No. 1) is

DISMISSED WITH PREJUDICE.

Consequently, this Order is final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022). Should Plaintiff desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

_____
Henry E. Hudson
Senior United States District Judge

Date: September 15, 2025
Richmond, Virginia

2